IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **CHMURA ECONOMICS & ANALYTICS, LLC,** | ) ) ) ) |
| Plaintiff, | ) ) Case No. 3:19cv00813 |
| v. | ) ) ) |
| **RICHARD LOMBARDO,** | ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S FINANCIAL DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, the undersigned counsel for Chmura Economics & Analytics, LLC ("Chmura") certify that the members of Chmura are Christine Chmura, Leslie Peterson, and John Chmura. Greg Chmura, Sharon Simmons, and Xiaobing Shuai are also owners of Chmura. Counsel further certify that no parent or other affiliate of Chmura has issued stock or debt securities to the public, and no publicly traded corporation owns 10% or more of Chmura's stock.

Dated: October 31, 2019

                                                            /s/
                                        Rodney A. Satterwhite (VA Bar No. 32907)
                                        Heidi E. Siegmund (VA Bar No. 89569)
                                        McGuireWoods LLP
                                        Gateway Plaza
                                        800 East Canal Street
                                        Richmond, Virginia  23219
                                        (Office) (804) 775-1000
                                        (Fax) (804) 698-2158

rsatterwhite@mcguirewoods.com
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff*