**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| **CHMURA ECONOMICS & ANALYTICS, LLC,** | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:19cv00813 |
| v. | ) ) ) | |
| **RICHARD LOMBARDO,** | ) ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

To the Clerk of this Court and all parties of record:

I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiff Chmura Economics & Analytics, LLC.

DATED: October 31, 2019

    Respectfully submitted,

    **CHMURA ECONOMICS & ANALYTICS, LLC**

    By:   /s/ Heidi E. Siegmund

    Rodney A. Satterwhite (VA Bar No. 32907)
    Heidi E. Siegmund (VA Bar No. 89569)
    McGuireWoods LLP
    Gateway Plaza
    800 East Canal Street
    Richmond, Virginia 23219
    (Office) (804) 775-1000
    (Fax) (804) 698-2158
    rsatterwhite@mcguirewoods.com
    hsiegmund@mcguirewoods.com

    *Counsel for Plaintiff*