AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Chmura Economics & Analytics, LLC | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:19cv00813 |
| Richard Lombardo | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Richard Lombardo
8341 Sheltered Cove
Mentor, OH 44060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rodney A. Satterwhite & Heidi E. Siegmund
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/31/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19cv00813

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

| Attorney or Party without Attorney:<br>McGuireWoods, LLP<br>Rodney A. Satterwhite, Esq. (32907)<br>800 East Canal Street<br>Richmond, VA 23219-4030<br>   Telephone No: 804-775-1217<br>   Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Eastern District of Virginia | | |
| Plaintiff: Chmura Economics & Analytics, LLC<br>Defendant: Richard Lombardo | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:19-cv-00813 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Financial Disclosure Statement; Notice of Appearance of Counsel

3. a. Party served:   Richard Lombardo
   b. Person served:   Richard Lombardo, served under F.R.C.P. Rule 4.

4. Address where the party was served:   8341 Sheltered Cove, Mentor, OH 44060

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Nov 04 2019 (2) at: 06:31 PM

6. *Person Who Served Papers:*
   a. GERALD A. SIMON
   b. **FIRST LEGAL**
      3600 Lime St., Ste. 626
      RIVERSIDE, CA 92501
   c. (951) 779-1110

   d. *The Fee for Service was:*

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

| 11/05/2019 | *Gerald A Simon* |
|---|---|
| *(Date)* | *(Signature)* |



PROOF OF
SERVICE

*3948941*
*(323618)*