## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

| | |
|---|---|
| **CHMURA ECONOMICS &** ) | **Case No. 3:19-cv-00813** |
| **ANALYTICS, LLC,** ) | **Judge Robert E. Payne** |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **RICHARD LOMBARDO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MOTION TO ADMIT *PRO HAC VICE*

COMES NOW Thomas J. Powell, Esq., a member of the Bar of the Commonwealth of Virginia, counsel for Defendant Richard Lombardo, and moves this Court for an Order authorizing Christine Marie Cooper, Esq. (the "Admittee") to appear *pro hac vice* in this case and any related proceedings, and in support of this motion, Thomas J. Powell states as follows:

1.      Thomas J. Powell is a member in good standing of the Bar of the Commonwealth of Virginia and the Eastern District Court of Virginia. His Virginia State Bar Number is 27604. He will accompany and be associated with Ms. Cooper throughout this matter.

2.      The Admittee is a member in good standing of the State Bar of Ohio, and is admitted to practice before the United States District Courts for the Northern District of Ohio, Southern District of Ohio, Eastern District of Michigan, Northern District of Indiana, and Southern District of Indiana.

3.     The Admittee is employed at Koehler Fitzgerald LLC, and her business address is 1111 Superior Avenue East, Suite 2500, Cleveland, Ohio 44114.

4.     The Admittee has not been the subject of disciplinary action or been denied admission to the state or federal court of Ohio, or any other state or federal courts.

5.     The Admittee has completed an Application to Qualify as a Foreign Attorney under Local Rule 83.1(D), a copy of which is attached as Exhibit A.

6.     A proposed Order granting this Motion has been submitted to the Court with this Motion.

WHEREFORE Thomas J. Powell prays that this Court grant his Motion to permit the Admittee Christine Marie Cooper, Esq. to represent the Plaintiff *pro hac vice* in this case and for other further relief as this Court deems just and proper.

Dated:  November 24, 2019          Respectfully submitted,

                                                                /s/ *Thomas J. Powell*
                                                                Thomas J. Powell, Esq., VSB #27604
                                                                The Law Offices of Thomas J. Powell, P.C.
                                                                3603-D Chain Bridge Road
                                                                Fairfax, Virginia  22030-3244
                                                                Tel: (703) 293-9050 | Fax: (703) 293-9075
                                                                Email: tom@tjplaw.com

                                                                *Attorney for Defendant Richard Lombardo*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served on this 24th day of

November 2019, via the Court's electronic filing system upon the following:


Rodney A. Satterwhite (VA Bar No. 32907)
Heidi E. Siegmund (VA Bar No. 89569)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
rsatterwhite@mcguirewoods.com
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff*

                                        _/s/ Thomas J. Powell_
                                        Thomas J. Powell