IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:19-CV-00813__, Case Name __Chmura Economics & Analytics, LLC v. Lo__
Party Represented by Applicant: __Richard Lombardo__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Christine Marie Cooper__
Bar Identification Number __0079160__   State __OH__
Firm Name __Koehler Fitzgerald LLC__
Firm Phone # __216-539-9370__   Direct Dial # __216-539-9376__   FAX # __216-916-4369__
E-Mail Address __ccooper@koehler.law__
Office Mailing Address __1111 Superior Avenue East, Suite 2500, Cleveland, OH 44114__

Name(s) of federal court(s) in which I have been admitted __N.D.Ohio; S.D.Ohio; E.D.Mich; N.D.Indiana; S.D.Indiana__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_Christine M. Cooper_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____ (Signature)        __11/24/19__ (Date)
__Thomas J. Powell__          __27604__
(Typed or Printed Name)      (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __X__ or DENIED _____

FILED
NOV 27 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

__/s/__  __R.E.P.__        November __26__, 2019
(Judge's Signature) Robert E. Payne    (Date)
Senior United States District Judge