# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **CHMURA ECONOMICS & ANALYTICS, LLC,** ) ) ) ) | |
| Plaintiff, ) ) | Case No. 3:19-cv-813-REP |
| v. ) ) | |
| **RICHARD LOMBARDO,** ) ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Plaintiff Chmura Economics & Analytics, LLC, by counsel and pursuant to Fed. R. Civ. P. 26(d), respectfully moves for expedited discovery for the reasons set forth in the accompanying Memorandum. Specifically, Chmura respectfully requests an Order requiring Defendant Richard Lombardo to respond to the discovery requests attached as Exhibit A to its Memorandum within fifteen (15) calendar days of service and permitting Chmura to depose Mr. Lombardo regarding the topics identified in its written discovery within fifteen (15) days of its receipt of the requested documents and interrogatory answers.

Dated: December 9, 2019

                                                                                  /s/
                                    Rodney A. Satterwhite (VA Bar No. 32907)
                                    Heidi E. Siegmund (VA Bar No. 89569)
                                    McGuireWoods LLP
                                    Gateway Plaza
                                    800 East Canal Street
                                    Richmond, Virginia 23219
                                    (Office) (804) 775-1000
                                    (Fax) (804) 698-2158
                                    rsatterwhite@mcguirewoods.com
                                    hsiegmund@mcguirewoods.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing (NEF) to all counsel of record.

        /s/
Heidi E. Siegmund (VSB No. 89569)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel:   (804) 775-1000
Fax:  (804) 775-1061
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff*