Wednesday, December 11, 2019 at 4:43:16 PM Eastern Standard Time

**Subject:** Re: Lombardo/Chmura - Requested Assurance
**Date:** Tuesday, October 22, 2019 at 8:58:10 AM Eastern Daylight Time
**From:** Satterwhite, Rodney A.
**To:** George, Frank T.
**CC:** Ahern, Ann Marie, Santa Maria, Jessica

Frank -

We acknowledge receipt of your email, and appreciate the assurances you have provided. We look forward to a more detailed response next week.

Best regards,

Rod

Rod Satterwhite
804-301-0980

This message may contain confidential or privileged information. If you have received it in error, please delete it immediately and notify the sender. Thank you.

> On Oct 21, 2019, at 4:58 PM, George, Frank T. <ftg@mccarthylebit.com> wrote:
>
> Rodney:
>
> Thank you for taking my phone call. As I indicated earlier, I intend to provide a detailed response to your letter sometime next week. This email serves as an assurance that my client, Rick Lombardo, has not taken any action to interfere with Chmura's business. And, he does not intend to contact Chmura's clients or otherwise disrupt its business.
>
> Your confirmation of receipt of this email is greatly appreciated. I look forward to your response.
>
> Thanks,
>
> **Frank George** ▪ Associate ▪ McCarthy, Lebit, Crystal & Liffman Co., LPA
> 101 W. Prospect Ave., Suite 1800 ▪ Cleveland, OH 44115 ▪ Phone: 216.696.1422
> ftg@mccarthylebit.com ▪ www.mccarthylebit.com ▪ IR Global Member Firm
> LinkedIn ▪ Twitter ▪ Google+ ▪ Facebook
>
> **McCarthy, Lebit, Crystal & Liffman Co., LPA - Confidential Communication:**
> http://www.mccarthylebit.com/confidential-communication/

This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.