IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHURMA ECONOMICS
& ANALYTICS, LLC,

    Plaintiff,

v.                                  Civil Action No. 3:19cv813

RICHARD LOMBARDO,

    Defendant.

**ORDER**

Having reviewed the file herein and finding that, pursuant to Fed. R. Civ. P. 15(a)(1)(B), the plaintiff filed its FIRST AMENDED COMPLAINT on December 9, 2019 (ECF No. 12), it is hereby ORDERED that the MOTION OF DEFENDANT RICHARD LOMBARDO TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) (ECF No. 9) is denied as moot. It is further ORDERED that the defendant shall file his Answer and any other motions with respect to the FIRST AMENDED COMPLAINT by December 23, 2019.

It is so ORDERED.

                                            /s/
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: December 17, 2019