

Chmura Economics & Analytics
1309 E Cary St, FL 2
Richmond, VA 23219
804.554.5400
www.chmuraecon.com

February 3, 2015

Richard A Lombardo
27030 Forestview Ave
Euclid, OH 44132
rck.lmbrd@gmail.com

Dear Rick,

It is our pleasure to detail an offer of employment as an Inside Sales Representative (ISR) with Chmura Economics & Analytics, LLC (Chmura) at our Cleveland, Ohio office, contingent on satisfactory review of your W2's. Chmura would like you to begin on Wednesday, February 18, 2015, or sooner, if possible.

Your offer is as follows:
1. Annual base salary plus commission structure (see below).
2. Eight paid holidays over a typical full calendar year (remaining holiday schedule for 2015).
3. Medical/Vision insurance provided by Anthem and dental insurance provided by MetLife. Chmura pays half of our employee's premium costs for both medical and dental monthly premiums.
4. A review after the first three months that will include input from Leslie Peterson, John Chmura, and Dr. Christine Chmura regarding your progress in acclimating to the portfolio of Chmura IT and data services.

After three months of employment, you will also be eligible for:
- Annual merit increases, upon approved performance by your management;
- Ten days paid vacation per year (vacation accrues at a rate of 0.83 days per month);
- Opportunity to contribute to a Simple IRA plan (Chmura matches up to 3% of salary based on your contribution);

Compensation Overview:

| | |
|---|---|
| Annual base salary | $55,000 (Year 1) and $50,000 (Year 2+) |
| Commission rate on JobsEQ sales | 15% of initial sale<br>3% of annual renewals |
| Quota | 3 sales per month<br>(after a 3-month ramp-up period) |

Rick, your individual sales quota will be monitored on a monthly basis. Every effort will be made to ensure you are equipped with the training you need to effectively demonstrate the features and benefits of our technology platform (JobsEQ) to your prospective clients. Please note, that failure to achieve the agreed upon sales quota levels could result in your employment termination. New sales commissions will transact as client signatures are secured to the JobsEQ license agreement by Chmura's accounting department; payment to you will occur the month following the transact date. While we believe the quota level outlined above is reasonable, Chmura may re-evaluate the quota metric after 6

1



Chmura Economics & Analytics
1309 E Cary St, FL 2
Richmond, VA 23219
804.554.5400
www.chmuraecon.com

months and make adjustments, as we are a company of continuous process improvement. Sales territory will be determined after your hire is confirmed.

Rick, this offer is designed to allow you to demonstrate your competence and enthusiasm for a challenging position with a professional consulting firm. Chmura is a reputable and credible organization and as such, we employ only 'A-level' professionals who can produce quality results for our customers in a timely manner.

Chmura hopes this proposal meets your expectations. We believe you can make a strong contribution to the firm, and we look forward to working with you. This letter should not be construed as an employment contract. Please see the employment agreement attached.

Please call me at 804-649-1107 (work) or 804-512-7437 (mobile) if you have any questions.

Sincerely,

Leslie Peterson, Partner
President & Chief Strategy Officer

Signing below signifies acceptance of this employment offer:

_____                    2-4-2015
Richard A Lombardo                                  (date)

2