

**Chmura Economics & Analytics**
1309 E Cary St, FL 2
Richmond, VA 23219
804.554.5400
www.chmuraecon.com

March 28, 2019

Richard A. Lombardo
8341 Sheltered Cove
Mentor, OH 44060

Dear Rick,

This letter is intended to amend the terms of your employment previously agreed to by you and Chmura Economics & Analytics, LLC in the company's offer letter you dated February 4, 2015.

The following changes have been made:

The reference to annual merit increases is hereby deleted. In addition, Chmura would like to clarify that commissions become payable once Chmura receives the payment on the sale.

All other terms and conditions of the offer letter remain unchanged. Please indicate your willingness to accept these changes by signing below.

Sincerely,

Leslie Peterson
President and Chief Strategy Officer

Signing below signifies acceptance of this amendment.

Rick Lombardo                                               4-18-2019
                                                              (date)