# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **CHMURA ECONOMICS & ANALYTICS, LLC,** | )<br>)<br>) |
| Plaintiff/Counterclaim Defendant, | )<br>)   Case No. 3:19-cv-813-REP<br>) |
| v. | )<br>) |
| **RICHARD LOMBARDO,** | )<br>) |
| Defendant/Counterclaim Plaintiff. | )<br>) |

## NOTICE REGARDING MEDIATION

Plaintiff and Counterclaim Defendant Chmura Economics & Analytics, LLC ("Chmura"), by counsel, and pursuant to the Court's direction at the initial pretrial conference and the telephonic instruction from the Court's Chambers, submits that Chmura consents to private mediation.

Dated: February 26, 2020

Respectfully submitted,

/s/
Rodney A. Satterwhite (VA Bar No. 32907)
Christopher M. Michalik (VA Bar No. 47817)
Heidi E. Siegmund (VA Bar No. 89569)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
rsatterwhite@mcguirewoods.com
cmichalik@mcguirewoods.com
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff/Counterclaim Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing (NEF) to all counsel of record.

          /s/
Rodney A. Satterwhite (VSB No. 32907)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel:   (804) 775-1000
Fax:  (804) 775-1061
rsatterwhite@mcguirewoods.com

*Counsel for Plaintiff/Counterclaim Defendant*