**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **CHMURA ECONOMICS &** | ) | |
| **ANALYTICS, LLC,** | ) | |
| | ) | |
| | ) | Case No.: 3:19-cv-813 |
| **Plaintiff,** | ) | **Judge Robert E. Payne** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RICHARD LOMBARDO,** | ) | |
| | ) | |
| **Defendant/Counterclaim-Plaintiff.** | ) | |

## NOTICE REGARDING MEDIATION

Defendant/Counterclaim-Plaintiff, Richard A. Lombardo ("Mr. Lombardo"), by counsel, and pursuant to the Court's direction, states that he consents to private mediation. Counsel for Mr. Lombardo will contact counsel for Plaintiff/Counterclaim-Defendant, Chmura Economics & Analytics, LLC ("Chmura") to initiate the mediator selection and scheduling process.

Respectfully submitted,


/s/ Thomas J. Powell
Thomas J. Powell, Esq., VSB #27604
3603-D Chain Bridge Road
Fairfax, VA 22030-3244
Tel: (703) 293-9050 | Fax: (703) 293-9075
Email: tom@tjplaw.com

Christine Marie Cooper, Esq. (Ohio Bar #0079160)
Koehler Fitzgerald LLC

1111 Superior Avenue East, Suite 2500
Cleveland, OH 44114
Tel: (219) 539-9376 | Fax: (216) 916-4369
Email: ccooper@koehler.law

*Attorneys for Defendant Richard Lombardo*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served on this 2nd day of

March 2020, via the Court's CM/ECF filing system, upon the following:

Rodney A. Satterwhite (VSB #32907)
Heidi E. Siegmund (VSB #89569)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
rsatterwhite@mcguirewoods.com
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff*

/s/ Thomas J. Powell
Thomas J. Powell

3