**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **CHMURA ECONOMICS & ANALYTICS, LLC,** ) ) ) | |
| **Plaintiff/Counterclaim Defendant,** ) ) ) | Case No. 3:19-cv-813-REP |
| v. ) ) | |
| **RICHARD LOMBARDO,** ) ) | |
| **Defendant/Counterclaim Plaintiff.** ) ) | |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff Chmura Economics & Analytics, LLC and defendant Richard Lombardo (collectively, the "Parties"), by counsel, respectfully move this Court for entry of the attached, proposed Stipulated Protective Order.

In support of this Motion, the Parties submit that certain discovery materials to be exchanged in this case, including documents, interrogatory answers, deposition testimony, and other discovery, will likely contain non-public information of a personal, financial, and/or commercial nature which may constitute trade secret, confidential or proprietary information. To protect such trade secret, confidential or proprietary information, the parties jointly request that the Court enter the attached proposed Stipulated Protective Order so that any documents containing such information will be treated in accordance with that Order.

Accordingly, the Parties request that this Court enter the attached, proposed Stipulated Protective Order.

March 16, 2020                     Respectfully submitted,

**CHMURA ECONOMICS & ANALYTICS, LLC**

By: _____/s/_____

Rodney A. Satterwhite (VSB No. 32907)
Heidi E. Siegmund (VSB No. 89569)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
rsatterwhite@mcguirewoods.com
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2020 a copy of the foregoing was filed with the Court's CM/ECF system, which will send a notice of electronic filing (NEF) to all counsel of record.

                                                  /s/
Heidi E. Siegmund (VSB No. 89569)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff*