**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **CHMURA ECONOMICS & ANALYTICS, LLC,** | ) ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) ) | Case No. 3:19-cv-813-REP |
| v. | ) ) ) | |
| **RICHARD LOMBARDO,** | ) ) ) | |
| Defendant/Counterclaim Plaintiff. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion (the "Motion") to Extend Summary Judgment Deadline, and for good cause shown, it is hereby Ordered that the Motion is GRANTED. The Parties shall file their respective motions for summary judgment and accompanying briefs on or before May 15, 2020. The Parties shall file their respective response briefs on or before May 29, 2020 and their reply briefs on or before June 4, 2020.

**IT IS SO ORDERED.**

Date: May ____, 2020

_____

The Honorable Robert E. Payne
Senior United States District Judge