IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CHMURA ECONOMICS & ANALYTICS, LLC, </br></br>      Plaintiff/Counterclaim Defendant,</br></br>v.</br></br>RICHARD LOMBARDO,</br></br>      Defendant/Counterclaim Plaintiff. | Case No. 3:19-cv-813-REP |

## ORDER

Upon consideration of the Parties' Joint Motion (the "Motion") to Extend Summary Judgment Deadline, and for good cause shown, it is hereby Ordered that the Motion is GRANTED. The Parties shall file their respective motions for summary judgment and accompanying briefs on or before May 15, 2020. The Parties shall file their respective response briefs on or before May 29, 2020 and their reply briefs on or before June 4, 2020.

**IT IS SO ORDERED.**

Date: May __8__, 2020

                                                      /s/ _REP_
                                                    Robert E. Payne
                                                    Senior United States District Judge