IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CHMURA ECONOMICS & ANALYTICS, LLC, ) ) ) | |
| Plaintiff/Counterclaim Defendant, ) ) ) | Case No. 3:19-cv-813-REP |
| v. ) ) | |
| RICHARD LOMBARDO, ) ) | |
| Defendant/Counterclaim Plaintiff. ) ) | |

## ORDER

THIS MATTER is before the Court on the Plaintiff's Consent Motion for Leave to Exceed Page Limitation in Its Brief in Support of Motion for Summary Judgment (the "Motion"). Upon consideration of the Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall be permitted to file a brief in support of its motion for summary judgment of up to forty pages in length.

**IT IS SO ORDERED.**

Date: May _6_, 2020

/s/ _REP_
Robert E. Payne
Senior United States District Judge