Exhibit 7

**From:** Leslie Peterson <leslie.peterson@chmuraecon.com>
**Sent:** Friday, March 20, 2015 3:57 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>; James Donovan <james.donovan@chmuraecon.com>
**Cc:** John Chmura <john.chmura@chmuraecon.com>; Jennifer Zeagler <jennifer.zeagler@chmuraecon.com>; Chris Chmura <chris.chmura@chmuraecon.com>
**Subject:** Commissions

Good afternoon,
Commissions will be paid on a monthly basis. Jennifer will process commissions based on a report we are creating in Salesforce.

In the beginning of your position as account administrators we have the following commission structure for JobsEQ license sales:

- Prospect identified by someone at Chmura different that yourselves and your role was basically to get a signature on an ASA, this is somewhat close to the level of effort to renew a client therefore falls into the 3% commission bucket.
- Prospect identified by someone other than yourselves, demos given multiple time before you, but you did some more follow-up work to coordinate a new trial and close the deal with an ASA, we are providing commission on a judgment basis.
- Full commissions mean that you prospect a new client, organize the demo (eventually GIVE the demo) and close the deal is your negotiated 15% commission.

Jennifer will process commissions for March at the end of April.

Please let me know if you have any questions.

Leslie Peterson
President & Chief Strategy Officer
Chmura Economics & Analytics
1309 E. Cary Street
Richmond, VA 23219
www.chmuraecon.com
804.554.5400 Office
804.512.7437 Mobile

CONFIDENTIAL

CHMURA0204228