# Exhibit 9

# Richard Lombardo
**Senior Account Executive**

## CONTACT

### McCarthy, Burgess, & Wolff – Bedford, OH
**Account Executive**  **Jan 2010 – Feb 2015**

- Account Executive responsible for selling call center services (1st level collection agency) to organizations in various industries (including medical, industrial, insurance and banking). Long-term relationship based sales cycle averaging 3 months to over 1 year. Responsible for more than $5M in sales during tenure.
- Responsible for acquiring new business and maintaining existing relationships with Fortune 500 companies (including U.S. Bank, Citizens Bank, Steris, Thermo Fisher Scientific, Omincare, and McKesson). Improved sales revenue from $50k in 2010 to more than $1M in 2013.
- Managed an account base of 97 clients and consistently developed new accounts. Developed a strong referral system providing continuous leads for new business development. Recognized for "Most New Accounts" in 2012.
- Exceeded annual sales goals by 115% (2011), 149% (2012), and 158% (2013).
- Received recognition as "Top Producer" & "Most New Accounts" in 2012.

### Bank of America – Beachwood, OH
**Customer Marketing Account Manager**  **May 2006– June 2010**

- Hired out of college as an Account Manager in Bank's Customer Service call center. Responsible for identifying and selling customers additional opportunities and products (primarily in marketing the bank's unsecured loan portfolios, increasing outstanding loans, and generating revenues). Achieved top 10 account manager in country (out of 1,800).
- Identified profitable opportunities for growth by designing and implementing various marketing strategies based on potential customer's portfolio, wealth potential, credit, and geographic locations. Consistently improved performance and sales metrics over tenure.
- Placed in charge of overseeing development of new Account Managers due to high-level of success. Motivated and trained Account Managers, improved selling skill-sets, guided negotiating, customer relationship management, and closing techniques. Voted the MVP of training class.

### *Achievements & Accomplishments:*

- Helped Chmura Economics and Analytics transition from $50k to $5M in annual sales (directly responsible for $2.7M of revenue annually). Top revenue producer and producer of new clients each year.
- Responsible for 54% of all Chmura Economics and Analytics sales (out of a sales team of 6). Consistently exceeds sales quotas by achieving 7 sales per month (standard is 3 sales per month).
- Responsible for more than $5M in sales during tenure at McCarthy, Burgess, & Wolff.
- Received recognition as "Top Producer" & "Most New Accounts" in 2012 for McCarthy, Burgess, & Wolff.
- Achieved top 10 account manager in country for Bank of America (out of 1,800).

I_Resume
Plaintiff
Richard Lombardo - 179622
05/04/2020(RAS)

Case 3:19-cv-00813-REP   Document 35-9   Filed 05/15/20   Page 3 of 3 PageID# 968

# Richard Lombardo
**Senior Account Executive**

## CONTACT





## CORE STRENGTHS

- Highly knowledgeable and experienced
- Knowledge of business processes and systems
- Verbal and written communication
- Experienced with SalesForce and other CRMs
- Managing and closing complex sales cycles
- Consistently exceeds standards of every position
- Exceeding sales quotas

## SUMMARY

Highly knowledgeable and experienced with developing and managing software sales relationships with enterprise level companies. Works well with communicating with a wide range of people and managing a high volume of opportunities. Excels with closing C-level clients and maintaining a track record within the top 10% of sales of every company.

## EDUCATION & CREDENTIALS

Bowling Green State University – Bowling Green, OH
**Bachelors of Science in Sports Management,**                2006
Specialization in Marketing

## RELATED QUALIFICATIONS FOR:
## Senior Account Executive

Brief and specific basic qualifications related to **Senior Account Executive:**

- 5+ years of experience surpassing quotas for SaaS sales as a Senior Account Executive
- Ranked #1 salesperson each year in current role since 2015
- Proficient in Challenger Sales Methodology
- Experienced selling multiple business applications
- Highly knowledgeable with business processes and systems
- Experienced managing the sales cycle with high level clients up to CEO/CFO level
- Consistently maintained within the top 10% of sales throughout career
- Has multiple strong customer references

## CAREER PROGRESSION

### Chmura Economics and Analytics – Cleveland, OH
**Senior Account Manager**                                **Feb 2015 - Present**

- Hired as account manager to sell regional economic development software to government agencies and Fortune 500 companies. Promoted to senior account Manager within 18 months. Demonstrates value of software and demonstrates benefits of software (showing demographics, industries, and wages to regional planning agencies). Manages clients after making the sale. Helped company transition from $50k to $5M in annual sales (directly responsible for $2.7M of revenue annually). Top revenue producer and producer of new clients for company each year.

- Provides all Salesforce training and product software training for new hires. Develops and instructs Salesforce and selling best practices for company. Responsible for 54% of all company sales (out of a sales team of 6). Consistently exceeds sales quotas by achieving 7 sales per month (standard is 3 sales per month).

- Manages and operates 8-10 industry trade shows and conferences per year. Developed new marketing and sales processes to improve conference performance (including implementing new giveaways to generate more booth traffic). Consistently grows relationships in small market with average sales cycle of over 1 year.