# Exhibit 10

**From:** Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR>
**Sent:** Monday, December 5, 2016 1:50 PM
**To:** Moore, Melanie <mmoore@jaxusa.org>
**Subject:** RE: Data Explorer

Hi Melanie,

I am open tomorrow anytime other than 10:30-11:30 and 2:00-3:00. Please let me know what other time works best for you and I will give you a call.

Thanks,

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Great data. Better decisions.



---

**From:** Moore, Melanie [mailto:mmoore@jaxusa.org]
**Sent:** Monday, December 5, 2016 12:33 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Data Explorer

Can we find some time today or tomorrow to schedule a call so you can show me how best to set up groups of metros where it will run data on each metro separately?

Thanks,

Melanie

---

**From:** Moore, Melanie
**Sent:** Thursday, December 01, 2016 3:16 PM
**To:** 'Rick Lombardo' <rick.lombardo@chmuraecon.com>
**Subject:** RE: Data Explorer

My meeting was canceled so I was able to try this again and still have a bunch of questions...

I saved the regions I had selected previously in Data Explorer (8 MSAs, Florida, and the US) and loaded them, but when I went to change the Data Set, all my regions disappeared. Is there a way the regions could remain as I change out data sets?

Since they didn't save between data sets, I tried to create a region in the Setup area, but I noticed when saving each MSA, it only saves them as a list of counties and does not actually retain them as MSAs. How can I save a list of metro areas and run reports on them all at once?

I started from scratch and tried to create the report again and it worked this time. Odd. I went through exactly the same steps. Anyway, I saved the report this time, but I would like to know how best to create a group of MSAs I can use to run many different reports.

Melanie

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Thursday, December 01, 2016 7:48 AM
**To:** Moore, Melanie <mmoore@jaxusa.org>
**Subject:** RE: Data Explorer

Hi Melanie,

I just wanted to touch base with you to see if you were able to get this taken care of. If not please give me a call and maybe we can run through it together.

If I don't hear from you I hope you have a great day!

**Rick Lombardo**
Chmura Economics & Analytics

CONFIDENTIAL

1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**



---

**From:** Moore, Melanie [mailto:mmoore@jaxusa.org]
**Sent:** Tuesday, November 29, 2016 3:49 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Data Explorer

I double-clicked over and over and nothing happened. I will try it again tomorrow.

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Tuesday, November 29, 2016 3:41 PM
**To:** Moore, Melanie <mmoore@jaxusa.org>
**Subject:** RE: Data Explorer

Double click on employment and it should fill in. It might kick it back to 2015 since we are still in 2016. If you still have problems with this, please let me know.

Thanks,

Rick Lombardo
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**



---

**From:** Moore, Melanie [mailto:mmoore@jaxusa.org]
**Sent:** Tuesday, November 29, 2016 3:32 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** Data Explorer

Rick-

I need to see total employment for all industries, but the values area says "No Values Selected." What am I doing wrong and is there a better way to do this?



What I would ideally like to see is the following layout. Is this possible to set up in one table in Data Explorer?

| Industry Data, Latest Available Data | | |
|---|---|---|
| | Professional, Scientific, and | Total |

| Region | Technical Services (541) Empl | Employment, All Industries |
|---|---|---|
| Atlanta--Athens-Clarke County--Sandy Springs, GA CSA | 218,619 | |
| Austin-Round Rock, TX MSA | 100,374 | |
| Charlotte-Concord-Gastonia, NC-SC MSA | 73,477 | |
| Florida | 588,195 | |
| Jacksonville, FL MSA | 43,078 | |
| Nashville-Davidson--Murfreesboro--Franklin, TN MSA | 60,387 | |
| Orlando-Kissimmee-Sanford, FL MSA | 73,229 | |
| Raleigh, NC MSA | 55,492 | |
| Tampa-St. Petersburg-Clearwater, FL MSA | 101,374 | |
| USA | 9,820,785 | |

Melanie M. Moore
Senior Director, Business Intelligence
JAXUSA Partnership
A Division of JAX Chamber
Office (904) 366-6676
Cell (904) 755-6738
http://www.jaxusa.org
Visit us on: Facebook | Twitter

This email transmission (and/or the documents accompanying it) may contain information that is confidential and privileged and is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please notify us immediately and permanently delete all copies of this communication from your system.

CONFIDENTIAL    CHMURA0063737

| | |
|---|---|
| From: | Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR> |
| Sent: | Tuesday, February 14, 2017 7:51 AM |
| To: | Santiago, Stephanie <SantiagoS@elpasotexas.gov> |
| Subject: | RE: Questions on data |

Good Morning Stephanie,

Please give me a call once you get in today and I can walk you through where to pull the information you are looking for.

