# Exhibit 12

Kyle West

https://www.linkedin.com/in/kyle-west-36741465/

November 24, 2019

To Whom It May Concern:

I worked with Richard Lombardo ("Rick") for more than four years, from July 2015 – October 2019. Rick was hired by Chmura Economics & Analytics a few months before me and we worked closely together as Chmura's software sales increased tenfold during this period. In my first 18 months with Chmura, I worked directly with Rick to develop sales scripts, onboard new clients, and strategize approaches to new markets. In 2017, as interim Director of Sales, I supervised Rick; in this role I was immersed in our sales team's performance metrics and gained clear insights related to individual team members. Over the ensuing two years I continued working closely with Rick as he proved a reliable source for client feedback and market sentiment. I can attest to Rick's outstanding performance as a salesperson.

Rick is a self-starter. He's entrepreneurial, diligent, enthusiastic, and capable of relating to anyone. He consistently outpaced and outperformed his peers and regularly exceeded performance goals. In a matter of months and with minimal training and marketing support, Rick commanded a technical product and conveyed its value to a range of prospective clients. He closed new business at an unprecedented rate for Chmura.

Rick was beloved by our clients, evidenced by a retention rate near 90%, more than five percentage points above his peers. Rick personally managed more than 200 clients at the time of his departure. To be clear, Rick prospected, demoed, closed, and retained these accounts through his own efforts.

I know that a recent "restructuring" of our sales territories and commissions was not agreeable to Rick (and other senior sales executives). I empathize with him on this. I know that Rick is a uniquely qualified salesperson and I am confident that he could be an invaluable asset to a sales team, especially one in search of a catalyst.

Please feel free to contact me with questions.

Sincerely,

Kyle West