# Exhibit 16

| | |
|---|---|
| From: | Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR> |
| Sent: | Friday, September 6, 2019 2:12 PM |
| To: | Eli Auerbach <eli.auerbach@chmuraecon.com>; Wilson Cox <wilson.cox@chmuraecon.com>; Austen Steele <austen.steele@chmuraecon.com> |
| Subject: | RE: JobsEQ Road Map |

- RTI Job Feed Widget
- Block Level Data
- Resume Data
- "Clippie"/Custom Reports by clicking different areas of JobsEQ and then having all of it run in one report
- Filtering in Data Explorer

**From:** Eli Auerbach <eli.auerbach@chmuraecon.com>
**Sent:** Friday, September 6, 2019 2:09 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>; Wilson Cox <wilson.cox@chmuraecon.com>; Austen Steele <austen.steele@chmuraecon.com>
**Cc:** Eli Auerbach <eli.auerbach@chmuraecon.com>
**Subject:** JobsEQ Road Map

Hi guys
I am working with David to prioritize what the development team should be focusing on regarding the production road map. Can each of you provide me <u>before the end</u> of today your top 3 – 5 items, or areas for improvement, that the production team should focus on first? David plans on presenting this Monday morning.

Eli Auerbach
Sales Manager
Chmura Economics & Analytics
Eli.Auerbach@chmuraecon.com
Cell: 216.318.0136
Office: 216.357.4730 x216
www.chmuraecon.com/JobsEQ

Best data. Best decisions.





