# Exhibit 17

**From:** Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR>
**Sent:** Wednesday, May 1, 2019 9:57 AM
**To:** Ryan, Sean (US - Chicago) <searyan@deloitte.com>
**Subject:** RE: Jobs EQ Wage Chart question

Hi Sean,

So I met with our data team yesterday and this is something that we would be able to incorporate into the platform most likely in the Occupation Wage Analytic. We are adding it to our roadmap and we think it will be something that we can squeeze in one of our releases in the coming months.

I do just want to be upfront that this could take as long as 4-6 months as they are finishing up on a few other new additions to JobsEQ at this point but they did assure me this is something they will begin working on in the coming weeks/months.

If there is anything else that you would like to see incorporated please continue to point those out. I can't make any promises that we will always be able to add everything you are asking for but we are always willing to discuss and look into the possibilities.

Thanks!

Rick Lombardo

---

**From:** Ryan, Sean (US - Chicago) <searyan@deloitte.com>
**Sent:** Monday, April 29, 2019 7:28 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** Jobs EQ Wage Chart question

Rick,

I am very excited to start our official membership and relationship with JobsEQ.

I have a question about some data that I am interested in for our projects. Through JobsEQ, would there be any way for us to look at the pay by position in a given geography on bar chart (See below)? For example, in Memphis the pay may range from $12 an hour to $20 an hour for a machine operator. Each bar could be a pay range – (ie. $18-$19, $19-$20). The height of the bar would be the number of employees being paid that rate. I would like to be able to visualize the # of people at each pay level (likely a normal distribution / bell chart seen below).

This would allow us to help clients visualize that if they pay at the median rate, the talent pool that would be interested is theoretically everyone to the left on the chart. If they increase the pay to 75% of the local average, they increase their applicant pool by X applicants. If you could install a slider that displayed the # of applicants below a pay band, that would be perfect. Furthermore, I'd love to add the "extended employment" making it a stacked bar.

Is JobsEQ able to partner with us to compile data tailored to Deloitte? I'm not sure if the underlying data is available or not. If this could be one of our "Tiles" in the home screen for JobsEQ, we'd find it extremely valuable.



**Sean Ryan**
Consultant | Real Estate & Location Strategy
Deloitte Consulting LLP
111 S Wacker Dr, Chicago, IL 60606
Tel/Direct: +1 312 877 0832
searyan@deloitte.com | www.deloitte.com

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

v.E.1

CONFIDENTIAL

CHMURA0085308

**From:** Rick Garcia <rgarcia1@wsalamo.org>
**Sent:** Wednesday, May 31, 2017 5:16 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Welcome to JobsEQ

Thank you Rick.

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Wednesday, May 31, 2017 3:48 PM
**To:** Rick Garcia <rgarcia1@wsalamo.org>
**Cc:** Miriam Barksdale-Botello <mbarksdale@wsalamo.org>
**Subject:** RE: Welcome to JobsEQ

Hi Rick,

Thank you for your feedback. I will pass this along to our data governance team so they can add this to our roadmap. If you have any other questions or need my assistance in any way please don't hesitate to reach out to me directly.

Have a great evening.

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**



**From:** Rick Garcia [mailto:rgarcia1@wsalamo.org]
**Sent:** Wednesday, May 31, 2017 3:09 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Cc:** Miriam Barksdale-Botello <mbarksdale@wsalamo.org>
**Subject:** RE: Welcome to JobsEQ

Thank you Rick. The reason we are asking for the additional information is because there has been a lot of conversation nationally about the baby boomers staying in the workforce beyond their 60's. Their healthier lifestyles are allowing them to stay active and stay in the workforce longer. Others have not saved enough money to retire and choose to continue to work to afford healthcare. We would like to see how that information affects our region. Thank you Rick.

Rick Garcia

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Wednesday, May 31, 2017 1:03 PM
**To:** Rick Garcia <rgarcia1@wsalamo.org>
**Cc:** Miriam Barksdale-Botello <mbarksdale@wsalamo.org>
**Subject:** RE: Welcome to JobsEQ

Hi Rick,

Sorry for the delayed response but I wanted to ask our data team why we don't break out the additional age brackets. They stated that we show just the 18-54 range to focus on the "typical working-age" cohort and have not had any requests to have it expanded.

If this is something you would like to see added please let me know and I will put this request into our data team and have them add it to roadmap.

Thanks,

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

CONFIDENTIAL                                                                                                                     CHMURA0038098



**From:** Rick Garcia [mailto:rgarcia1@wsalamo.org]
**Sent:** Tuesday, May 30, 2017 3:37 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Cc:** Miriam Barksdale-Botello <mbarksdale@wsalamo.org>
**Subject:** RE: Welcome to JobsEQ

Rick,

Thank you again. I like how easy it is to access the data. A question for you, I noticed that under demographics the age ranges are up to 65 to 74 and then extends to 75 years and over but the age range for Veterans, Educational Attainment and people with disabilities only goes up to 64 years old. Can you explain why the other areas do not extend the age range beyond 64 years old? It is important to note that the SA MSA has Veterans beyond 64 years of age. Thank you Rick.

Rick Garcia

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Tuesday, May 30, 2017 11:09 AM
**To:** Rick Garcia <rgarcia1@wsalamo.org>
**Subject:** RE: Welcome to JobsEQ

Hi Rick,

You should have just received your new password. Please let me know if you have a problem logging in.

