# Exhibit 18

| | |
|---|---|
| **From:** | Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR> |
| **Sent:** | Wednesday, December 21, 2016 2:08 PM |
| **To:** | Leslie Peterson <leslie.peterson@chmuraecon.com>; Chris Chmura <chris.chmura@chmuraecon.com>; Laura Leigh Savage <lauraleigh.savage@chmuraecon.com>; Kyle West <kyle.west@chmuraecon.com>; John Chmura <john.chmura@chmuraecon.com>; Greg Chmura <greg.chmura@chmuraecon.com>; Austen Steele <austen.steele@chmuraecon.com>; Brent Keath <brent.keath@chmuraecon.com> |
| **Subject:** | EMSI features for 2017 |
| **Attach:** | DOC035.pdf |

Hello everyone,

Please see the attached document showing what EMSI will be releasing in 2017. I received this from a prospect who wanted to go over this to see if we have these features or if they are on our roadmap.

Thanks,

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Great data. Better decisions.



Like many of you, we're data geeks. We love spreadsheets and crunching numbers and great data visualizations. **Most of all, we love providing meaning to data to help our clients prosper their communities.**

This was a big year on that front, and we're even more excited for 2017. Here's a look at the data and product innovation from Emsi's economic and workforce development team over the last year, and what's on the docket.

## WHAT WE'VE DONE THIS YEAR

**Alumni Tracking:** Where are your local college graduates going to live and work? We can tell you.

**Workforce Analysis by Skill:** Which skills are available in your workforce? Tap into our database of 67M U.S. profiles and over 200M globally to find out.

**Drive Time Region Selection:** Analyze a precise region based on drive time or radius from address using our ZIP code data.

**Cost of Living Index:** Look at wages and earning adjusted for cost of living using C2ER's well-respected COLI.

**Granular Job Postings Analytics:** Filter job ads by job title, skill, and company to gauge employers' needs, and see full postings.

**Regional Comparison Report:** Benchmark your region with a side-by-side look at key economic and workforce stats in one spot.

**Tax Component in I-O:** Measure the tax implications in an impact scenario to see how a shock to your economy will affect local, state, and federal tax revenue.

## WHAT'S COMING

**Occupation Data by Place of Residence:** Look at occupation data by where workers live, not just work, to see where talent resides down to the ZIP code.

**Community Indicators:** Monitor median household income, labor force participation rate, union rates, crime statistics, and other indicators.

**Deeper Compensation Insights:** Combine insights from government sources, résumés, profiles, and other sources to get a strong handle on worker pay.

**Beyond the SOC:** Use our proprietary database of 300M profiles to model workforce job counts and compensation by job title. Go from 800 SOC codes to 20,000 titles that businesses actually use.

**Peer Region Selection:** Use well-tested data metrics to determine the MSAs that make the most sense as peer regions.

**Customizable Input-Output Model:** Take your I-O analysis to another level with a more flexible framework, and more robust fiscal modeling.

VISIT US AT
EconomicModeling.com/Communities

CONFIDENTIAL

CHMURA0064821