# Exhibit 19

| | |
|---|---|
| From: | Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR> |
| Sent: | Tuesday, August 8, 2017 5:29 PM |
| To: | Austen Steele <austen.steele@chmuraecon.com>; Sharon Simmons <sharon.simmons@chmuraecon.com>; Leslie Peterson <leslie.peterson@chmuraecon.com>; Wilson Cox <wilson.cox@chmuraecon.com> |
| Cc: | John Grebenc <john.grebenc@chmuraecon.com>; David Altmann <david.altmann@chmuraecon.com>; Chris Chmura <chris.chmura@chmuraecon.com>; John Chmura <john.chmura@chmuraecon.com>; Kyle West <kyle.west@chmuraecon.com> |
| Subject: | RE: one pagers in separate files |

Hi Sharon,

It looks like Austen gave a good number of bullets for Economic Development and Workforce. Below is a list I just put together for Site Selectors and Corporations.

- Ability to customize regions by radius or drive times from a particular site
- Ability to compare hundreds of site locations side by side with easily exportable data sets
- Access to entry level, mean, and experienced wages for all occupations
- Place of work and place of residence data for all occupations
- Zip code level commuting patterns
- ESRI mapping capabilities
- Customized staffing patterns
- Project based economic impact analysis

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**



From: Austen Steele
Sent: Tuesday, August 8, 2017 3:03 PM
To: Sharon Simmons <sharon.simmons@chmuraecon.com>; Leslie Peterson <leslie.peterson@chmuraecon.com>; Wilson Cox <wilson.cox@chmuraecon.com>
Cc: Rick Lombardo <rick.lombardo@chmuraecon.com>; John Grebenc <john.grebenc@chmuraecon.com>; David Altmann <david.altmann@chmuraecon.com>; Chris Chmura <chris.chmura@chmuraecon.com>; John Chmura <john.chmura@chmuraecon.com>; Kyle West <kyle.west@chmuraecon.com>
Subject: RE: one pagers in separate files

Thanks, Sharon. I've listed some suggested bullet points below for consideration. There is a lot of crossover between the EDO and WIB content, but this should provide a good starting point. Let me know if you have any questions or need anything else.

**EDO:**
- retain/expand existing companies and also attract new businesses by demonstrating workforce availability,
- decipher in-demand occupations and target growing industries,
- illustrate regional economic and labor market trends with advanced GIS mapping capabilities,
- understand a region's and/or industry's demographic makeup,
- analyze local industry supply chain capacities and gaps,
- evaluate the economic impact of expansion or contraction events,
- examine real time job posting to identify which companies are hiring,

**WIB:**
- decipher in-demand occupations and growing industries,
- develop targeted instructional and training programs based on regional labor demands,
- design strategies to get displaced workers back into the workforce,
- examine real time job posting to identify which companies are hiring, what occupations are being hired, and which certifications are being required,
- demonstrate workforce viability to new and existing companies,
- illustrate regional economic and labor market trends with advanced GIS mapping capabilities,
- understand a region's and/or industry's demographic makeup,

- and much more.

**More bullet points for consideration:**
- easily compile the necessary information for grant proposals,
- access detailed and holistic data for labor market studies,
- quickly create/update strategic plans,
- efficiently and accurately respond to prospect's RFPs,

Thanks again!
**Austen Steele**
Senior Account Manager
Chmura Economics & Analytics
P: 804.554.5400 Ext. 109
Austen.Steele@chmuraecon.com
www.chmuraecon.com

**Great data. Better decisions.**



---

**From:** Sharon Simmons
**Sent:** Tuesday, August 8, 2017 1:35 PM
**To:** Leslie Peterson <leslie.peterson@chmuraecon.com>; Wilson Cox <wilson.cox@chmuraecon.com>
**Cc:** Rick Lombardo <rick.lombardo@chmuraecon.com>; John Grebenc <john.grebenc@chmuraecon.com>; Austen Steele <austen.steele@chmuraecon.com>; David Altmann <david.altmann@chmuraecon.com>; Chris Chmura <chris.chmura@chmuraecon.com>; John Chmura <john.chmura@chmuraecon.com>
**Subject:** RE: one pagers in separate files
**Importance:** High

Good Afternoon Sales Team,

Leslie, John, and I spoke this afternoon and agreed the best way to make sure we highlight how and why each market segment uses JobsEQ is to get a bulleted list from each of you based on your experience interacting with clients in each segment.

John G and Wilson, please send me bullet points for the education vertical.

Rick and Austen, please send me a list for Economic Development and Workforce Development.

Rick, please also send me bullet points for both the corporate and site selector verticals.

We are requesting these by the close of business today so we can have the marketing material ready for the upcoming conferences.

Please give me a call if you have any questions.

Thanks,

Sharon

---

**From:** Leslie Peterson
**Sent:** Monday, August 7, 2017 1:41 PM
**To:** Wilson Cox <wilson.cox@chmuraecon.com>
**Cc:** Rick Lombardo <rick.lombardo@chmuraecon.com>; John Grebenc <john.grebenc@chmuraecon.com>; Austen Steele <austen.steele@chmuraecon.com>; David Altmann <david.altmann@chmuraecon.com>; Chris Chmura <chris.chmura@chmuraecon.com>; Sharon Simmons <sharon.simmons@chmuraecon.com>; John Chmura <john.chmura@chmuraecon.com>; Kyle West <kyle.west@chmuraecon.com>
**Subject:** Re: one pagers in separate files

Thanks Wilson! It is on our calendar for this week!

