# Exhibit 21

**From:** Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR>
**Sent:** Friday, February 24, 2017 8:11 AM
**To:** Kyle West <kyle.west@chmuraecon.com>
**Subject:** RE: Follow Up

Good Morning Sir,

I was just trying to send you the conferences that we can add to our list then make the decision on which one to attend. I would prefer Texas but it is 3 days after the CareerSource Conference in Florida.

Rick Lombardo
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Great data. Better decisions.



---

**From:** Kyle West
**Sent:** Friday, February 24, 2017 8:09 AM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** Re: Follow Up

Good morning to you too, Rick.

I imagine Texas is a better event for us than the Ohio one? Or would you recommend we send reps to both?

---

**From:** Rick Lombardo
**Sent:** Friday, February 24, 2017 4:45 AM
**To:** Kyle West
**Subject:** RE: Follow Up

**Annual Conference**
Dates: October 18-20, 2017
Location: J.W. Marriott, Houston, TX
Registration Fee: $500/Member Rate   $550/Non-Member Rate
Room Block Rate: $175

https://www.texasedc.org/calendar-upcoming-events-0

Calendar of Upcoming Events | Texas Economic Development ...

www.texasedc.org

Past Recent Events. Economic Development Sales Tax Workshop Date: June 9, 2016 | Location: Irving, TX Mid-Year Conference Dates: June 8-10, 2016 | Location: Irving, TX

CONFIDENTIAL                                                                                                                 CHMURA0068218

Rick Lombardo

Chmura Economics & Analytics

1025 Huron Road East

Cleveland, OH 44115

Rick.Lombardo@chmuraecon.com

216.357.4730 Ext. 211

www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**



---

**From:** Kyle West
**Sent:** Thursday, February 16, 2017 2:56 PM
**To:** Austen Steele <austen.steele@chmuraecon.com>; Rick Lombardo <rick.lombardo@chmuraecon.com>; Doug Cey <doug.cey@chmuraecon.com>; Wilson Cox <wilson.cox@chmuraecon.com>; John Grebenc <john.grebenc@chmuraecon.com>
**Subject:** Follow Up

All,

Below please find a current slate of conferences that we plan to have a presence at this year. This is not perfect but hopefully it gives you a clearer idea of what's on our radar right now. Please send me any events that you think are worthwhile as you become aware of them.

Also, please subscribe to our YouTube channel.

Please let me know if you have any questions.

Kyle

| 2017 Event Commitments (not yet committed) | Date (2017) | Location | Attendees |
|---|---|---|---|
| 2017 DREAM | 02/21 - 02/24 | San Francisco, CA | JL, GC |
| UPCEA Annual Conference | 03/22 - 03/24 | Chicago, IL | JC, JG |
| National Association of Workforce Boards | 03/25 - 03/28 | Washington, D.C. | KW, LP, CC |
| Virginia Economic Developers Association Spring Conference | 03/29 - 03/31 | Charlottesville, VA | AS, LL |
| American Association of Community Colleges | 04/22 - 04/25 | New Orleans, LA | JL, CC, WC, JG |
| California Workforce Association (CWA) Spring Conference | 05/10 - 05/12 | Garden Grove, CA | KW, DC |
| Pennsylvania Workforce Development Association Annual Conference | 05/10 - 05-12 | Hershey, PA | AS |
| AIR Forum | 05/30 - 06/02 | Washington, D.C. | JG, JL, WC |
| C2ER Annual Conference | 06/12 - 06/16 | Denver, CO | KW, DC |
| CWA Fall Conference | 09/05 - 09/07 | Monterey, CA | KW, DC |
| Michigan Works! | 09/10 - 09/12 | Soaring Eagle Casino and Resort | RL |
| IEDC Annual Conference | 09/17 - 09/20 | Toronto, CA | |
| Innovate + Educate | 10/01 - 10/31 | Chicago, IL | |

| | | | |
|---|---|---|---|
| IAMC 2017 Fall Professional Forum | 10/08 - 10/11 | Richmond, VA | |
| NC Works Partnership Conference | 10/11 - 10/13 | Greensboro, NC | AS |
| Virginia Economic Developers Association Fall Conference | 10/11 - 10/13 | Virginia Beach, VA | |
| CoreNet Global Summit | 11/05 - 11/07 | Seattle, WA | KW, DC |
| Hire Ed | 12/01 - 12/31 | Unknown | CC, LP, WC |
| New York Association of Training & Education Professionals | Unknown | Unknown | RL |
| Texas Workforce Association | Unknown | Unknown | RL |
| **2017 Event Commitments (not yet committed)** | **Date (2018)** | **Location** | **Attendees** |
| IEDC Leadership | 1/1/2018 | Unknown | RL, AS |

**Kyle West**

Applied Economics & Technology Advisor

Chmura Economics & Analytics

1325 W First Avenue, Suite 200

Spokane, WA 99201

V: 509.396.2694 x 301

M: 509.496.7028

kyle.west@chmuraecon.com

www.chmuraecon.com

**Great data. Better decisions.**

