# Exhibit 22

| From: | Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR> |
|---|---|
| Sent: | Friday, January 27, 2017 11:28 AM |
| To: | Jennifer Ludvik <jennifer.ludvik@chmuraecon.com>; Wilson Cox <wilson.cox@chmuraecon.com>; John Grebenc <john.grebenc@chmuraecon.com> |
| Subject: | First Call Talk Off |
| Attach: | First Call Talk Off.docx |

Good Morning,

This is what I say once I get someone on the phone the first time after I send an intro email. Obviously, you don't have to use this but it gives you something to work off early on.

Please let me know if you have any questions.

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**



Hi Mr. Smith… I was just following up on an email I prefaced over to you regarding labor data and our online technology platform JobsEQ…. I don't know if you have heard of us, Chmura Economics, or not but we have an online labor market technology platform called JobsEQ.  It provides online access to demographics, employment, wages, occupations, degrees, skill levels, and such at the State, MSA, County, and even down to the zip code level with a lot of reporting and mapping capabilities… I am not sure if you are the lucky person that is in charge of gathering and utilizing labor data or if you could maybe point me in a better direction.

CHMURA0066555

| From: | Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR> |
|---|---|
| Sent: | Wednesday, July 19, 2017 5:06 PM |
| To: | David Altmann <david.altmann@chmuraecon.com> |
| Subject: | Stuff |
| Attach: | First Call Talk Off.docx; Numbers.docx; JobsEQ Demo Analytics Sample.docx |

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**



CHMURA0076368

Hi Mr. Smith… I was just following up on an email I prefaced over to you regarding labor data and our online technology platform JobsEQ…. I don't know if you have heard of us, Chmura Economics, or not but we have an online labor market technology platform called JobsEQ.  It provides online access to demographics, employment, wages, occupations, degrees, skill levels, and such at the State, MSA, County, and even down to the zip code level with a lot of reporting and mapping capabilities… I am not sure if you are the lucky person that is in charge of gathering and utilizing labor data or if you could maybe point me in a better direction.

CHMURA0076369

**Industry Breakdown (NAICS)**

- 2 digits          21
- 3 digits          100
- 4 digits          313
- 5 digits          714
- 6 digits          1040

**Occupational Breakdown (SOC)**

- Major Groups          23
- Minor Groups          96
- Broad Occupation          449
- Detailed Occupation          840

**O'Net Attributes**

- Abilities          52
- Basic Skills          10
- Cross Functional Skills   25
- Knowledge          <u>33</u>
  
  Total   120

**Classification of Instructional Programs (CIP codes)**

- Major Programs          60
- Detailed Programs          2,000+

CONFIDENTIAL

CHMURA0076370

# **JobsEQ Demo Analytics**

**INDUSTY SNAPSHOT**
- Total at 2-digit level first
  - o Construction at detailed level
    - ▪ If Construction number is low, I will find something that is in the top 3 of total employment.

**OCCUPATION SNAPSHOT**
- Healthcare Practitioners and Technical Occupations at the detailed level
  - o IMPORTANT that you arrange it from highest employment to lowest employment so Registered Nursing is listed first

**Data Explorer**
- User their home region (unless it is a single county then I will ask them what they view as their labor shed and group those counties together first)
  - o First show how to pull the Industry Data
    - ▪ IMPORTANT to show how you can break down their region to the individual counties then the zip codes.
  - o Show total employment, then break it to the 2-digit level, then take Manufacturing and break that down to the 6-digit level
    - ▪ I then always say "so theoretically you can have all 1040 different NAICS codes up top and every zip code along the left hand side if you would like"

**WHAT-IF**
- Machine Manufacturing
  - o When I first show this I will show it as if they were looking at a single county
    - ▪ You want to show the smallest/worst populated area if they are a larger region
  - o IMPORTANT that you do a test prior to the demo to see if the numbers work. You don't want to show a region for a 500-person machine manufacturing company if they already have the labor for it.  This is a set up to show how great customizing a region is.

**ECONOMIC IMPACT**
- Machine Manufacturing
  - o Now that you showed them if they have the available labor you want to show them the impact that this would have on their region

CHMURA0076371

**DEMOGRAPHIC PROFILE**
- Their home region compared to the State and USA
  - Try and have it at a county/MSA level to make sure that you can show the Union Membership
    - IMPORTANT to emphasize how everything is always sourced at the bottom

**MAPS**
- I click on the Population on the demographics to show that it can take you straight to the mapping feature.
- Show off several of the demographics and make sure to show them at the zip code level
- Here I ask them an occupation that they get asked about more than others then show the place of work vs. place of residence data
- Show the most populated county for commuting pattern data

**Labor and Wage Trends**
- I show total industries but continually say that they are able to show these for any of the 1040 different industries.
  - Make sure to show them you are able to export these in both the charts and the raw data into an excel spreadsheet

**WORKFORCE CHARACTERISTICS**
- Manufacturing
  - First I show the age breakdown then show the age and gender breakdown.
  - I will then show the education levels and show the different wages based on these levels
    - I like to highlight the difference between less than a high school diploma vs. a bachelor's degree/advanced degree here

**CLUSTERS**
- Here I like to highlight that they are able to customize their own clusters but also show them the 22 that we developed internally
  - If they have a Textile/Leather cluster I tend to take this one off to expand the other clusters and make them more visible

**AWARDS**
- Total Awards
  - Try and user the larger region here
  - Show off the CIP to SOC Crosswalk under Accounting
  - Show the different levels of education
    - Workforce Groups are big on certificates
  - Make sure to show that they call also look by each individual school as well

CONFIDENTIAL

CHMURA0076372

**OCCUPATION WAGES**
- Registered Nurses here
  - Ask them who they compare themselves to
- Then show Production Occupations at the detailed level

**TRAINING CONCENTRATION**
- Use the largest region then toggle the shortfall to have the largest number on top

**EDUCATION LEVELS**
- 2-year degree or certificate
  - Toggle to have the highest employment on top

**OCCUPATION GAPS**
- Use the largest region again
  - I always say that these are "potential projected gaps"

**INDUSTRY/OCCUPATION MIX**
- Manufacturing 2-digit level
  - Unless they are talking about or asking about another industry often throughout the demo

**WILLING AND ABLE**
- Electrical and electronic equipment assembler
  - When finding another occupation in the willing/not able try and find the Automotive Service Technicians and Mechanics
    - They tend to be the highest in demand and when bringing up the Occupation Details this is the most likely occupation that would have some technical colleges giving out degrees/certificates
      - IMPORTANT to make sure that you show the Attribute Gaps especially if this is for a Workforce Board

**ECONOMIC OVERVIEW REPORT**
- Their largest region compared to the State and USA
  - IMPORTANT to make sure that you use a county level region and not a drive time here or else you lose the unemployment rate.

**OCCUPATION REPORT**
- Registered Nurses
  - Here I would pull it up at the drive time to show the capabilities of running these reports for the custom regions

**EDUCATION REPORT**
- Accounting

CONFIDENTIAL