# Exhibit 23

**From:** Richard Williams <Richard.Williams@careersourcechipola.com>
**Sent:** Sunday, March 26, 2017 11:17 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** Re: Chmura Economics JobsEQ Pricing
**Attach:** image001.png

---

Thanks for the quick response.

So you know, our workforce board manages Opportunity Florida so all staff are employees of CareerSource Chipola.

I'll talk with Darwin to see if he is still interested.

Richard Williams
Executive Director
CareerSource Chipola

On Mar 26, 2017, at 9:13 PM, Rick Lombardo <rick.lombardo@chmuraecon.com> wrote:

> Good Evening Richard,
>
> Thank you for stopping by our booth this afternoon and taking a look at what JobsEQ has to offer. I spoke with our Managing Director, Kyle West, and he stated that you were interested in pricing for JobsEQ.
>
> For the 9 county region you requested along with 75 miles around the 9 counties the cost would be [redacted]. This would come with four users (all users must work for CareerSource Chipola) and unlimited training. We offer two training sessions each week that you and your team are able to take part in.
>
> I did want to let you know I did a demo for Darwin Gilmore over at Chipola College last week who came away very impressed with its capabilities and was interested in a license as well. If both of you decided to move forward there would be a 50% discount off the 2nd license ([redacted] both organizations to have access). This was there could be a little bit of cost savings for both organizations.
>
> If you have any questions or if you need anything else please don't hesitate to call or email me. If i don't hear from you I will follow up sometime early next week.
>
> Talk to you soon.
>
> **Rick Lombardo**
> Chmura Economics & Analytics
> 1025 Huron Road East
> Cleveland, OH 44115
> Rick.Lombardo@chmuraecon.com
> 216.357.4730 Ext. 211
> www.chmuraecon.com/JobsEQ
>
> **Great data. Better decisions.**
>
> 
> http://www.chmuraecon.com/images/main/ChmuraLogo2014-2.png

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential, proprietary, and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from all computers. Please note that any e-mail to or from this organization will be treated as public record and will be monitored for compliance of CareerSource Chipola policies.

**From:** Michelle Bauer <mbauer@tampaedc.com>
**Sent:** Wednesday, January 17, 2018 1:36 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>; Robin DiSalvo <rDiSalvo@tampaedc.com>
**Subject:** RE: API Feed Call

---

Thanks, Rick.

Please put this together for us. I appreciate your quick response and the discounted fee.

With kind regards,
Michelle

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Wednesday, January 17, 2018 1:27 PM
**To:** Michelle Bauer <mbauer@tampaedc.com>; Robin DiSalvo <rDiSalvo@tampaedc.com>
**Subject:** RE: API Feed Call

Hi Michelle and Robin,

The additional cost for an API feed is [REDACTED] plus a first year set up fee of [REDACTED]. This is a 50% nonprofit discount on the set-up fee and an additional discount due to the preexisting relationship you already have with us on the data feed itself (we just had another workforce board that is paying [REDACTED] for the RTI API feed).

If this is something that would work with your budgets, please let me know and I can get the agreement put together.

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**

CHMURA
Economics & Analytics

---

**From:** Michelle Bauer [mailto:mbauer@tampaedc.com]
**Sent:** Wednesday, January 17, 2018 1:04 PM
**To:** Robin DiSalvo <rDiSalvo@tampaedc.com>; Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: API Feed Call

Thanks for the heads up, Rick – please just let us know what the cost will be. We hope to have this up and running pretty quickly so we'd want to expedite review of the new agreement.

With kind regards,
Michelle

---

**From:** Robin DiSalvo
**Sent:** Wednesday, January 17, 2018 12:53 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Cc:** Michelle Bauer <mbauer@tampaedc.com>
**Subject:** RE: API Feed Call

Hi Rick,

I am copying Michelle on this so she is aware there will be a new agreement in the works in regards to the data feed. I was not aware of the additional charge but we will cross that bridge when the time comes.

Thanks!

