# Exhibit 26



Thursday, October 3, 2019

Sarah Manfroni  9:29 AM
Yo...

Sarah Manfroni  9:29 AM
We should talk at some point today

<span style="color:red">Exhibit Page 1</span>

Page 8

Lombardo000490

**Sarah Manfroni** — 9:29 AM
> But extremely low key...

**Sarah Manfroni** — 9:29 AM
> I know some stuff i probably shouldn't know

**Butch** — 9:32 AM
> Ok... you let me know when

**Sarah Manfroni** — 9:32 AM
> Ok you just have to keep this all super quiet. I can't lose my job

**Butch** — 9:33 AM
> I know... you can't tell anyone about the buyout or else that for sure won't happen

**Sarah Manfroni** — 9:33 AM
> I won't

**Butch** — 9:37 AM
> Eli told me I can just go home today but I didn't drive on myself 👎

**Sarah Manfroni** — 9:37 AM
> Uber?

**Butch** — 9:38 AM
> Yea I thought about it... do you want to talk when everyone goes to lunch?

**Sarah Manfroni** — 9:38 AM
> I'd offer to drive you home but i have an appointment at 12:15

**Sarah Manfroni** — 9:38 AM
> Ya I'm trying to think of a good time

**Butch** — 9:38 AM
> And I am pretty far the opposite direction

**Sarah Manfroni** — 9:38 AM
> Ya that too

**Butch** — 10:45 AM
> Did yo say you have an appointment at 12:15? Is that out of the office or like a demo?

Exhibit Page 2

Lombardo000491

**Sarah Manfroni** — 10:46 AM
It's just a nail appointment downtown. Do you wanna grab lunch around 11:30 or so?

**Butch** — 10:46 AM
I have a quick call at 11:30 but I will walk with you at like 11:45 if that works?

**Sarah Manfroni** — 10:47 AM
Ya that works...you're probably going to wanna leave work after we talk

**Butch** — 10:47 AM
Can you give me a little hint?

**Butch** — 10:48 AM
I mean I am pretty much done now and just going through the motions

**Sarah Manfroni** — 10:48 AM
You getting pushed out is 100% Eli's idea

**Sarah Manfroni** — 10:48 AM
He told me about 1.5 weeks ago

**Butch** — 10:48 AM
Oh I know... I told Wilson that same thing... if I were him I would probably want it to

**Sarah Manfroni** — 10:48 AM
Why do you think he'd want you gone?

**Sarah Manfroni** — 10:49 AM
He proposed a buy out to Chris and Leslie of 80k

**Butch** — 10:49 AM
I'm the only one that doesn't "fall in line" with what he has planned

**Sarah Manfroni** — 10:49 AM
Leslie said it "would make her sick to give you a dime."

**Butch** — 10:49 AM
For me to leave?

**Sarah Manfroni** — 10:49 AM
Yes

Exhibit Page 3

Lombardo000492

**Butch** — I'm actually fine with that... if they don't pay me I will do everything I can to ruin this place — 10:49 AM

**Sarah Manfroni** — So i guess Eli's waiting to see what they come back with now — 10:49 AM

**Sarah Manfroni** — Ya i don't blame you. It's awful and I'm sorry but fuck Eli. He should have never told me. — 10:50 AM

**Sarah Manfroni** — And he's a coward to put the blame on Chris and Leslie — 10:50 AM

**Sarah Manfroni** — Also-do not go to Indy. You going does everyone a favor — 10:51 AM

**Butch** — I had a pretty good idea it was him... he is the one that always wanted it this way and I (with Wilson somewhat) are the ones not on board — 10:51 AM

**Butch** — Why? — 10:51 AM

**Sarah Manfroni** — Yep and that's exactly what he told me — 10:51 AM

**Sarah Manfroni** — Because they'll have to find someone else to go and there's literally no one — 10:52 AM

**Sarah Manfroni** — Stephanie knows too but you can only imagine how happy she is — 10:52 AM

**Butch** — I hate her so fucking much — 10:52 AM

**Sarah Manfroni** — I'm leaving too — 10:52 AM

**Sarah Manfroni** — When I'm back from my trip — 10:52 AM

**Butch** — Really? — 10:52 AM

Exhibit Page 4

**Sarah Manfroni** 10:53 AM
Ya

**Sarah Manfroni** 10:53 AM
But please don't say anything about me telling you anything

**Butch** 10:53 AM
I know you hated it here and sorry it was an awful decision to take this job

**Butch** 10:53 AM
I won't I promise

**Sarah Manfroni** 10:53 AM
I just can't work for people like Eli, Chris and Leslie…they're some of the worst humans I've ever been in contact with

**Butch** 10:54 AM
They really are… I can't believe Eli wants to stay… did he tell you he ate at their house when he was down there?

