# Exhibit 27

Wednesday, October 2, 2019

**Butch** — 1:22 PM
> This is so boring

**Kyle West** — 1:23 PM
> I am doing other stuff

**Butch** — 1:24 PM
> Found out Wilson and I are getting fucked January 1st so I need to start looking for a new job immediately

**Kyle West** — 1:27 PM
> What happened?

**Butch** — 1:27 PM
> They are going to like 8 territories January 1st... I'll lose half my territories I call on now

**Kyle West** — 2:16 PM
> In another meeting

Thursday, October 3, 2019

**Butch** — 9:39 AM
> So today could be my last day in the office... could be gone two weeks from today

**Kyle West** — 10:02 AM
> Why is that?

**Butch** — 10:07 AM
> Call me when you have a minute

Exhibit Page 1

Lombardo000480

Butch



6:15 PM

Kyle West

WTF

6:17 PM

Butch

That's what we post online

6:21 PM

Exhibit Page 2

Page 67

Lombardo000481

Friday, October 11, 2019

**Butch**



3:18 PM

> I can't believe they plan on firing me… this is great

3:18 PM

Kyle West

> What a bunch of clowns. Sorry u gotta deal with this horseshit. Maybe he's trying to get a nice payout.

3:23 PM

Kyle West

> The more I think about it I think this has been their plan for several months. I think he must have been talking about you a few months ago. They wanted to "build" up a team and then dispose of you. Let you keep drumming up more sales while they knew they were going to cut you loose once Eli was ready.

3:42 PM

Kyle West

> Who else could they have been talking about?

3:43 PM

Exhibit Page 3

Lombardo000482

Thursday, October 17, 2019

Butch

They sent me home and don't want me in the office any longer… had me cancel demos

11:16 AM

Butch

Shut off my JobsEQ, email, and salesforce

11:47 AM

Butch



12:49 PM

Kyle West

Wow. About to land in MN. Call you in a bit.

1:08 PM

Exhibit Page 4

Page 72

Lombardo000483

**Butch** 1:10 PM
I also heard no buyout... they are gonna just fire me

**Kyle West** 1:11 PM
How did you hear that?

**Butch** 1:11 PM
Dana through Eli's wife at her work

**Kyle West** 1:12 PM
Eli didn't say jack today though? Just sent you home, that's it?

**Kyle West** 1:12 PM
Clear now that Stefanie okayed a role here

**Kyle West** 1:14 PM
*played a role

**Butch** 1:14 PM
Call me when you get off the plane

**Kyle West** 1:14 PM
Waiting in line to get off now

**Butch** 1:14 PM
They are going to a Celine Dion concert together... fucking weird

**Butch** 3:14 PM


**Butch** 3:14 PM
Updated comment... now nobody is allowed to talk to me

**Kyle West** (3:52 PM): And how will that be enforced? Are we in China now?

**Kyle West** (3:52 PM): Hard to read that screen. Is the msg from JC?

**Butch** (3:53 PM): Yea... telling people if I reach out to not talk to me

**Butch** (3:53 PM): But I'm still employed here

**Kyle West** (3:53 PM): Unbelievable

**Butch** (9:39 PM): https://www.eonetwork.org/octane-magazine/special-features/howtomaketopsalespersonquit

*Friday, October 18, 2019*

**Kyle West** (8:25 AM): They nailed this one

**Butch** (8:30 AM): I am actually going to reach out to that guy on LinkedIn

*Monday, October 21, 2019*

**Kyle West** (10:26 AM): Anything yet?

**Butch** (10:26 AM): Nope

Butch



11:12 AM

Kyle West

Hope it goes well. If they lowball, then don't react. Say you need some time because you're not happy but want to counter and work things out to end well. Unless you already know what you can do with the backing of an attorney.

12:00 PM

Butch

She moved it to 12:30

12:01 PM

Butch

Yea I won't say much I'll just ask her to put it in writing and I will get back with them by the end of the week

12:01 PM

Kyle West

👍

12:25 PM



Wednesday, November 13, 2019

**Kyle West** — 5:35 PM
How'd it go?

**Butch** — 5:37 PM
Awesome I killed it… got another interview tomorrow

**Kyle West** — 5:38 PM
Fuckin A 👌 📢

**Butch** — 5:38 PM
Went twice as long as it should have and he had me skip the next step and move onto the EVP

**Kyle West** — 5:41 PM
Right on!

**Butch** — 5:59 PM
How's the conference going?

**Kyle West** — 7:58 PM
It was a good event, I must say, but I had super low expectations. I just left the party… I am done

**Kyle West** — 7:58 PM
With these people

**Butch** — 7:59 PM
Go have a few drinks in the room by yourself… you leave tomorrow right?

Exhibit Page 8

**Kyle West**

Yep, just ate some chocolate. — 8:02 PM

**Butch**

Nice... reception went well? — 8:02 PM

**Kyle West**

Yeah, the whole event has been nice. Kim improved it 1000% since last year. Lots of positive comments. — 8:07 PM

**Kyle West**

Still very small — 8:07 PM

