Exhibit 28

Friday, October 11, 2019

**Allison Magee** — 2:50 PM
I can hear them plotting about when you come back

**Allison Magee** — 2:50 PM
But can't hear much

**Allison Magee** — 2:53 PM
I just heard Eli say "he could very easily file a wrongful termination suit"

**Butch** — 2:53 PM
Perfect

**Butch** — 2:54 PM
I can't wait for Indy tomorrow… try and listen to anything else you can hear

**Allison Magee** — 2:55 PM
I think it's almost wrapping up but something is going down Thursday when you come back

**Allison Magee** — 2:55 PM
Greg said "one thing to note is that John and I will be in the air by 8 on Thursday"

**Allison Magee** — 2:55 PM
And the meeting is over

**Butch** — 3:00 PM
John and Greg already had a trip planned for Richmond next Thursday… it's some kind of brand something

**Butch** — 3:01 PM
I find it hilarious that they are going to fire me

Exhibit Page 1

Lombardo000522

**Allison Magee** — 3:01 PM
Right but he was saying that they were going to be unavailable because they're flying

**Allison Magee** — 3:04 PM
Idk if that's what the plan is

**Allison Magee** — 3:04 PM
Because he was saying that after the phone call was over and brought up how you would be set with your sister

**Butch** — 3:09 PM
I don't think they are going to fire me on Thursday... my guess is they are talking about if I refuse to sign the new offer letter they present to us

**Allison Magee** — 3:10 PM
Yeah that's more likely I agree

**Butch** — 3:17 PM
This is getting so juicy

*Sunday, October 13, 2019*

**Butch** — 1:21 PM
So guess who just offered me a job the day I leave/get fired?

**Allison Magee** — 1:23 PM
Lol ... was it Ethan??

**Butch** — 1:23 PM
EMSI

**Butch** — 1:24 PM
I sure hope they fire me on Thursday

**Allison Magee** — 1:24 PM
Ooooooomg

**Allison Magee** — 1:24 PM
Work from home??

**Butch** — 1:24 PM
Of course

**Allison Magee** — 1:24 PM
Wow wow 🤦‍♀️🤦‍♀️

Exhibit Page 2

Page 149

Lombardo000523

**Monday, October 14, 2019**

Butch — 8:02 AM
> What street did you live on in UP?

Allison Magee — 8:19 AM
> UA? Tewksbury

Butch — 9:19 AM
> Did you hear about Donnie's mom? So sad

Allison Magee — 9:19 AM
> Yeah, poor guy 😓

**Wednesday, October 16, 2019**

Butch — 4:26 PM
> So Eli lied and told me nobody was gonna go to the office today... however I show up and both him and Stephanie are there and Eli didn't say a word to me 🧐

Butch — 4:26 PM
> Tomorrow should be interesting

Allison Magee — 4:27 PM
> 😬 when is your meeting?

Butch — 4:28 PM
> With the attorney? I just had it... she doesn't have anything for me yet... they have to research a few things

Allison Magee — 4:32 PM
> Lol

Allison Magee — 4:32 PM
> With Eli. You think you'll get a buyout tomorrow?

Butch — 4:32 PM
> No chance

Butch — 4:34 PM
> I am pretty sure they will just fire me and I'll go work for EMSI... most likely scenario but I don't think it will happen until the beginning of November when they present the new offer letter

Allison Magee — 4:47 PM
> Crazy crazy stuff

Exhibit Page 3

Thursday, October 17, 2019

**Butch** — 9:33 AM
> You coming in today?

**Allison Magee** — 10:08 AM
> No i was being a valet for my parents from the airport and now I'm wfh

**Butch** — 10:13 AM
> Eli and I talked for a while today… he said that management is now getting cold feet about getting rid of me and they need more time to think about it

**Allison Magee** — 10:14 AM
> Woah

**Allison Magee** — 10:14 AM
> What do you think?

**Allison Magee** — 10:14 AM
> In all likelihood Sarah will be gone so it will be you Stephanie and Logan?

**Allison Magee** — 10:14 AM
> Wilson maybe

**Butch** — 10:27 AM
> Who knows at this point

**Allison Magee** — 10:29 AM
> They probably need to give some serious clarification for you to feel comfortable

**Allison Magee** — 10:30 AM
> But unless EMSI is really offering you a lot I think you should stay 😃😃😃😃😃😃

**Butch** — 10:31 AM
> I will stay if they dont fuck me and I won't go to EMSI if they buy me out… but if they tell me to fuck myself I will then go there

