# Exhibit 34
# Conference Notes
# FILED UNDER SEAL