# Exhibit 35
# License Usage Spreadsheet
# FILED UNDER SEAL