# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

|  |  |  |
|---|---|---|
| **CHMURA ECONOMICS & ANALYTICS, LLC,** | ) ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) ) | Case No. 3:19-cv-813-REP |
| v. | ) ) ) | |
| **RICHARD LOMBARDO,** | ) ) ) | |
| Defendant/Counterclaim Plaintiff. | ) ) | |

## PLAINTIFF AND COUNTERCLAIM DEFENDANT'S MOTION TO FILE EXHIBITS UNDER SEAL

Plaintiff and Counterclaim Defendant Chmura Economics & Analytics, LLC ("Chmura" or "Plaintiff"), by counsel, and pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil Rule 5, respectfully moves this Court for an Order granting this Motion to File Exhibits under Seal. For the reasons discussed in the accompanying Memorandum of Law, Chmura respectfully requests the Court's permission to file under seal Exhibits 34 and 35 to its Memorandum of Law in Support of Motion for Summary Judgment. A proposed Order granting this Motion is attached.

Dated: May 15, 2020

/s/
Rodney A. Satterwhite (VA Bar No. 32907)
Christopher M. Michalik (VA Bar No. 47817)
Heidi E. Siegmund (VA Bar No. 89569)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(Office) (804) 775-1000
(Fax) (804) 698-2158

rsatterwhite@mcguirewoods.com  
cmichalik@mcguirewoods.com  
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff/Counterclaim Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing (NEF) to all counsel of record.

    /s/
Heidi E. Siegmund (VSB No. 89569)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel:   (804) 775-1000
Fax:   (804) 775-1061
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff/Counterclaim Defendant*