IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **CHMURA ECONOMICS & ANALYTICS, LLC,** ) ) ) | |
| Plaintiff/Counterclaim Defendant, ) ) ) ) | Case No. 3:19-cv-813-REP |
| v. ) ) ) | |
| **RICHARD LOMBARDO,** ) ) ) | |
| Defendant/Counterclaim Plaintiff. ) ) | |

## NOTICE OF FILING A MOTION TO SEAL

Plaintiff and Counterclaim Defendant Chmura Economics & Analytics, LLC ("Chmura" or "Plaintiff"), by counsel, and pursuant to Local Rule 5(C) hereby provides this Notice of Filing a Motion to Seal. As set forth in the forthcoming Motion to File Exhibits under Seal and accompanying Memorandum of Law in Support, Chmura will respectfully request that the Court permit Chmura to file under seal Exhibits 34 and 35 Plaintiff's Memorandum of Law in Support of Its Motion for Summary Judgment. Parties and non-parties may submit memoranda of law in support of or in opposition to Plaintiff's Motion to File Exhibits under Seal within seven (7) days. If no objection is filed within seven (7) days, the Court may treat the Motion to File Exhibits under Seal as uncontested. Chmura respectfully requests the Clerk to docket this matter in a manner that discloses its nature as a sealing motion.

Dated: May 15, 2020

_____/s/_____
Rodney A. Satterwhite (VA Bar No. 32907)
Christopher M. Michalik (VA Bar No. 47817)

        Heidi E. Siegmund (VA Bar No. 89569)
        McGuireWoods LLP
        Gateway Plaza
        800 East Canal Street
        Richmond, Virginia  23219
        (Office) (804) 775-1000
        (Fax) (804) 698-2158
        rsatterwhite@mcguirewoods.com
        cmichalik@mcguirewoods.com
        hsiegmund@mcguirewoods.com

        *Counsel for Plaintiff/Counterclaim Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 15th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing (NEF) to all counsel of record.

        _____/s/_____
        Heidi E. Siegmund (VSB No. 89569)
        McGuireWoods LLP
        Gateway Plaza
        800 East Canal Street
        Richmond, VA 23219
        Tel:    (804) 775-1000
        Fax:   (804) 775-1061
        hsiegmund@mcguirewoods.com

        *Counsel for Plaintiff/Counterclaim Defendant*