IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **CHMURA ECONOMICS &** <br> **ANALYTICS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **RICHARD LOMBARDO,** <br><br> Defendant. | Case No. 3:19-cv-00813 <br> Judge Robert E. Payne |

## MOTION OF DEFENDANT RICHARD LOMBARDO FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56, Defendant Richard Lombardo ("Lombardo") moves the Court for an Order granting partial summary judgment in his favor and against Plaintiff Chmura Economic & Analytics, LLC ("Chmura") as follows:

1. On Counts I (Breach of Contract), II (Declaratory Judgment), III (Violation of the Defend Trade Secrets Act), and IV (Conversion) of the First Amended Complaint;

2. On the Sixth Claim for Relief (Declaratory Judgment – Invalidity & Unenforceability of the Agreement) of Defendant Richard A. Lombardo's Counterclaim Against Plaintiff Chmura Economics & Analytics, LLC (the "Counterclaim"); and

3. On the First Claim for Relief (Violation of the FLSA), Fourth Claim for Relief (Violation of the Ohio Prompt Pay Act), Fifth Claim for Relief (Violation of the Ohio Minimum Fair Wage Standards Act) of the Counterclaim as to liability.

After the Court sustains this Motion, remaining issues left for adjudication will be the Second Claim for Relief (Retaliation under the FLSA), Third Claim for Relief (Breach of Contract), and the amount of damages that Chmura is required to pay to Lombardo.

Lombardo is filing the attached memorandum in support of this Motion.

Respectfully submitted,

/s/ Thomas J. Powell
Thomas J. Powell, Esq., VSB #27604
3603-D Chain Bridge Road
Fairfax, VA 22030-3244
Tel: (703) 293-9050 | Fax: (703) 293-9075
Email: tom@tjplaw.com

Christine M. Cooper, Esq. (Ohio Bar #0079160)
Koehler Fitzgerald LLC
1111 Superior Avenue East, Suite 2500
Cleveland, OH 44114
Tel: (219) 539-9376 | Fax: (216) 916-4369
Email: ccooper@koehler.law

*Attorneys for Defendant Richard Lombardo*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing Motion for Summary Judgment has been served on this 15th day of May, 2020, via the Court's electronic filing system upon the following:

Rodney A. Satterwhite (VA Bar No. 32907)
Heidi E. Siegmund (VA Bar No. 89569)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
rsatterwhite@mcguirewoods.com
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff*

                                                             /s/ Thomas J. Powell
                                                             Counsel for Richard Lombardo