IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **CHMURA ECONOMICS & ANALYTICS, LLC,** ) ) ) ) **Plaintiff,** ) ) **v.** ) ) **RICHARD LOMBARDO,** ) ) **Defendant.** ) | Case No. 3:19-cv-00813 Judge Robert E. Payne |

## MOTION IN LIMINE OF DEFENDANT RICHARD A. LOMBARDO TO EXCLUDE ADMISSION OF AN OFFER LETTER DATED JANUARY 25, 2019 AND RELATED TESTIMONY

Pursuant to Fed. R. Civ. P. 402, 403, 404, and 608, Defendant, Richard Lombardo, moves the Court for an Order In Limine excluding from trial all testimony and evidence pertaining to an Offer Letter directed to Lombardo dated January 25, 2019, on the grounds that (1) the Offer Letter does not make any fact in issue more or less likely, (2) presentation of the Offer Letter at trial will be unduly prejudicial to Lombardo, (3) the Offer Letter would only be used to establish inadmissible character evidence, and (4) the Offer Letter is extrinsic evidence of character for truthfulness, which is strictly inadmissible.

A memorandum in support of this Motion is attached.

Respectfully submitted,

/s/ Thomas J. Powell
Thomas J. Powell, Esq., VSB #27604
3603-D Chain Bridge Road
Fairffax, VA 22030-3244
Tel: (703) 293-9050 | Fax: (703) 293 9075
Email: tom@tjplaw.com

Christine Marie Cooper, Esq. (Ohio Bar #0079160)
Koehler Fitzgerald LLC
1111 Superior Avenue East, Suite 2500
Cleveland, OH 44114
Tel: (219) 539-9376 | Fax: (216) 916-4369
Email: ccooper@koehler.law

*Attorneys for Defendant, Richard Lombardo*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Motion in Limine has been served on this 22nd day of May, 2020, via the Court's electronic filing system upon the following:

Rodney A. Satterwhite (VA Bar No. 32907)
Heidi E. Siegmund (VA Bar No. 89569)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
rsatterwhite@mcguirewoods.com
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff*

                                                /s/ Thomas J. Powell
                                                Counsel for Richard Lombardo