# Exhibit B




*Chief Executive Officer*

January 25, 2019

Mr. Rick Lombardo
Via email

Dear Rick,

We are pleased to offer you the chance to join us at ▇▇▇▇▇▇.

▇▇▇▇▇▇ and I have both been impressed with your experience in the economic development sector, and we are confident you will prove to be a valuable member of the ▇▇▇ team. We are equally confident you will find your employment at ▇▇▇▇▇ to be exciting, fun and rewarding.

We work within a non-traditional culture providing unusual autonomy, an entirely virtual work environment with no fixed offices, and the chance to stay on the cutting edge of technology. At ▇▇ ▇▇▇ you will find a collaborative, open culture with no bureaucracy and a strong focus on growth.

The remainder of this offer letter documents the terms of your employment.

**Title:** Director of Business Development

**Responsibilities:** Originate and close new deals in the economic development market. Work with ▇▇ to build out a more automated and streamlined sales process. Provide customer and prospect feedback to ▇▇▇▇ and ▇▇▇▇▇ on technology development.

**Reporting Relationship:** ▇▇▇▇▇▇

**Start Date:** March 1, 2019 or as mutually agreed

**Base Salary:** $70,000 per year



|  |  | Year of Contract | |
|---|---|---|---|
|  |  | First Year | Subsequent Years |
| Date of Contract Signature | Within First 12 Months of Employment | 20% | 5% |
|  | After First 12 Months of Employment | 15% | 5% |

- These commission percentages apply to ▓▓▓ license fees only, and do not apply to one-time implementation/setup fees, nor to fees for property data, business listing data, workforce data, or any other subcontracted data or functionality.
- Commissions will be paid to you quarterly, after receipt of payment from the customer. Commissions will only be paid after payment is received from the customer by ▓▓▓.
- Your eligibility for commission payments will end should your employment with ▓▓▓ end for any reason. No commissions will be paid after your last date of employment with ▓▓▓.

**Benefits:** The company will provide paid vacation, paid holidays, and a cash payment in lieu of health insurance and retirement benefits:

- You are eligible for 20 paid vacation days per year, which must be used in the year they are earned and may not be rolled over into the following year.
- The company currently provides the following paid holidays: New Year's Day, Memorial Day, July 4, Labor Day, Thanksgiving, the day after Thanksgiving, Christmas Eve, Christmas Day, and New Year's Eve.

