IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CHMURA ECONOMICS & ANALYTICS, LLC, | )<br>)<br>) |
| Plaintiff/Counterclaim Defendant, | )<br>)<br>) Case No. 3:19-cv-813-REP |
| v. | )<br>) |
| RICHARD LOMBARDO, | )<br>) |
| Defendant/Counterclaim Plaintiff. | )<br>) |

## ORDER

Upon consideration of the Parties' Joint Motion (the "Motion") to Continue Pretrial Deadlines, and for good cause shown, it is hereby Ordered that the Motion is GRANTED. It is hereby ORDERED that the Final Pretrial Conference previously scheduled for June 24, 2020 is hereby CONTINUED until further Order. It is further ORDERED that all pretrial filing deadlines calculated based on the previously designated dates of the trial and Final Pretrial Conference are likewise CONTINUED until further Order, except that the Parties shall complete briefing on any motions already pending in accordance with the normal timelines set forth in the Local Rules and all prior Orders in this matter.

IT IS SO ORDERED.

Date: May 28, 2020

/s/ REP

Robert E. Payne
Senior United States District Judge