IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **CHMURA ECONOMICS & ANALYTICS, LLC,** | Case No. 3:19-cv-813 |
| | Judge Robert E. Payne |
| **Plaintiff,** | |
| v. | |
| **RICHARD LOMBARDO,** | |
| **Defendant.** | |

## DEFENDANT RICHARD A. LOMBARDO'S MOTION TO FILE EXHIBITS UNDER SEAL

Defendant, Richard Lombardo ("Lombardo"), by counsel, and pursuant to Federal rUle of Civl Procedure 26(c) and Local Civil Rule 5, respectfully moves this Court for an Order granting this Motion to File Exhibits Under Seal. For the reasons discussed in the accompanying Memorandum of Law, Lombardo respectfully requests the Court's permission to file the following documents under seal:

- Exhibits 1 and 2 attached to the Declaration of Richard A. Lombardo in Support of the Opposition to Chmura's Motion for Summary Judgment (the "Opposition"), which is attached Exhibit B attached to the Opposition;

- Exhibit X to the Deposition of Christine Chmura; and

- Exhibit AA to the Volume II of the Deposition of Leslie Peterson.

A proposed Order granting this Motion is attached.

Respectfully submitted,

/s/ Thomas J. Powell
Thomas J. Powell, Esq., VSB #27604
3603-D Chain Bridge Road
Fairfax, VA 22030-3244
Tel: (703) 293-9050 | Fax: (703) 293 9075
Email: tom@tjplaw.com

Christine M. Cooper, Esq. (Ohio Bar #0079160)
Koehler Fitzgerald LLC
1111 Superior Avenue East, Suite 2500
Cleveland, OH 44114
Tel: (219) 539-9376 | Fax: (216) 916-4369  Email: ccooper@koehler.law
*Attorneys for Defendant, Richard Lombardo*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing Motion has been served on this 29th day of May, 2020, via the Court's electronic filing system upon the following:

Rodney A. Satterwhite (VA Bar No. 32907)
Heidi E. Siegmund (VA Bar No. 89569)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
rsatterwhite@mcguirewoods.com
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff*

                                      /s/ Thomas J. Powell
                                      Counsel for Richard Lombardo