# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **CHMURA ECONOMICS & ANALYTICS, LLC,** | Case No. 3:19-cv-813 |
| | Judge Robert E. Payne |
| **Plaintiff,** | |
| v. | |
| **RICHARD LOMBARDO,** | |
| **Defendant.** | |

## NOTICE OF FILING A MOTION TO SEAL

Defendant Richard Lombardo ("Lombardo"), by counsel, and pursuant to Local Rule 5(C) hereby provides this Notice of Filing a Motion to Seal. As set forth in the forthcoming Motion to File Exhibits under Seal and accompanying Memorandum of Law in Support, Lombardo will respectfully request that the Court permit Lombardo to file Exhibit 1 to the Declaration of Richard A. Lombardo In Support of the Opposition to Chmura's Motion for Summary Judgment, Exhibit X of the Deposition of Christine Chmura, and Exhibit AA of Volume II of the Deposition of Leslie Peterson under seal. Parties and non-parties may submit memoranda of law in support of or in opposition to Lombardo's Motion to File Exhibits Under Seal within seven (7) days.

If no objection is filed within seven (7) days, the Court may treat the Motion to File Exhibits under Seal as uncontested. Lombardo respectfully requests the Clerk to docket this matter in a manner that discloses its nature as a sealing motion.

Respectfully submitted,

/s/ Thomas J. Powell
Thomas J. Powell, Esq., VSB #27604
3603-D Chain Bridge Road
Fairfax, VA 22030-3244
Tel: (703) 293-9050 | Fax: (703) 293 9075
Email: tom@tjplaw.com

Christine M. Cooper, Esq. (Ohio Bar #0079160)
Koehler Fitzgerald LLC
1111 Superior Avenue East, Suite 2500
Cleveland, OH 44114
Tel: (219) 539-9376 | Fax: (216) 916-4369  Email:
ccooper@koehler.law
*Attorneys for Defendant, Richard Lombardo*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Notice has been served on this 29th day of May, 2020, via the Court's electronic filing system upon the following:

Rodney A. Satterwhite (VA Bar No. 32907)
Heidi E. Siegmund (VA Bar No. 89569)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
rsatterwhite@mcguirewoods.com
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff*

/s/ Thomas J. Powell
Counsel for Richard Lombardo