IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHURMA ECONOMICS
& ANALYTICS, LLC,

    Plaintiff,

v.                                              Civil Action No. 3:19cv813

RICHARD LOMBARDO,

    Defendant.

**ORDER**

For the reasons set forth on the record during the June 3, 2020 conference call, it is hereby ORDERED that:

(1) The Final Pretrial Conference is scheduled for 10:00 a.m. January 5, 2021; and

(2) The jury trial is scheduled for 9:30 a.m. January 11, 2021.

It is so ORDERED.

                                      /s/     *R E P*
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: June 4, 2020