IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHMURA ECONOMICS
& ALALYTICS, LLC,

    Plaintiffs

v.                            Civil Action No. 3:19cv813

RICHARD LOMBARDO,

    Defendant.

### ORDER

Having considered PLAINTIFF AND COUNTERCLAIM DEFENDANT'S MOTION TO FILE EXHIBITS UNDER SEAL (ECF No. 36), and the requirements of Local Civil Rule 5 and the decisions in Ashcraft, et al. v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publishing Co., 743 F.2d 231 (4th Cir. 1984) and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that PLAINTIFF AND COUNTERCLAIM DEFENDANT'S MOTION TO FILE EXHIBITS UNDER SEAL (ECF No. 36) is granted and Exhibits 34 and 35 (ECF No. 38) to PLAINTIFF AND COUNTERCLAIM DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (ECF No. 35) are filed under seal; provided that appropriately redacted versions thereof are filed in the public record.

It is so ORDERED.

                              _____/s/_____
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: June 8, 2020