IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHMURA ECONOMICS
& ALALYTICS, LLC,

    Plaintiffs

v.                                                 Civil Action No. 3:19cv813

RICHARD LOMBARDO,

    Defendant.

## ORDER

Having considered DEFENDANT RICHARD A. LOMBARDO'S MOTION TO FILE EXHIBITS UNDER SEAL (ECF No. 52), and the requirements of Local Civil Rule 5 and the decisions in Ashcraft, et al. v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publishing Co., 743 F.2d 231 (4th Cir. 1984) and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, and the defendant asserting that the documents requested to be sealed are designated confidential under the STIPULATED PROTECTIVE ORDER (ECF No. 29) entered herein, it is hereby ORDERED that DEFENDANT RICHARD A. LOMBARDO'S MOTION TO FILE EXHIBITS UNDER SEAL (ECF No. 52) is granted and certain exhibits (ECF No. 55) to MEMORANDUM IN OPPOSITION TO PLAINTIFF AND COUNTERCLAIM DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 51) are filed under seal; provided that

appropriately redacted versions thereof are filed in the public record.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June 8, 2020