**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **CHMURA ECONOMICS & ANALYTICS, LLC,** ) ) ) ) Plaintiff/Counterclaim ) Defendant, ) ) v. ) ) **RICHARD LOMBARDO,** ) ) Defendant/Counterclaim ) Plaintiff. ) | Case No. 3:19-cv-813-REP |

**NOTICE OF FILING OF REDACTED EXHIBITS**

Pursuant to the Court's Order dated June 8, 2020 (ECF No. 62), Chmura Economics & Analytics, LLC files the attached redacted versions of Exhibits 34 and 35 to its Motion for Summary Judgement, unredacted version of which are filed under seal (ECF No. 38).

DATED: June 26, 2020

/s/
Rodney A. Satterwhite (VA Bar No. 32907)
Christopher M. Michalik (VA Bar No. 47817)
Heidi E. Siegmund (VA Bar No. 89569)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
rsatterwhite@mcguirewoods.com
cmichalik@mcguirewoods.com
hsiegmund@mcguirewoods.com

*Counsel for Plaintiff/Counterclaim Defendant*

CERTIFICATE OF SERVICE

 I hereby certify that on the 26th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing (NEF) to all counsel of record.

          /s/
         Heidi E. Siegmund (VSB No. 89569)
         McGuireWoods LLP
         Gateway Plaza
         800 East Canal Street
         Richmond, VA 23219
         (Office) (804) 775-1000
         (Fax) (804) 698-2158
         hsiegmund@mcguirewoods.com

         *Counsel for Plaintiff/Counterclaim Defendant*