Thanks!

Rick Lombardo
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Great data. Better decisions.



From: Santiago, Stephanie [mailto:SantiagoS@elpasotexas.gov]
Sent: Monday, February 13, 2017 7:08 PM
To: Rick Lombardo <rick.lombardo@chmuraecon.com>
Subject: Questions on data

Hi Rick,

I have a question regarding on how to best pull this data....

Do you know which section of Chmura I should use that would best represent something like the info below? I appreciate your help!

**2014–2024 NEW MEXICO EMPLOYMENT PROJECTIONS**
INDUSTRY EMPLOYMENT PROJECTIONS
November 2016

| ALBUQUERQUE MSA | CENTRAL WORKFORCE REGI | |
|---|---|---|
| **Industry** | | |
| 31 | Manufacturing | |
| 51 | Information | |
| 22 | Utilities | |
| 11 | Agriculture, Forestry, Fishing & Hunting | |
| 21 | Mining, Quarrying & Oil & Gas Extraction | |
| 55 | Management of Companies & Enterprises | |
| 53 | Real Estate & Rental & Leasing | |
| 92 | State Government | |
| 91 | Federal Government | |
| 93 | Local Government | |
| 81 | Other Services (Ex. Public Administration) | |
| 56 | Admin. & Support & Waste Mgmt & Remedia | |
| 71 | Arts, Entertainment & Recreation | |
| 42 | Wholesale Trade | |
| 48 | Transportation & Warehousing | |
| 52 | Finance & Insurance | |
| 54 | Professional, Scientific & Technical Services | |
| 67 | Self-Employment & Unpaid Family Workers | |
| 23 | Construction | |
| 44 | Retail Trade | |
| 61 | Educational Services | |
| 72 | Accommodation & Food Services | |
| 62 | Health Care & Social Assistance | |
| ***Data are suppressed. | | |

| ALBUQUERQUE MSA | CENTRAL WORKFORCE REGI |
|---|---|
| **Industry** | |
| 51 | Information |
| 22 | Utilities |
| 31 | Manufacturing |
| 11 | Agriculture, Forestry, Fishing & Hunting |
| 21 | Mining, Quarrying & Oil & Gas Extraction |
| 53 | Real Estate & Rental & Leasing |
| 55 | Management of Companies & Enterprises |
| 93 | Local Government |
| 92 | State Government |
| 91 | Federal Government |
| 56 | Admin. & Support & Waste Mgmt & Remedia |
| 81 | Other Services (Ex. Public Administration) |
| 42 | Wholesale Trade |
| 44 | Retail Trade |
| 54 | Professional, Scientific & Technical Services |
| 67 | Self-Employment & Unpaid Family Workers |
| 71 | Arts, Entertainment & Recreation |
| 48 | Transportation & Warehousing |
| 52 | Finance & Insurance |
| 23 | Construction |
| 61 | Educational Services |
| 72 | Accommodation & Food Services |
| 62 | Health Care & Social Assistance |

\*\*\*Data are suppressed.

| ALBUQUERQUE MSA | CENTRAL WORKFORCE REGI |
|---|---|
| **Industry** | |
| 425 | Wholesale Electronic Markets & Agents & Br |
| 423 | Merchant Wholesalers, Durable Goods |
| 452 | General Merchandise Stores |
| 451 | Sporting Goods, Hobby, Musical Instrument |
| 444 | Building Material & Garden Equipment & S |
| 623 | Nursing & Residential Care Facilities |
| 561 | Administrative & Support Services |
| 446 | Health & Personal Care Stores |
| 493 | Warehousing & Storage |
| 713 | Amusement, Gambling & Recreation Indust |
| 236 | Construction of Buildings |
| 524 | Insurance Carriers & Related Activities |
| 721 | Accommodation |
| 238 | Specialty Trade Contractors |
| 541 | Professional, Scientific & Technical Services |
| 622 | Hospitals |
| 611 | Educational Services |
| 624 | Social Assistance |
| 722 | Food Services & Drinking Places |
| 621 | Ambulatory Health Care Services |

\*\*\*Data are suppressed.