Thanks,

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ



**From:** Rick Garcia [mailto:rgarcia1@wsalamo.org]
**Sent:** Tuesday, May 30, 2017 10:23 AM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Welcome to JobsEQ

Hello Rick,
Apparently I attempted to log in too many times and I did not type in the correct temporary password. My apologies. May I get another temp password at your convenience. Thank you.

Rick Garcia

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Thursday, May 25, 2017 12:03 PM
**To:** Rick Garcia <rgarcia1@wsalamo.org>
**Subject:** FW: Welcome to JobsEQ

Hi Rick,

Please see your user name and password below. If you are having problems logging in please don't hesitate to reach out to me at any point. All my contact information is detailed below.

THANKS!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East

Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Great data. Better decisions.



From: jobseq@chmuraecon.com [mailto:jobseq@chmuraecon.com]
Sent: Thursday, April 20, 2017 11:39 AM
To: rgarcia1@wsalamo.org
Subject: Welcome to JobsEQ

Welcome to JobsEQ!

Your JobsEQ account is ready. To get started, please login where you will be prompted to change your password.

Your username is: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Your temporary password is: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

To access JobsEQ, please browse to: www.jobseq.com

Registration for introductory training sessions can be accomplished here: https://jobseqtraining.acuityscheduling.com. multiple times and session types are available—scroll through the session types and calendar pages to see the current schedule.

JobsEQ®

Chmura Economics & Analytics
1309 East Cary Street
Richmond, Virginia 23219

Phone: 804.554.5400

| | |
|---|---|
| From: | Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR> |
| Sent: | Friday, February 10, 2017 11:26 AM |
| To: | Moore, Melanie <mmoore@jaxusa.org> |
| Subject: | RE: Occupation Gaps |

Hi Melanie,

Unfortunately, at this point you are not able to run it for any custom occupation groups. It is only capable to be ran at the Major, Minor Broad and Detailed Occupation groupings.

You would be able to run it in a table format at the detailed level and pull out the occupations that you are looking once you export it into excel. If you have any questions on how to do this, please let me know.

I will also pass this along to our IT folks and have them add this to our roadmap.

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**



---

**From:** Moore, Melanie [mailto:mmoore@jaxusa.org]
**Sent:** Friday, February 10, 2017 11:00 AM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** Occupation Gaps

I found the graphic I was trying to think of to ask you about in our training. I see now that I can look at the Training and Resources tab to get more info about what it means, but I was wondering if it is possible to run this analysis on a custom occupation group. I have just been asked about the state of the STEM workforce in our region, specifically gaps and economic development needs. I would think an occupation gap analysis specific to my custom STEM occupation group would be helpful. Would this be possible?

# Occupation Gaps



Melanie M. Moore
Senior Director, Business Intelligence
JAXUSA Partnership
A Division of JAX Chamber
Office (904) 366-6676
Cell (904) 755-6738
http://www.jaxusa.org
Visit us on: Facebook | Twitter

This email transmission (and/or the documents accompanying it) may contain information that is confidential and privileged and is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please notify us immediately and permanently delete all copies of this communication from your system.

CONFIDENTIAL                                                                                                                                         CHMURA0067438

**From:** Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR>
**Sent:** Thursday, August 15, 2019 9:34 AM
**To:** Greg Chmura <greg.chmura@chmuraecon.com>
**Subject:** FW: Economic Diversity Data

Just an FYI... I will add it to the roadmap as well.

Thanks again.

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Great data. Better decisions.



**From:** Phoebe Fleming <phoebe.fleming@orlando.org>
**Sent:** Thursday, August 15, 2019 9:32 AM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Economic Diversity Data

Thanks Rick!

I would love to be able to pull this data directly from the tool. We constantly get asked "how diverse is Orlando's economy".

Best,
Phoebe

**From:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Sent:** Thursday, August 15, 2019 8:02 AM
**To:** Phoebe Fleming <phoebe.fleming@orlando.org>
**Subject:** RE: Economic Diversity Data

Good Morning Phoebe,

I was advised this morning that we don't have this updated at the moment but they are going to work on updating it and will provide me an estimated time of completion. As soon as I get any other information I will let you know.

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Great data. Better decisions.



**From:** Phoebe Fleming <phoebe.fleming@orlando.org>
**Sent:** Wednesday, August 14, 2019 5:00 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** Economic Diversity Data

Hi Rick,

Thanks for taking my call just now. This is the link to the data I am looking for, http://www.chmuraecon.com/interactive/economic-diversity/

Wondering if there is more updated MSA level data, for all of the MSAs in the US. Also, hoping you can provide me with a little more documentation on how that index is calculated.

Thanks!
Phoebe

**Phoebe Fleming**
Director of Research
ORLANDO ECONOMIC PARTNERSHIP

phoebe.fleming@orlando.org

301 E. Pine Street, Suite 900
Orlando, FL 32801
P/ 407.902.2423



**ABOUT THE ORLANDO ECONOMIC PARTNERSHIP**
The Orlando Economic Partnership (the Partnership) is a public-private, not-for-profit economic and community development organization that works to advance broad-based prosperity by strengthening Orlando's economy, amplifying Orlando's story, championing regional priorities, empowering community leaders and building a brilliant region. These five foundational objectives serve to improve the region's competitiveness while responding to the needs of communities, residents and businesses.

CONFIDENTIAL