Sent from my iPhone

On Aug 7, 2017, at 8:28 AM, Wilson Cox <wilson.cox@chmuraecon.com> wrote:

> Hi Rick and everyone,
>
> Thanks again for putting this together for the sales team Leslie, really appreciate it!
>
> I agree with Rick, it would be great if the one pager mentioned something for higher education and how colleges and universities can use JobsEQ, for example: Find degrees that are in short supply or running the Education Report which can download in seconds and help influence decision making for adding programs. This is something a lot of prospects like when I demo them JobsEQ.
>
> Thanks again!

CONFIDENTIAL

Wilson Cox
Chmura Economics & Analytics
1309 E. Cary Street
Richmond, VA 23219
O: 804.554.5400 Ext. 113
M: 804.662.0135
wilson.cox@chmuraecon.com
www.chmuraecon.com

<image002.gif>

**Great data. Better decisions.**

---

**From:** Rick Lombardo
**Sent:** Monday, August 7, 2017 7:53 AM
**To:** Leslie Peterson <leslie.peterson@chmuraecon.com>; John Grebenc <john.grebenc@chmuraecon.com>; Austen Steele <austen.steele@chmuraecon.com>; Wilson Cox <wilson.cox@chmuraecon.com>; David Altmann <david.altmann@chmuraecon.com>
**Cc:** Chris Chmura <chris.chmura@chmuraecon.com>; Sharon Simmons <sharon.simmons@chmuraecon.com>; John Chmura <john.chmura@chmuraecon.com>; Kyle West <kyle.west@chmuraecon.com>
**Subject:** RE: one pagers in separate files

Good Morning Leslie,

I think the RTI one-pager hits the nail on the head, and I am not in a position to provide feedback for the Career Concourse one but I do think there is some room for improvement/additions to the JobsEQ piece. Just as an example, it doesn't mention our forecasting's for all industries and occupations anywhere.

I think if we break up the JobsEQ one-pager for each market (economic development, workforce, education, site selection, etc.) we can come up with bullet points that really highlight the way each segment would utilize it such as "Easily locate In-demand occupations" as a bullet point for the workforce sheet.

I am not sure if others agree but that is just my two cents.

Thanks for getting these put together for us!

Rick Lombardo
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**
<image003.png>

---

**From:** Leslie Peterson
**Sent:** Friday, August 4, 2017 12:30 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>; John Grebenc <john.grebenc@chmuraecon.com>; Austen Steele <austen.steele@chmuraecon.com>; Wilson Cox <wilson.cox@chmuraecon.com>; David Altmann <david.altmann@chmuraecon.com>
**Cc:** Chris Chmura <chris.chmura@chmuraecon.com>; Sharon Simmons <sharon.simmons@chmuraecon.com>; John Chmura <john.chmura@chmuraecon.com>; Kyle West <kyle.west@chmuraecon.com>
**Subject:** FW: one pagers in separate files

I am resending this email since no one responded and Rick said he never received this email.

Please let me know that you received this information.

Leslie Peterson

---

**From:** Leslie Peterson <leslie.peterson@chmuraecon.com>
**Date:** Wednesday, August 2, 2017 at 5:27 PM
**To:** Rick Lombardo <rick.lombardo34@gmail.com>, Austen Steele <austen.steele@chmuraecon.com>, John Grebenc <john.grebenc@chmuraecon.com>, Wilson Cox <wilson.cox@chmuraecon.com>, David Altmann <david.altmann@chmuraecon.com>
**Cc:** Kyle West <kyle.west@chmuraecon.com>, John Chmura <john.chmura@chmuraecon.com>, Chris Chmura <chris.chmura@chmuraecon.com>, Sharon Simmons <sharon.simmons@chmuraecon.com>
**Subject:** FW: one pagers in separate files

Account managers,

CONFIDENTIAL                                                                                                                                                                                      CHMURA0077627

These are marketing materials you can send to your prospects and clients making referrals.

We will have more coming that are vertical-centric as well as one for LaborEQ.

Leslie Peterson

---

**From:** John Chmura <john.chmura@chmuraecon.com>
**Date:** Wednesday, August 2, 2017 at 1:27 PM
**To:** Leslie Peterson <leslie.peterson@chmuraecon.com>
**Subject:** RE: one pagers in separate files

Here are the latest edits.

**John Chmura**
CTO & Chief Data Scientist
Chmura Economics & Analytics
216.357.4730 x201
www.chmuraecon.com
Great data. Better decisions.

---

**From:** Leslie Peterson
**Sent:** Wednesday, August 2, 2017 1:23 PM
**To:** John Chmura <john.chmura@chmuraecon.com>
**Subject:** Re: one pagers in separate files

I am deleting these and will wait for the new one pagers.

Leslie Peterson

---

**From:** John Chmura <john.chmura@chmuraecon.com>
**Date:** Wednesday, August 2, 2017 at 1:18 PM
**To:** Leslie Peterson <leslie.peterson@chmuraecon.com>
**Subject:** one pagers in separate files

**John Chmura**
CTO & Chief Data Scientist
Chmura Economics & Analytics
216.357.4730 x201
www.chmuraecon.com
Great data. Better decisions.

CONFIDENTIAL					CHMURA0077628