Robin

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Wednesday, January 17, 2018 10:44 AM
**To:** Robin DiSalvo <rDiSalvo@tampaedc.com>
**Subject:** RE: API Feed Call

Hi Robin,

It was our pleasure! Hopefully everything works with the sample code. Once they do require an actual data feed from us is when we would need to get you a new agreement with the cost and everything, but we can cross that bridge when it comes.

If any questions come up or if you need anything else from me in the meantime, please don't hesitate to reach out.

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**

---

**From:** Robin DiSalvo [mailto:rDiSalvo@tampaedc.com]
**Sent:** Tuesday, January 16, 2018 4:22 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>; John Chmura <john.chmura@chmuraecon.com>
**Subject:** API Feed Call

Rick & John,

Thank you both for taking time out of your busy schedule to attend both calls today. It was very helpful.

Please let me know if you need anything from me to help you with this project.

Robin

Robin DiSalvo
MARKET RESEARCH ANALYST
TAMPA HILLSBOROUGH ECONOMIC DEVELOPMENT CORPORATION
D: 813.518.2652 | M: 813.431.4051
rdisalvo@tampaedc.com

Bank of America Plaza
101 East Kennedy Blvd, Suite 1750
Tampa, Florida 33602
www.tampaedc.com

**From:** Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR>
**Sent:** Tuesday, August 21, 2018 11:50 AM
**To:** Elkins, Christy <elkinscb@oge.com>
**Subject:** RE: JobsEQ Contact Information

Hi Christy,

Thank you for reaching out to my yesterday and taking the time to chat. Per your request, please see the pricing options below (due to our existing relations I was able to provide you a 10% discount on our standard pricing), along with a basic description of what is included at each level:

= Your coverage area (according to the map you sent over) down to the zip code level
= Same as above plus all counties, cities and zips within a 75-mile radius around the county (this adds more than 35 additional counties).
= Same as above plus all MSA's in the nation
= Same as above plus all Counties in the nation
= Same as above plus all Zip Codes in the nation

The above options allow you to perform analyses of historical, current, and forecast information for any of the geographic entities listed above (these would become your "primary" region). In many cases, you can make historical comparisons to regions outside of your primary region, e.g. employment change by industry or occupation for the Oklahoma City *compared* to Dallas, mean wages by occupation between Seminole County and other areas, etc. You would also have the capability to perform cost-of-living comparisons between your core region and other areas.

You also have the option to add our real-time intelligence (RTI) module for an additional 20%. This module provides real-time job posting data, including post counts by occupation and employer, in-demand certifications by employer or occupation, Hard/Soft Skills, and locations of actively hiring employers.

Any package you select automatically includes login credentials for four users (all must work for the OEG Energy Corp.); additional users can be added for [redacted]/user.

If you have any questions or if anyone on your team would like a demo, please don't hesitate to reach out. If I don't hear from you, then I will give you a call next week.

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.

---

**From:** Elkins, Christy <elkinscb@oge.com>
**Sent:** Monday, August 20, 2018 2:49 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: JobsEQ Contact Information

Rick-Attached is the best map I have that drills down into our service area.
Christy

Christy Elkins
Economic Development Manager
OGE Energy Corp.
Office: (405)553-3033
Mobile: (405)999-7676

---

**From:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Sent:** Monday, August 20, 2018 1:30 PM
**To:** Elkins, Christy <elkinscb@oge.com>

**Subject:** JobsEQ Contact Information

**EXTERNAL EMAIL** - Use caution with links and attachments - **REPORT ANYTHING SUSPICIOUS TO**

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.

2018
JobsEQ
User
Conference
Nov 13-15, 2018 The Salamander Hotel & Spa
LEARN MORE

**Confidentiality Warning:** This message and any attachments are intended only for the use of the recipient(s), are confidential, and may be privileged. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation or other use of all or any portion of this message and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return email and delete this message and any attachments from your system.

**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Tuesday, December 4, 2018 12:01 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Rick!

Our VP who was on the call, David Rodgers, is asking for a formal proposal/contract for JobsEQ for the pricing you mentioned below!

For the additional RTI, can we add that in any time during the year or does it have to be done at the beginning of the year with the initial contract?

Thanks so much! Look forward to talking soon!