**Butch** 10:54 AM
He didn't tell me but I found out through his wife at Keyfactor

**Sarah Manfroni** 10:54 AM
Yep! He was all buddy buddy with them. Makes me sick. I didn't think he was like that…

**Sarah Manfroni** 10:55 AM
Just fuck them before they fuck you

**Butch** 10:55 AM
Yea he still never told me that… I just act like I didn't know

**Butch** 10:55 AM
Oh I can fuck them at any point… I will just call all my clients and tell them what they did and they should look at EMSI

**Sarah Manfroni** 10:56 AM
You should

**Butch** 10:56 AM
Eli is gonna be in trouble when you leave… you were one of his top draft picks

Exhibit Page 5
Lombardo000494

**Sarah Manfroni** — 10:56 AM
That's too bad. He's a shitty person

**Butch** — 10:57 AM
Did you already find another job? Cutting down trees?

**Sarah Manfroni** — 10:58 AM
Haha not yet but I'll find something. I'm not worried about that. All i know is that i can't stay here. I knew that months ago and now all of this?

**Butch** — 11:30 AM
I'm gonna go out the back door... want to meet in front of Heinans in like 10 minutes?

**Sarah Manfroni** — 11:30 AM
👌

**Butch** — 11:41 AM
I'm at the corner of Euclid and 9th

**Butch** — 11:41 AM
(HAHA reaction) In the shade

**Sarah Manfroni** — 11:53 AM
Total drug deal

Wednesday, October 16, 2019

**Butch** — 7:09 PM
Everything go well with your meeting with Eli?

**Sarah Manfroni** — 7:40 PM
Oh I got yelled at for going to Italy

**Sarah Manfroni** — 7:40 PM
Even tho it was approved vacation time before i started

**Sarah Manfroni** — 7:42 PM
I guess Chris, Leslie and Sharon were all upset

**Sarah Manfroni** — 7:42 PM
I can't do it...i don't think i can even make it to the end of the year

**Butch** — 7:47 PM
Wow that is awful

**Sarah Manfroni**

Yep! Welcome back! — 7:47 PM

**Butch**

I fucking hate all of those people... they are just bad people — 7:48 PM

**Sarah Manfroni**

Same...Bobby told me i should go work for EMSI too — 7:49 PM

*Thursday, October 17, 2019*

**Butch**

So Eli and I talked this morning and as I expected they (management) are not sure what they want to do now and are getting cold feet about me leaving... they said that they need "more time" to think about it so Eli has no idea what to do... he is hoping they have something for me next week one way or the other but he isn't sure — 8:37 AM

**Sarah Manfroni**

Sooooo now they're not getting rid of you? This makes no sense. You can't threaten someone's job like that and then be like "oh just kidding." — 8:38 AM

**Sarah Manfroni**

What are you going to do? — 8:38 AM

**Butch**

Oh no I am still gone but they need to figure out if they are gonna pay me and I go peacefully or they fire me and try to deal with the consequences — 8:41 AM

**Sarah Manfroni**

Eli told me the number they first presented to him was insulting — 9:04 AM

**Sarah Manfroni**

Hate them — 9:04 AM

**Sarah Manfroni**

Eli and Stephanie are going to the Celine Dion concert together tomorrow... — 10:04 AM

Exhibit Page 7

Butch



10:05 AM

Sarah Manfroni



11:18 AM

Butch

WOW

11:31 AM

Sarah Manfroni

I'm so sorry…

11:34 AM

Sarah Manfroni

Fucking bullshit

11:34 AM

Butch

I think Eli blocked my phone… I can't call him

11:38 AM

Sarah Manfroni

Like his cell phone?

11:39 AM

Sarah Manfroni

I have a couple numbers for him

11:40 AM

Sarah Manfroni

He's definitely still on the phone right now

11:40 AM

Butch

Yea… he did just text me but I tried calling 3 times and it wouldn't ring

11:41 AM

Exhibit Page 8

**Sarah Manfroni**

[Eli Auerbach.vcf]  11:41 AM

All numbers i have for him  11:41 AM

**Sarah Manfroni**
They're turning off your Salesforce  11:43 AM

**Butch**
They already did... and my email  11:44 AM

**Sarah Manfroni**
If you want a report of your clients...i will run one for you  11:44 AM

**Butch**
I'm good there..: but I might need your Salesforce to pull my sales numbers over time for my next job  11:44 AM