**Allison Magee** — 10:32 AM
> I like the plan

Exhibit Page 4

**Butch** — 10:37 AM
> I can't wait to tell you about Eli and Stephanie… they are super butt buddies and never left each other's side the entire conference… they are also planning on going to the Celine Dion concert together

**Allison Magee** — 10:37 AM
> Uhhhh

**Allison Magee** — 10:38 AM
> Did you drive with them to Indiana? That sounds like torture

**Butch** — 10:39 AM
> No I drove by myself on Saturday since they didn't get there until Monday afternoon… but then Logan came home with me and they left at a different time

**Allison Magee** — 10:45 AM
> Very good call

**Allison Magee** — 10:45 AM
> Wow I can't believe they're friends now

**Butch** — 10:57 AM

[Screenshot of iMessage conversation with "Sarah":
- "Everything go well with your meeting with Eli?"
- "Oh I got yelled at for going to Italy"
- "Even tho it was approved vacation time before i started"
- "I guess Chris, Leslie and Sharon were all upset"
- "I can't do it…i don't think i can even make it to the end of the year"
- "Wow that is awful"
- "Yep! Welcome back!"
- "I fucking hate all of those people… they are just bad people"
- "Same…Bobby told me i should go work for EMSI too"]

**Butch** — 10:57 AM
> Looks like our bet could come down to the wire

**Allison Magee** — 11:00 AM
> Lol

Exhibit Page 5

Page 152

Lombardo000526

**Allison Magee** — 11:00 AM
No she should not go work for EMSI

**Allison Magee** — 11:00 AM
She might need a different job than salesperson

**Allison Magee** — 11:36 AM
I'm pretty sure Greg changed his sales force password so I can't go sending you contact info.

**Allison Magee** — 11:36 AM
I wonder if Wesley can get on right now.

*Monday, October 21, 2019*

**Allison Magee** — 10:09 AM
Have you still not heard anything?

**Butch** — 10:12 AM
Nope... not yet... did John or Greg say anything?

**Allison Magee** — 10:12 AM
Nope. Eli and Greg were in his office for a bit but that was done forty minute ago

**Butch** — 10:15 AM
Maybe at your 10:30 meeting thing

**Allison Magee** — 10:15 AM
Doubtful. You should probably know first

**Allison Magee** — 10:15 AM
But then again why would we do something that makes sense

**Butch** — 10:17 AM
Yea I personally don't think they are gonna do anything and just let me go

**Allison Magee** — 10:18 AM
I thought we were high on the buyout 😰

**Butch** — 10:18 AM
The more time passes the more I think Chris just can't bring herself to cut me a check

**Allison Magee** — 10:19 AM
Yeah I think that is 100% what is happening

Exhibit Page 6

**Allison Magee** — 10:19 AM
Normally they would have something completely laid out on Thursday

**Butch** — 10:21 AM
John told Kyle that there "wasn't a consensus among management" regarding what they want to do

**Butch** — 10:22 AM
So weird not checking work email

**Allison Magee** — 10:31 AM
Lol I'm sure there isn't a consensus with one person

**Allison Magee** — 10:31 AM
Sales meeting right now

**Butch** — 10:38 AM
I guess they had one on Friday and Sarah stuck up for me... she said it was disgusting that they make the entire office stop what they are doing to look at their puppies but they get rid of their top salesperson with a Slack message

**Allison Magee** — 10:40 AM
Oooh

**Allison Magee** — 10:41 AM
Was that just like Eli? Or higher ups too?

**Butch** — 10:41 AM
Just Eli and the sales team

**Allison Magee** — 10:43 AM
Darn

**Allison Magee** — 10:43 AM
The rest of Cleveland doesn't know you as a troublemaker to Richmond so it does look rough

**Butch** — 10:45 AM
Eventually people will be asking around about it and I wonder what they will say... they shouldn't have sent anything and not draw attention to it

**Allison Magee**

You were a threat though — 10:45 AM

**Allison Magee**

Danger 🙍🏼‍♀️🙍🏼‍♀️🙍🏼‍♀️🙍🏼‍♀️ — 10:45 AM

Butch



10:46 AM

Butch — 11:12 AM

**Allison Magee**

Lol is your schedule open? — 11:12 AM

Butch

That's exactly what I said… "obviously I am available all day" — 11:20 AM

**Allison Magee**

Well I hope you come back!! 😭😭😭😭😭😭 — 11:49 AM

Butch

I don't think that will be the case… we shall see… but she now moved it to 12:30 — 11:50 AM