| ALBUQUERQUE MSA | CENTRAL WORKFORCE REGI |
|---|---|
| **Industry** | |
| 488 | Support Activities for Transportation |
| 611 | Educational Services |
| 622 | Hospitals |
| 238 | Specialty Trade Contractors |
| 236 | Construction of Buildings |
| 444 | Building Material & Garden Equipment & S |
| 512 | Motion Picture & Sound Recording Industrie |
| 524 | Insurance Carriers & Related Activities |
| 451 | Sporting Goods, Hobby, Musical Instrument |
| 721 | Accommodation |
| 446 | Health & Personal Care Stores |
| 443 | Electronics & Appliance Stores |
| 722 | Food Services & Drinking Places |
| 523 | Securities/Commodity Contracts/Other Inves |
| 425 | Wholesale Electronic Markets & Agents & Br |
| 621 | Ambulatory Health Care Services |
| 624 | Social Assistance |

| 493 | Warehousing & Storage |
|---|---|
| 312 | Beverage & Tobacco Product Manufacturing |
| 519 | Other Information Services |

***Data are suppressed.

CONFIDENTIAL                                                                                                    CHMURA0067541

| | |
|---|---|
| From: | Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR> |
| Sent: | Thursday, April 20, 2017 9:49 AM |
| To: | Pam Clay <pclay@dekalbeda.com> |
| Subject: | RE: Question |

Hi Pam,

I am about to jump on a demo so I will give you a call in a little over an hour and I can assist you in pulling this. I have a few questions but we can get those answered when I call.

Thanks,

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**



---

**From:** Pam Clay [mailto:pclay@dekalbeda.com]
**Sent:** Thursday, April 20, 2017 9:34 AM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** Question

Hi Rick,
I hope your week is going well.
I have a question, is there a way to pull the detailed data listed below through JobsEQ?
Thanks,
Pam

| | |
|---|---|
| Northeast Alabama Community College | |
| Community College | |
| Rainsville, AL (15 mi) | |
| | 2,710 |
| | 886 |

- CIP 15.000 Engineering Technology, General - 21
- CIP 47.0105 Industrial Electronics Technology/Technician – 35
- CIP 47.0303 Industrial Mechanics and Maintenance Technology - 117

---

 Virus-free. www.avast.com

CONFIDENTIAL                                                                                                                                                 CHMURA0071325

| | |
|---|---|
| From: | Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR> |
| Sent: | Thursday, August 10, 2017 9:30 AM |
| To: | Crakes, Stacy <SCrakes@scottfss.org> |
| Subject: | RE: Chmura Economics JobsEQ - Scott County Question |

Hi Stacy,

The total number that we have shown is 36.8%. However, we are using more recent sources such as the updated population for this year, the 5 year 2015 ACS, and we include the self-employed and proprietors as well.

I hope this is what you are looking for and helps in the project you are working on! Please let me know if you have any other questions.

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Great data. Better decisions.



---

From: Crakes, Stacy [mailto:SCrakes@scottfss.org]
Sent: Wednesday, August 9, 2017 5:12 PM
To: Rick Lombardo <rick.lombardo@chmuraecon.com>
Subject: Chmura Economics JobsEQ - Scott County Question

Hi Rick,
We are working through some things right now related to the percentage of Scott County resident workers we have who live and work in Scott County. Long story short – the American Community Survey says 34.8% (2010), while the Census Bureau's On the Map tool says 24.4%.

We have an idea of what is causing the discrepancy (we were informed that self-employed workers are NOT included in the On the Map data), but just out of curiosity, can JobsEQ be used to pull a number for this statistic and if so, are you able to tell me what that number is for Scott County to see if it's close to that 34.8%?

Thanks!!
Stacy

*Stacy Crakes, P.E.*

Scott County CDA – First Stop Shop | Business Development Director
4646 Dakota Street SE | Prior Lake, MN 55372
Direct: 952.496.8613 | Cell: 612.964.7893 | SCrakes@scottfss.org



**From:** Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR>
**Sent:** Friday, March 23, 2018 12:39 PM
**To:** Sherry Ambrose <SAmbrose@IrvingChamber.com>
**Subject:** RE: JobsEQ data question

Hi Sherry,

I hope everything has been well in your world since we last spoke regarding JobsEQ. I wanted to follow back up to see if you might be interested in a personalized training session in the coming days/weeks. I noticed that you have not been utilizing the program much recently and most of the times I see that is due to the fact the platform could seem overwhelming sometimes.

I would love the opportunity to walk you and/or your team through some "best practices" of using JobsEQ in the coming days weeks. If you could please give me a call or shoot me an email letting me know if this is something you would be interested in I would greatly appreciate it.

Thanks, and have a great weekend if I don't hear from you!

Rick Lombardo
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Great data. Better decisions.