**Kayla Morgan**
Marketing and Research Manager
Economic Development
Mobile Area Chamber of Commerce
PO Box 2187 Mobile, AL 36652-2187
Tel: 251-431-8602 Fax: 251-431-8608
kmorgan@mobilechamber.com
www.mobilechamber.com
Twitter: @MobileChamber
Facebook: www.facebook.com/MobileChamber

Proudly serving as Mobile's progressive business advocate since 1836.

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Monday, December 3, 2018 1:41 PM
**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Kayla,

Thank you for reaching out! I was just putting an email together, so I will cut and paste it over here☺.

I appreciate you taking the time and allowing me to present JobsEQ to you and your team last week. I hope everyone came away impressed with its capabilities and see the value JobsEQ would bring to the Mobile Chamber of Commerce.

Per our discussion we were willing to offer you the same price that Baldwin County is currently paying, [REDACTED] This would provide access to the entire State of Alabama + 75 miles around Mobile County down to the zip code level. This is at a steep discount to our current list price of [REDACTED] for that same regional access.

If you wished to add on the Real Time Intelligence (RTI)/Job Posting Analytic, it would be an extra [REDACTED] and would provide you access to all the job postings in that same region (State of Alabama and 75 miles around Mobile County) bringing the total to [REDACTED]

If there is anyone else at the organization that would like a demo or that have any questions, please don't hesitate to have them reach out to me at any point.

Thanks again and I hope we can work together in 2019!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**

---

**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Monday, December 3, 2018 2:31 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Rick!

Thanks so much again for the demo Friday! My team was really impressed.

We hope to make a decision this week so just send over the pricing options/proposal/info whenever you get a chance!

Thanks so much!
Kayla

---

**From:** Kayla Morgan
**Sent:** Wednesday, November 14, 2018 12:00 PM
**To:** 'Rick Lombardo' <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Rick,

Is there any way you could do a short demo for myself and 2 others on my team? It's come down to renewing with Emsi or making the switch to JobsEQ and my team needs to be sold. Emsi has a lot of reports that are presentation-ready and JobsEQ only having 4 is something that we're worried about just for time purposes when needing to get out a polished report quickly.

There was also a report (Industry Spotlight) that our counterparts in Baldwin county ran once that I wasn't able to find during our trial time. Could you point us in the direction of that when we talk?

If you want to send over a few dates and times that work, I'll see what I can schedule! It looks like lunchtime tomorrow could work for us, or Monday or Tuesday of next week in the afternoon.

Thanks!
Kayla

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Monday, November 12, 2018 2:06 PM
**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Kayla,

We have several different reports that are able to be exported (4 in total) also much of the data can not only be exported via Excel but also an image. I would be happy to walk you through that in the coming days if you are available.

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.



---

**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Monday, November 12, 2018 12:30 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Rick!

Quick question. I'm only seeing 2ish reports that can download actual reports as a PDF – is that correct? Others are images and excel files. Is this able to be changed? If not, do you know of any software or outlet that allows an excel file or something of that nature to be uploaded and a report can be generated? Just brainstorming because a lot of what I get asked involves quickly spitting out a presentation-ready report.

I'll let you know if anything else comes up.

Thanks!
Kayla

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Wednesday, November 7, 2018 11:04 AM
**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

It's my pleasure. Again, if you need anything during your trial period just let me know!

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.



---

**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Wednesday, November 7, 2018 11:58 AM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

That sounds great. So we would lose access next Tuesday – that should work. I'll keep you posted.

Thanks again for all your help!

Kayla

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Wednesday, November 7, 2018 10:54 AM
**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Kayla,

It usually runs for one week but if you are not able to get in there and utilize it we could always kick it out a few extra days! I do want to remind you to utilize the live chat if you run into any issues locating data or if you need any assistance at all.

That being said don't hesitate to reach out to me as well if you would like to do another quick demo/training for 30-45 minutes at some point as well.

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.



**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Wednesday, November 7, 2018 11:32 AM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

I sure did! Thanks so much!

How long do we have it? Was it a week or 10 days?

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Wednesday, November 7, 2018 8:58 AM
**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Good Morning Kayla,

I just wanted to touch base and make sure that you received your user name and password to JobsEQ yesterday. If you did not or if you have any issues logging in, please let me know.