**Sarah Manfroni**
I got you  11:45 AM

**Butch**
Thank you!  11:45 AM

**Sarah Manfroni**
👌  11:46 AM

**Butch**
Sorry you're not allowed to talk to me now  3:12 PM

**Sarah Manfroni**
This whole thing is completely unreal. How are you?  3:16 PM

**Butch**
Alright I guess... kind of weird that today was my last day but it is what it is  3:17 PM

Exhibit Page 9

**Butch** 3:17 PM
Stephanie sent me a text... I fucking hate her

**Butch** 3:18 PM
As soon as they sent the "you can't talk to him" a handful of people sent it to me... crazy day

**Sarah Manfroni** 3:26 PM
What the fuck did she say? I hate her so much

**Sarah Manfroni** 3:26 PM
& no ones going to tell me who i can and can't talk to

**Sarah Manfroni** 3:26 PM
I'm a grown ass woman

**Butch** 3:26 PM
"I know Sarah is in touch, but i hope you're okay and if you need anything please don't hesitate to let me know."

**Sarah Manfroni** 3:27 PM
That's the fakest shit I've ever read

**Butch** 3:28 PM
I know she is the only one I didn't reply to

**Sarah Manfroni** 3:29 PM
I love how we have a company meeting to meet dogs in Richmond but John communicates this over slack...

**Butch** 3:29 PM
Yea not a good look... they always spin it that it's the employees fault so we will see what they say when they get rid of me

**Sarah Manfroni** 3:30 PM
You're still an employee? I truly don't understand their end game

**Butch** 3:30 PM
Did you not get the 2nd slack message?

Exhibit Page 10

Page 17

Lombardo000499

Butch



3:30 PM

Sarah Manfroni

Oh i got it

3:32 PM

Sarah Manfroni

I just don't understand. Usually when you ask an employee to leave and shut off their access to everything...they are no longer an employee. Just hella confusing

3:33 PM

Butch

Yea they have no idea what they are doing

3:33 PM

Butch

https://www.eonetwork.org/octane-magazine/special-features/howtomaketopsalespersonquit

5:17 PM

Sarah Manfroni

Spot on

5:20 PM

Sarah Manfroni

Have you heard anything more?

5:21 PM

Butch

Heard from Aisha that they will have something for me by Monday. We shall see

6:03 PM

Monday, October 21, 2019

Sarah Manfroni

Any word yet?

9:25 AM

Exhibit Page 11

Lombardo000500

**Butch** — 9:32 AM
Nope... I doubt they will do anything

**Sarah Manfroni** — 9:42 AM
Fuckers

**Butch** — 9:43 AM
Yea... I doubt they will even reach out today

**Sarah Manfroni** — 9:46 AM
What's your plan then?

**Sarah Manfroni** — 9:46 AM
Eli told us all on Friday he doubts you will do anything to ruin the company

**Sarah Manfroni** — 9:46 AM
I was like wow you're a bigger idiot than i thought

**Butch** — 9:49 AM
I will go work for EMSI and try to ruin the company...

**Butch** — 9:50 AM
Why would I let them fuck me and do nothing about it

**Sarah Manfroni** — 9:50 AM
You should

**Sarah Manfroni** — 9:50 AM
Exactly

**Butch** — 9:51 AM
How's it going with you there?

**Butch** — 12:12 PM
I have a call with Aisha at 12:30

**Sarah Manfroni** — 12:20 PM
Good luck...let me know how it goes...

**Butch** — 1:02 PM
They are screwing me and Eli is a huge part of it... I got some legal letter outlining all of our 1 on 1 discussions

**Sarah Manfroni** — 1:04 PM
Saying what? Like personal conversations?

Exhibit Page 12

Page 19

Lombardo000501

**Butch**
They are threatening me with a legal letter that I am blackmailing them — 1:04 PM

**Butch**
Well I am trying to "extort" them — 1:05 PM

**Sarah Manfroni**
Oh wow… — 1:21 PM

**Sarah Manfroni**
That's definitely from Eli — 1:21 PM

**Sarah Manfroni**
I heard him say something about '"slanderous" and "disrespectful" behavior on the phone last week — 1:43 PM

**Sarah Manfroni**
What a manipulative piece of shit — 1:47 PM

**Butch**
Isn't he the one the brought up the buyout? Now they are saying I was the one holding them hostage or some shit — 1:59 PM

**Sarah Manfroni**
Oh ya. He told me word for word "I'm trying to do right by rick and get him the largest payout possible." — 2:02 PM

*Wednesday, October 30, 2019*

**Butch**
So I guess my attorney sent some letter last week and now we are just waiting for their response… we shall see — 5:02 PM

**Sarah Manfroni**
So very manly!! — 5:23 PM

**Sarah Manfroni**
I overheard Eli talking yesterday about the back and forth a little and they mentioned something about being "genuinely concerned that you have an actual case." I'm like "oh no fucking shit." — 5:24 PM