Exhibit Page 8

**Allison Magee**

                                                                                     11:54 AM

**Butch**

They offered 10K and threatened to sue me if I go against the non compete                              12:37 PM

**Allison Magee**

Are they telling you to quit?                                                                           12:40 PM

**Butch**

So obviously I'm not gonna take that                                                                    12:40 PM

**Allison Magee**

Honestly that's lower than I thought                                                                    12:42 PM

**Allison Magee**

Was it just Aisha?                                                                                      12:42 PM

**Allison Magee**

$10k to leave?                                                                                          12:42 PM

**Butch**

No they fired me as of Friday                                                                           12:43 PM

**Allison Magee**

                                                                                   12:44 PM

**Allison Magee**

So what do you do? Go to your lawyer?                                                                   12:46 PM

**Butch**

Yea I have a week to review their document                                                              12:47 PM

**Allison Magee**

Good                                                                                                    12:47 PM

**Allison Magee**

IT has a meeting at 2                                                                                   1:29 PM

**Butch**

They are threatening to sue me for extortion too                                                        1:29 PM

Exhibit Page 9

**Allison Magee**

What kind of proof do they have that you are trying to extort them?

1:32 PM

**Butch**

It's all just conversations with Eli

2:00 PM

**Allison Magee**

Apparently John was taken by total surprise when he landed on Thursday

2:16 PM

**Allison Magee**

And that morning is specifically when you really started to make threats

2:16 PM

**Butch**

This could get pretty messy

2:23 PM

Wednesday, October 23, 2019

**Allison Magee**

Wow 2 hour Halloween party

10:07 AM

**Butch**

Really trying to overcompensate… they are now sending the entire sales team to Orlando for 3 days

10:10 AM

**Allison Magee**

🤮🤮

10:11 AM

Thursday, October 24, 2019

**Allison Magee**

Do you know what your plan of action is yet?

3:22 PM

**Butch**

Just let the attorney deal with it at this point… I have a call with EMSI at 6:00

3:29 PM

**Butch**

My attorney already called their attorney and let them know that we will respond to their extortion letter next week

3:30 PM

Exhibit Page 10

Page 157

Lombardo000531

**Allison Magee**

I don't understand how they have any grounds for that when it's just Eli's word — 3:31 PM

**Butch**

10% chance he recorded me... just my guess... if not they are fucked — 3:32 PM

**Butch**

Did they say anything else? Or just that I threatened the company — 3:32 PM

**Allison Magee**

Basically that's why you were told to gtfo — 3:32 PM

**Allison Magee**

That's it — 3:33 PM

Tuesday, November 19, 2019

Allison Magee

> Did they provide a computer for you?? And have you been using it?

8:15 AM

Allison Magee

> Did they provide a computer for you?? And have you been using it?

9:00 AM

Exhibit Page 12

**Butch** — 9:01 AM
I haven't used it since I left... it's in my laundry room closet... I have been using Dana's computer

**Butch** — 9:03 AM
Once I was shut out of my email and salesforce I picked it up

**Butch** — 9:10 AM
Once I was shut out of my email and salesforce I picked it up

**Allison Magee** — 9:04 AM
Great great great 👍🏼👍🏼

**Allison Magee** — 9:10 AM
Great great great 👍🏼👍🏼

**Butch** — 9:11 AM
Why do you ask?

**Butch** — 9:11 AM
I actually told my attorney I would be happy to drop it off weeks ago but they told me to hold tight

**Allison Magee** — 9:13 AM
Lol covering my bases

**Allison Magee** — 9:13 AM
I think I can rest easy

**Butch** — 9:15 AM
Ahhhhhh... I get it... yes it is zipped up in the bag in my closet

Butch



9:21 PM

Exhibit Page 14

Page 190

Lombardo000535

Wednesday, December 18, 2019

Allison Magee

> That was quite a read! Too bad Eli probably can't clarify for them that you notified him of unpaid overtime months ago

8:02 AM

Butch

> I did tell him 2 months before that... it isn't a lie... I think my sister is gonna reach out to him

8:12 AM