---

**From:** Sherry Ambrose <SAmbrose@IrvingChamber.com>
**Sent:** Wednesday, November 15, 2017 2:07 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: JobsEQ data question

Thank you :).

On Nov 15, 2017 8:24 AM, Rick Lombardo <rick.lombardo@chmuraecon.com> wrote:

> Good Morning Sherry,
>
> I am not sure what you started here but since Monday I received two more requests for this same information! So, I can tell you that you are not alone on this feature request. I have passed each request along to our data team so if there is anything we can do to get this information I will let you know.
>
> Enjoy the rest of your week!
>
> **Rick Lombardo**
>
> Chmura Economics & Analytics
>
> 1025 Huron Road East
>
> Cleveland, OH 44115
>
> Rick.Lombardo@chmuraecon.com
>
> 216.357.4730 Ext. 211
>
> www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**

http://www.chmuraecon.com/images/main/ChmuraLogo2014-2.png

---

**From:** Sherry Ambrose [mailto:SAmbrose@IrvingChamber.com]
**Sent:** Monday, November 13, 2017 1:33 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: JobsEQ data question

Well, it was worth asking. I'm really surprised that this is such a hard number to track down. I tried calling our state LMI team, too.

**Sherry Ambrose** | VP Economic Development

Irving Economic Development Partnership

Irving-Las Colinas Chamber of Commerce

5201 N. O'Connor Blvd., Suite 100 | Irving, TX 75039

214-217-8484 (main) | 214-217-8470 (direct)

972-863-1250 (cell) | 214-389-2513 (fax)

www.IrvingChamber.com

This e-mail and all attachments to it are for the sole use of the intended recipients and may contain proprietary information of the Irving-Las Colinas Chamber and its partners. This e-mail may also contain information which is confidential or which is protected from disclosure by privilege. Any unauthorized use, disclosure or distribution of this e-mail and its attachments is prohibited. If you are not the intended recipient, let us know by reply e-mail and then erase and destroy all electronic or other copies of this message.

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Monday, November 13, 2017 10:05 AM
**To:** Sherry Ambrose
**Subject:** RE: JobsEQ data question

Hi Sherry,

I am sorry but we are only able to provide establishments at the county level. I asked our data team if there would be a way for us to break that down in the future but they said that they would need to do some additional research on it since all the sources for this are at the county level.

I know this isn't the answer you were looking for and I apologize. This will be something that I forward over to our team so that they can add this to the roadmap moving forward at some point. If any other questions come up or if there is anything I could assist with please let me know.

Thanks!

**Rick Lombardo**

Chmura Economics & Analytics

1025 Huron Road East

CONFIDENTIAL

Cleveland, OH 44115

Rick.Lombardo@chmuraecon.com

216.357.4730 Ext. 211

www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**

☒ http://www.chmuraecon.com/images/main/ChmuraLogo2014-2.png

---

**From:** Sherry Ambrose [mailto:SAmbrose@IrvingChamber.com]
**Sent:** Monday, November 13, 2017 10:40 AM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** JobsEQ data question

Hi Rick,

I just left you a voicemail. Trying to get a good number for total establishments (all industries) in Irving, Texas. It's not available anywhere else (even the economic census data I can't seem to get to work is from 2012).

Is this something JobsEQ can provide an estimate for? I don't think I've tried the right places.

Thank you!

Sherry

**Sherry Ambrose** | VP Economic Development

Irving Economic Development Partnership

Irving-Las Colinas Chamber of Commerce

5201 N. O'Connor Blvd., Suite 100 | Irving, TX 75039

214-217-8484 (main) | 214-217-8470 (direct)

972-863-1250 (cell) | 214-389-2513 (fax)

www.IrvingChamber.com

Your Irving-Las Colinas Chamber is honored to receive the inaugural *Texas Outstanding Chamber of the Year Award*, be the first 5-Star Accredited Chamber in Texas and exist to **CREATE** economic activity for Irving, **ADVANCE** more than 1,900 business investors who represent more than 200,000 employees and **PROMOTE** all of our members including five Fortune 500 Global headquarters and 22 U.S. Small Business of the Year Award Winners.

This e-mail and all attachments to it are for the sole use of the intended recipients and may contain proprietary information of the Irving-Las Colinas Chamber and its partners. This e-mail may also contain information which is confidential or which is protected from disclosure by privilege. Any unauthorized use, disclosure or distribution of this e-mail and its attachments is prohibited. If you are not the intended recipient, let us know by reply e-mail and then erase and destroy all electronic or other copies of this message.