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.

**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Monday, November 5, 2018 4:35 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Tomorrow morning will be perfect.

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Monday, November 5, 2018 3:33 PM
**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Thanks Kayla!

I will have our IT team set this up for you first thing tomorrow morning (unless you wanted to get in there and play with it tonight).

**Rick Lombardo**

Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.

---

**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Monday, November 5, 2018 4:31 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Oh my gosh....it's Monday.

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Monday, November 5, 2018 3:30 PM
**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Kayla,

It looks like you forgot to attach it (don't worry I do that ALL THE TIME).

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.

---

**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Monday, November 5, 2018 4:29 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Here is the signed copy. Let me know what I need to do next!

Thanks so much!
Kayla

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Monday, November 5, 2018 3:00 PM
**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Kayla,

Please see the attached NDA. If you have any questions, please let me know!

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.

---

**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Monday, November 5, 2018 2:28 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

That sounds great! I can sign it!

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Monday, November 5, 2018 1:27 PM
**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Kayla,

Absolutely. We would need for you or someone from your organization sign an NDA. I will put one together and get that over to you. Once I get a signed copy back I can get a user name and password over that will provide access to the platform for an entire week.

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.



**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Monday, November 5, 2018 2:25 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Rick!

Not sure if this is possible at all – but is there any way we could have a trial of JobsEQ for a few days? It's just hard to justify this big of a switch with such a big department in the time frame that we're in.

Let me know if this is available!

Thanks so much!
Kayla

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Wednesday, October 31, 2018 5:43 AM
**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Good Morning Kayla,

It is great to hear that we have not been officially eliminated at this point! I know that if given the opportunity you and your team would be incredibly impressed with what JobsEQ has to offer (please ask Global Location Strategies who have been JobsEQ users for some time now).

If there is anything I could do to help sway the decision in our favor, please let me know. I would be happy to provide additional demos, give you a list of references, etc.

Thanks again!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.

**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Tuesday, October 30, 2018 5:26 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Rick! No problem on the delay.

So when I first emailed you, we were thinking plans would stay the same but we are still in discussion about what we will be doing about our current subscriptions. I will keep in touch on this as we have to submit budgets next month.

I will look over these commuting documents. Thanks so much for providing those!

Talk soon!

**Kayla Morgan**
Marketing and Research Manager
Economic Development
Mobile Area Chamber of Commerce
PO Box 2187 Mobile, AL 36652-2187
Tel: 251-431-8602 Fax: 251-431-8608
kmorgan@mobilechamber.com
www.mobilechamber.com

Twitter: @MobileChamber
Facebook: www.facebook.com/MobileChamber

Proudly serving as Mobile's progressive business advocate since 1836.

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Tuesday, October 30, 2018 9:47 AM
**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Good Morning Kayla,

Thanks for reaching back out and I apologize for the delayed response. It is great to hear that you will be working with on the labor study but was wondering if that also means you will be renewing your EMSI Subscription for the following year?

Per your request please see the attached commuting patterns in and out of the county. If you have any questions or if there is anything else I could assist wi please don't hesitate to reach out to me at any point.

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.

---

**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Friday, October 26, 2018 3:27 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi, Rick!

I just wanted to let you know that our office is actually moving forward with a labor force study and will be working in part with Chmura Economics to get this done. With that being said, next year we may revisit the idea of utilizing JobsEQ!

I do have one question – I think I brought this up during our demo but is there any way you could run a sample report so that my office can look into commuting patterns. Specifically to see how many people live in Mobile County but work in Baldwin County and vice versa. It is an ongoing search for us and we are curious what this would look like.

Thanks so much for all of your help!

**Kayla Morgan**
Marketing and Research Manager
Economic Development
Mobile Area Chamber of Commerce
PO Box 2187 Mobile, AL 36652-2187
Tel: 251-431-8602 Fax: 251-431-8608
kmorgan@mobilechamber.com
www.mobilechamber.com
Twitter: @MobileChamber
Facebook: www.facebook.com/MobileChamber

Proudly serving as Mobile's progressive business advocate since 1836.