**Sarah Manfroni**
Idiots — 5:24 PM

Exhibit Page 13

**Sarah Manfroni:** I mean...i hate it. It's chaos and very disorganized. I really hate Stephanie and Eli's getting to be just as bad. Those two are inseparable and it's nauseating. — 5:25 PM

**Sarah Manfroni:** I don't know how long I'll last but I'm trying to see it through the end of the year. We'll see i guess — 5:25 PM

**Butch:** You should try and hold on as long as you can and save as much of that commission as you can so once you finally can't take it anymore you will have a few months to live off of... you should make some good money in the coming months — 5:29 PM

**Butch:** I don't understand why he loves Stephanie so much... literally every other person at that place hates her — 5:30 PM

**Butch:** I just got a copy of the letter we sent them today — 5:31 PM

**Butch:** It's pretty good — 5:31 PM

**Sarah Manfroni:** Good! I hope you get everything you deserve — 6:22 PM

*Tuesday, November 26, 2019*

**Sarah Manfroni:** Hey! Where should i apply? I'm fucking done with this circus — 9:53 AM

**Butch:** Really? What happened now?! — 9:55 AM

**Sarah Manfroni:** That new structure we were supposed to move to? It just got shut down by Leslie — 9:56 AM

**Sarah Manfroni:** Also...the only person getting commission this month is Stephanie and i literally can't stomach that shit — 9:56 AM

**Butch:** What new structure? The 60K and territories? — 9:57 AM

Exhibit Page 14

Lombardo000503

**Butch** — 9:57 AM
> Call me on your lunch or whenever you can

**Sarah Manfroni** — 9:58 AM
> Yep

**Sarah Manfroni** — 9:58 AM
> Ok i will

**Butch** — 10:00 AM
> My letters went out yesterday so I wonder if that had something to do with it

**Sarah Manfroni** — 10:01 AM
> Letters?

**Butch** — 10:01 AM
> I'll tell you about it when we talk... but demand letters from the attorneys

**Sarah Manfroni** — 10:02 AM
> Oooooooo

**Sarah Manfroni** — 10:02 AM
> Juicy

**Butch** — 10:03 AM
[image of young girl in front of tiara display]

**Sarah Manfroni** — 4:15 PM
> Stephanie just got a raise and a promotion lol

**Sarah Manfroni** — 4:16 PM
> I can't make this shit up

**Butch** — 4:16 PM
> For what?

Exhibit Page 15

Lombardo000504

**Butch** 4:17 PM
That can't be

**Sarah Manfroni** 4:18 PM
It's true i swear

**Sarah Manfroni** 4:18 PM
Senior account manager lol

**Sarah Manfroni** 4:18 PM
Base of 65k

**Butch** 4:18 PM
WOW... something is going on there

**Butch** 4:19 PM
So Wilson must have gotten a raise too I hope

**Sarah Manfroni** 4:20 PM
Wilson and Stephanie are at the same level now

**Sarah Manfroni** 4:20 PM
It's very very shady

Monday, December 2, 2019

**Sarah Manfroni** 9:23 AM
Is today the big day?

**Butch** 11:37 AM
Yep... I assume we won't hear from them and we will just have to proceed with the next steps

**Sarah Manfroni** 11:45 AM
Crazy!!

**Butch** 11:54 AM
I still can't believe that she got promoted

**Sarah Manfroni** 12:00 PM
It's nauseating

**Sarah Manfroni** 12:57 PM
Wilson and i are both refusing to talk to the Chmura attorney 😁

Exhibit Page 16

**Butch**
If it's best for you guys to do you should... I don't want anyone getting in trouble
12:59 PM

Sarah Manfroni
Literally give zero fucks
1:06 PM

Sarah Manfroni
Sarah.manfroni@gmail.com
6:31 PM

Sarah Manfroni
Thank you!!
6:31 PM

Friday, December 6, 2019

Sarah Manfroni
Was last night super awkward?!
11:16 AM

Sarah Manfroni

11:16 AM

**Butch**
Yes... very awkward handshake and hello
11:17 AM

Exhibit Page 17

Lombardo000506

**Butch**

[image of person with decorative flower sunglasses] — 11:18 AM

**Nice glasses by the way** — 11:18 AM

Sarah Manfroni
He's so stoopid — 11:24 AM

*Tuesday, December 10, 2019*

Sarah Manfroni
What's going on home slice? — 2:00 PM

*Monday, December 16, 2019*

Sarah Manfroni
Eli got fired this morning — 9:39 AM

**Butch**
WOW — 9:41 AM

Sarah Manfroni
Yep — 9:41 AM