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Monday, October 15, 2018 12:29 PM

**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Kayla,

Thanks for the update! If you boss would like a quick mini demo at some point I would be more than happy to provide that. If I don't hear from you I will follow up and touch base in another 6-8 weeks.

Have a wonderful week and I really look forward to speaking with you again!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.

---

**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Monday, October 15, 2018 12:26 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi, Rick – just wanted to follow up!

Hope things are going well – we had our department retreat Friday and I was able to briefly present some things to my team (not as in depth as I had hoped). My boss has been in and out traveling so much and it's been hard to narrow down time to talk.

I'm going to try and set up time soon to show him the documents you sent me and see what he wants to do from there – I hope budgets will be out by then, as well.

Most of this will take place at year end so I will keep in touch.

Thanks so much!

**Kayla Morgan**
Marketing and Research Manager
Economic Development
Mobile Area Chamber of Commerce
PO Box 2187 Mobile, AL 36652-2187
Tel: 251-431-8602 Fax: 251-431-8608
kmorgan@mobilechamber.com
www.mobilechamber.com
Twitter: @MobileChamber
Facebook: www.facebook.com/MobileChamber

Proudly serving as Mobile's progressive business advocate since 1836.

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Tuesday, September 18, 2018 9:23 AM
**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Great! If any questions come up or if there is anything I can assist with, please don't hesitate to reach out.

Have a great week!

**Rick Lombardo**
Chmura Economics & Analytics

1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.

---

**From:** Kayla Morgan <kmorgan@mobilechamber.com>
**Sent:** Tuesday, September 18, 2018 9:57 AM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Rick,

Thank you so much for getting these documents over to me! I will look them over – this week I plan to start compiling notes from all of my demos that way I can present it to my team in the coming weeks.

I will be in touch!

Thanks again!

**Kayla Morgan**
Marketing and Research Manager
Economic Development
Mobile Area Chamber of Commerce
PO Box 2187 Mobile, AL 36652-2187
Tel: 251-431-8602 Fax: 251-431-8608
kmorgan@mobilechamber.com
www.mobilechamber.com
Twitter: @MobileChamber
Facebook: www.facebook.com/MobileChamber

Proudly serving as Mobile's progressive business advocate since 1836.

---

**From:** Rick Lombardo [mailto:rick.lombardo@chmuraecon.com]
**Sent:** Tuesday, September 18, 2018 8:41 AM
**To:** Kayla Morgan <kmorgan@mobilechamber.com>
**Subject:** Chmura Economics JobsEQ Follow-Up

Good Morning Kayla,

Thank you for taking the time and allowing me to present JobsEQ to you last week. I am glad you came away impressed with its capabilities and can see the value JobsEQ would bring to the Mobile Chamber of Commerce. Per our conversation, I wanted to get you our Major Analytic Descriptions, some background ( JobsEQ as well as some sample reporting for you to review.

Please remember these reports are just a very small sample of what JobsEQ is capable of and can be run in 15 seconds with just a click of a button. These reports can be run for a single zip-code, city, county, MSA, or any customized region that you can come up with. You can customize regions a variety of ways from combining zip-codes and/or counties, by a specific mile radius, or at a customized drive time by the minute.

I think it is important to note that we currently work with many other organizations in Alabama including ***The Alabama State Department of Education, DeKalb County EDA, North Alabama Industrial Development Association, Calhoun County EDC, Baldwin County EDA, The Chamber of West Alabama, Coastal Gateway Regional Economic Development Alliance, Covington County EDC,*** and many others.

After speaking with management, we would be able to match what Baldwin County EDA is paying for the following year [REDACTED] for the Mobile MSA and 75 miles around at the zip code level. This will add over 30 additional counties to your license.

If you or anyone on your team have any questions or would like an additional demo, please don't hesitate to reach out to me directly. My contact information is detailed below.

If I don't hear from you I will follow up and touch base next week.

I look forward to speaking to you again soon.

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Best Data. Best Decisions.

| | |
|---|---|
| **From:** | Rick Lombardo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E289B4A82784C7A8DDB5B7D598FFDF4-RICK.LOMBAR> |
| **Sent:** | Monday, March 11, 2019 4:43 PM |
| **To:** | Doug Minkler <DMinkler@greater-seattle.com> |
| **Subject:** | RE: Chmura Economics JobsEQ Follow-Up |

Hi Doug,

You get four users with JobsEQ but all of them must work for the Greater Seattle Partners. So you could not take your four seats, split them with three other organizations and share the same cost. I am not sure if that is what you are asking or not. If it was we do have some sublicense packages that allow your partners to purchase a license at a 50% discount.

Hopefully I was able to answer your question here. If not please give me a call and I could be happy to talk through it with you.

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**

---

**From:** Doug Minkler <DMinkler@greater-seattle.com>
**Sent:** Monday, March 11, 2019 4:39 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Rick,

Thanks for the note last week. Things are quite busy here but we doing our best to move forward with our software recommendations.

Before we can go forward, however, I had a question about licensing. How many licenses come with the JobsEQ software? Also, if we were to split up a license between two or three parties, would the cost of JobsEQ change at all?

Any clarification you can provide would be greatly appreciated.

Thanks!

**Doug Minkler**
Business Attraction Specialist
GREATER SEATTLE PARTNERS
Tel: +1 (206) 389-8651
Email: dminkler@greater-seattle.com

---

**From:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Sent:** Friday, March 8, 2019 9:01 AM
**To:** Doug Minkler <DMinkler@greater-seattle.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Doug,

That is great to hear! If there is anything I can assist with regarding the timeline or anything else please let me know as I am happy to assist in any way that I can.

If I don't hear from you I will follow up and touch base the week of the 18th.

Thanks! I look forward to working with you and your team!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com

216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

**Great data. Better decisions.**




---

**From:** Doug Minkler <DMinkler@greater-seattle.com>
**Sent:** Thursday, March 7, 2019 10:10 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** Re: Chmura Economics JobsEQ Follow-Up

Hi Rick,

Thanks for the note. We recommended to our COO that we pursue a license with Chmura. I believe we are all on the same page in terms of buy in, however, we still need to sort out our timeline for moving forward. Part of that likely involves checking in with our partners to make sure they support us in acquiring a new data tool.

I know this is not the most concrete reply that we could give you at the moment, but I think our meeting today was an encouraging sign.

Thanks so much for all of your help to this point. I hope to be in contact with you with some updates soon.
Best,

Doug

---

**From:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Sent:** Thursday, March 7, 2019 11:24 AM
**To:** Doug Minkler
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Doug,

That's great to hear! If you or your COO have any questions or if there is anything else I can get over to you please don't hesitate to reach out to me at any point.

I look forward to hearing back from you.

Rick Lombardo

---

**From:** Doug Minkler <DMinkler@greater-seattle.com>
**Sent:** Thursday, March 7, 2019 1:33 PM
**To:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Subject:** RE: Chmura Economics JobsEQ Follow-Up

Hi Rick,

Sorry to miss your calls these past couple of days. Trial is still going excellently.

I will be meeting with our COO today to talk software needs and JobsEQ is one package that we will be discussing. I will send you a follow up email later after our meeting.

Thanks,

Doug Minkler
Business Attraction Specialist
GREATER SEATTLE PARTNERS
Tel: +1 (206) 389-8651
Email: dminkler@greater-seattle.com

---

**From:** Rick Lombardo <rick.lombardo@chmuraecon.com>
**Sent:** Thursday, March 7, 2019 10:04 AM
**To:** Doug Minkler <DMInkler@greater-seattle.com>
**Subject:** Chmura Economics JobsEQ Follow-Up

Good Morning Doug,

I hope things have been going well in your world this week. I wanted to follow up and see if you might have a few moments to chat today or tomorrow about how your trial period of JobsEQ went the last few weeks.

If you could please give me a call or shoot me an email letting me know a day and time that works to connect I would greatly appreciate it.

Thanks!

**Rick Lombardo**
Chmura Economics & Analytics
1025 Huron Road East
Cleveland, OH 44115
Rick.Lombardo@chmuraecon.com
216.357.4730 Ext. 211
www.chmuraecon.com/JobsEQ

Great data. Better decisions.