Exhibit 34
Conference Notes
REDACTED

## IEDC Leadership Summit 2019

1. ███████████ - ████████
   a. ██said they mainly focus on existing business, and she has a researcher on staff who has a few tools at her disposal. She'd be willing to put me in touch with her team for a demo.

2. ████████████████████
   a. I caught up with ████ for a while, he said that he's hired two execs on contract and then ██████from ████████ have moved over onto his staff. He's also hired an admin assistant, and they're going to hold off on hiring anyone else until June/July. Lots going on, but they're just getting up and running and putting a plan today.

3. ██
   a. I helped ████download his presentation onto a thumb drive. He asked me to give him the elevator pitch, and he seemed interested. He also showed me a video of ████████ at ████████████ that roll around the store and check inventory on the shelves.

4. ████████ – 
   a. My current clients. ████stopped by first just to say Hi, and then ██came by later. They were just asking about new features that are supposed to be released in JobsEQ later this year.

5. ██
   a. ████stopped by to ask what's been added in JobsEQ since he last used the tool. He doesn't have any projects at this exact moment that would be a good fit for JobsEQ data, but he's going to reach back out to ██next time he needs the tool.

6. ██████ – 
   a. Current ████clients, and he's the main user at ████. He asked me what's new with JobsEQ, and I showed him some things in RTI and Maps. He said they would be open to revisiting JobsEQ before their next EMSI renewal.

7. ███████ –
   a. My current client. Just stopped by the booth to say hello, since we had never met face to face before. I asked how everything is going with JobsEQ, but he didn't have any constructive feedback – he really likes the tool and has been a user for a long time.

8. █████████
   a. I've been trying to get ██████████ for 3 years… ████████████ █████and he has been hard to get ahold of recently ███████████████ ████████████ and he can revisit JobsEQ in more detail now. Walked him through a refresher demo. He's also going to be ███████████████████████ ████████████

9. ████
   a. My current client. They just came on board at the end of last year, and he's really loved having JobsEQ so far. Some of his staff ████████████this month, but he wants to get more comfortable with using the tool himself. I told him we can schedule a time for him to meet with ████.

10. ████ ████████████████████

CHMURA0000159

a. ████ stopped by the booth, and I gave him a 5-10 minute demo. His ████ is ████ in population, but they are part of the ████████████ ████████████, and he would want the regional group to see a more in-depth demo. I told him ████ would follow up with some sample reports and information for him to share with his regional partners and schedule a demo.

11. ████████

a. ████ Stopped by the booth for about 5-minutes or so, and I gave her the elevator pitch. She said she saw someone giving a presentation at a conference last year, and they used our data (that's why she stopped by). She currently relies on ████████████ / ████ for labor market information.

12. ████████

a. ████ stopped by for a few minutes. He said that he has a demo wit ████ next month. We talked about his ████████████ and how they used to keep track of inventory ████

13. ████████ –

a. My current client. Stopped by the booth to say Hi. We talked about ████████ and the growth they've seen over the past few years. Lots of folks moving to ████████████ because it's much more affordable. New ████████████ popping up.

14. ████████

a. Talked to ████ for about 10 minutes. Scheduled a demo for his team on Thursday morning when he's back in the office, and we're going to setup a trial for immediately thereafter.

15. ████████ –

a. My current client. ████ stopped by to say Hi, and she had some questions about Alternative Forecast modeling and Occupation/Awards Gaps (specifically related to Software Engineers).

16. ████████████ –

a. ████ quickly stopped by the booth on her way to a session, and she picked up a pocket card to take back to the office. She said she has a ████ on staff who would be the best person to see a demo.

17. ████████████ –

a. ████ stopped by to catch up because we met during the ████████████. He's still interested in evaluating JobsEQ + RTI further, but they have ████████ and are still going through a ████████

18. ████████

a. I ate lunch with ████████ they were both very familiar with JobsEQ (████ was a previous user in ████). I told them to swing by the booth and chat with ████ because I know they use EMSI. ████ said she missed JobsEQ and how easy it was to use.

19. ████████████ –

a. I've been trying to sell JobsEQ to ████ for a couple of years, and he still wants to buy the tool, just needs to find the budget. I showed him some of the new features with RTI and walked through a quick refresher demo.



20. ███████████████████████

   a.  ██ was a previous JobsEQ client in ██ and then he went to █████ for a couple of years, and now he's with the ████████████ I told him that ███████ ████████████████ really wants to subscribe to JobsEQ, but she doesn't have the budget. I jokingly told him to approve her budget request.

21. ████████──████████

   a.  ████████ almost bought JobsEQ a couple of years ago when he was with the ███ ████████ but now he's █████████. He's been relying on ████████ for all of his data requests, but he's tired of having to pick up the phone every time he needs something. Walked through a refresher demo, and told him I'd follow up after the conference with pricing info.

22. ██████████████

   a.  ████ stopped by the booth. They help restructure █████████ ████████████ and they also help ███████████████████ in █████ ███████ She said they don't really use Labor Data, but it's worth keeping on your radar.

23. █████████████████

   a.  My current client. Stopped by the booth because he had some questions about Occupation Wages. We also walked through the What-If analytic for a █████████ industry they're trying to recruit to █████──█████

24. ████████████

   a.  My current client. Stopped by the booth as I was packing up at the very end of the conference. He said that ████████ and the rest of the team have really enjoyed having JobsEQ and it's helped them when some projects over the past year.

CHMURA0000161

# IEDC Leadership Summit

- █████████████████████████ – Spoke with ████ who stopped by to say hello since I have been in contact with him for the ████ years. He is currently with ████ but was open to a demo as I told him how we have continually added new ███████ groups to our client roster including ████████ where the ██████████ We had a demo set for next Tuesday ████ but then he came back and needed to move it to the ██ but he did already accept the invite.

- ████████ – ████████████████████ – spoke to ████ who stopped by to say hello as he has been a client of ours for more than ██ years. He told me how ████ at the ██████ is really looking at EMSI hard over the ███████ that they offer. He said that their main job at the ██████████████████ and the ██████████████ is to really sell the talent that they have in the ██████ area and from what he has heard from ████ they are really impressed with what EMSI is able to do around that. From the way ████ was talking it sounds like he thinks they are going to go with EMSI but he would still want to keep his JobsEQ license. Told him I am still trying to get with ████ on this and once I speak with him I will be sure to follow back up with him.

- ████████ – █████████████████████ stopped by to say hello and that she is really happy with JobsEQ at this point. She said that they have used it on several projects and they always get really good feedback. Told her that was great to hear and let her know about █████ for additional training if anyone on her team would like that. We chatted about her ████████ her ████ and a few other things. Told her if she ever needs anything to please reach out to me at any point.

- ███████████████████████ – ████ stopped by to say hello since we speak quarterly to see if he has any projects they could utilize JobsEQ for. He said that he doesn't have anything in the works now but once something comes up he will reach out as he really enjoyed his previous experience with it. We chatted about a few things including him saying that it should be ████████████████ this week. Wished him luck getting home and told him to please reach out if he has any projects we could assist with.

- ████████ – █████████████████ – Spoke to ████ who is actually here as an ████████████ . She had a booth up for the ██████████████████████ that she is in charge of. She told him how great JobsEQ has been with her and her ██████████ She said that ████████ has really enjoyed using it and she has gotten a lot of praise for bringing it to their attention. Told her that was great to hear and that I will be attending the ██████████ so she was happy to hear that. Let her know if there is anything we could ever assist with to please reach out.

- ████████ – ████████████████████████ – Spoke to ████ who stopped by to say hello and that he has really enjoyed using JobsEQ thus far. I was telling him about ████

CHMURA0000162

since it seems like he could benefit from some additional training. He said that he might want to take me up on that, but his main issue is that since he isn't in there every day that has a hard time remembering where he pulled his last report from. Told him about the live chat and he said that he has used that, and they have been really great about getting back to him really quickly. Told him that is good to hear and if he ever wants some additional training of if I could assist in any other way to please reach out at any point.



- ███████ – ███████████████████████ - Spoke to ████ who stopped by to say hello. We chatted about his ██████ how he is the ████████████████████ and a few other things. He said that everything has been going really well with JobsEQ still and they are really happy that they have access to it. Told him if there was ever anything I could assist with to please reach out to me at any point.

- ██████████████ – Spoke to ████ who stopped by to see what it is that we do so I gave him my elevator pitch and walked him through a few pieces of JobsEQ. He seemed to come away really impressed that we are able to show him data for ████ since most of the time he just gets ████ level data. We exchanged cards and I told him that I would follow up next week to schedule a full demo.

- ███████████████- ██████████████ – Spoke to ████ who stopped by quick to say that he has been happy with what JobsEQ has been able to provide his organization. He said that he isn't the user of the platform but everyone in his office seems to really enjoy having it. Told him that is great to hear and if he ever needs anything to please reach out.

- ████████ – ██████████████████ – Spoke to ████ who stopped by to see what we do. Gave him my elevator pitch and he said that he gets most of his labor from the ████ █████████████████████████████ Rattled off all of the other ██ we work with in ████ and he seemed to come away impressed and asked what we do different. He said that they mostly get labor studies, so I told him how those are really just a point in time and by the time he/others get that data it is already ███████████████ where ours is updated quarterly and allows him to customize his own regions and what not. We exchanged cards and he said he wants to set up a demo with his economic development ██████████████████ since he thinks this could be a great value add for them.

- ██████████ – ████████████████ – Spoke to ████████ who stopped by to say that he was really sorry about ████████████████ He said that procurement is making it really hard on him even though ███████████ has already signed off. He was complaining about the hoops they make it jump through and all the time and money that is wasted on trying to get something paid. He said they have a ████████ budget and for some reason they won't just let him cut a check for ████ without all these steps. He said that he is going to go back to the ███████████ and see what he can do to get this pushed through. He kept apologizing but I told him that I understand and that sometimes ███████████ make it hard on themselves.

CHMURA0000163



- ███████████ ███████ – Spoke to ███ who stopped by to see what it is that we do so I gave him my elevator pitch and walked him through a mini demo. We didn't have his ████ JobsEQ, so I told him how he could combine zip codes to create his own custom region. He mentioned that would be hard ███████████████ with other areas, but it would still be better than █████████ We exchanged cards and I told him I would reach out next week to schedule a demo.

- ███████ – ████████████████████████████████ – Spoke to ███ who stopped by to say that she "gets our data from a ██████ She said right now they are able to get it from the ████████████████ and she just calls up ███ (used to be ███ but he ██████████████). Told her about some potential sublicense packages but she said that she wouldn't want that since she would then have to do the work where now she just makes a phone call and it shows up in her inbox. Told her if he needs ever change to let us know.

- ███████ – ████████████████ – Spoke to ███ who stopped by to say hello and tell me how much she enjoys having access to JobsEQ. She said that she does a lot of work in ████ and people are amazed at how quickly she is able to pull up data to show off her region. She said that ██████ is getting better with it so I told her about ██████ and the free training we could provide to them if need be. She said she will let ██████ know about that and have her reach out to me if that is something that she needs. She thanked me again and told me if we ever need a reference for others in ██████ she would be more than happy to tell them how great it has worked out for them.

- ████████ – █████████████████████ – Spoke to ████ who stopped by to say how great it was to finally put a face with the name/voice. He said that he was just using JobsEQ in ████████████████ and loves having access to the platform. He told me how he just ██████ before he left for the trip for renewal and looks forward to continually working with me moving forward. Told him about ██████ and if he or anyone on his team ever need additional training that we would be able to provide that to him ██████. Said that was great to hear and he will let others in his office know that is available.

- ████████ – ████████████████████ – Spoke to ███ who stopped by to say hello. She mentioned how they just came on board with us a few weeks ago but she is concerned with the accuracy of the data since they ran an ████████████ and that the numbers we "really really far off from what we got from ██████████. At this point she doesn't want to use the data until she can get a further explanation on why our numbers are what they are. I told her I would be happy to schedule a call with our ████████ ██████████ o go over this sometime next week so that she can feel confident in what we provide. I did warn her that we can't speak to ████████████ but we can go into more detail about how we get to our numbers. I also saw her at the ██████ both later that day for 5-10 minutes.

CHMURA0000164



- ▮▮▮ – ▮▮▮ – Sat next to ▮ at the roundtable while I was waiting to introduce ▮▮▮ She said that she isn't the main user of JobsEQ but she knows that ▮▮▮ uses it frequently and they are really happy with everything they are able to pull from it. Told her that is great to hear and if she or anyone ever need anything to reach out to ▮ as I am sure ▮▮▮ of them. She said that ▮ has been great to work with.

- ▮▮▮ spoke with ▮▮▮ for a few minutes before I introduced her (good thing I did because I was the only one to ▮▮▮. She said that she is aware of ▮▮▮ since ▮ took a survey of ▮▮▮ and that the majority of them utilize JobsEQ compared to other platforms that were out there. I asked her about ▮▮▮ in which we could provide it to all boards, but she said that they would get a lot of pushback from their ▮▮▮ since they want them to utilize their data. She said that she wouldn't stop other ▮ from doing what they are doing but for her to endorse or push through a labor provider from outside ▮▮▮ Told her if she never needed some data for a presentation or something to feel free to reach out to me at point and hopefully we can be of assistance.

- ▮▮▮ – ▮▮▮ – Spoke to ▮ who said that everything continues to go well with JobsEQ and that she is always taking credit there as the one that originally brought us on. She said that ▮▮▮ really liked the program and she knows that ▮▮▮ is in there constantly pulling data for everyone. She thanked me/us for all that we do and told us to keep up the good work since they really love having access to JobsEQ.

- ▮▮▮ – ▮▮▮ – Spoke to ▮ who stopped by to say that ▮ sent him over to introduce himself since he might be ▮▮▮ with the ▮▮▮ happening there. Told him about ▮ and that I would be more than happy to set him up with a custom training so that he can get better acclimated to the platform. He said he might want to take me up on that and said he would reach out to me if he is going to fill that role. Told him I will be here and if he or anyone on his team need anything else to please reach out.

- ▮▮▮ – ▮▮▮ – Spoke to ▮ who stopped by to say that she is really pushing her ▮▮▮ to move forward with JobsEQ. She apologized that they just couldn't fit it into their budget but thinks that it would be best to have the ▮ ▮ as the license holder so that her and ▮ could have someone to reach out to when the need arises. Told her that I did hear back from them and got a demo scheduled in the coming weeks. Told her if there is ever anything I could assist with to please reach out at any point.

- ▮▮▮ – ▮▮▮ – Spoke to ▮ who stopped by to say hello. I have seen him and demoed him at several conferences most recently at that ▮▮▮ He said that he was really looking to show how he has all the workings in ▮ and that they are leaving each day. I went into the Data Explorer and

showed him place of work vs place of residence side by side so now he can see what occupations are leaving each day and how he can talk to and show prospects who they have in ████ f he had JobsEQ. He said that it was really impressive, and he will be sure to reach out to me once the time is right. Told him I will be here and if I don't hear from him I will touch base in another few months.

- ████████ – ███████████████████████ – Spoke to ████ who █████████████ said that things are going well with JobsEQ but he joked that the numbers are never what he was hoping for. He was actually using JobsEQ while I was sitting with him to put some slides together for a presentation he has around education when he gets back later this week. He ended up stopping at the table a few times over the course of the 3 days and always has nothing but good things to say about JobsEQ. Told him if he ever needs anything that he knows he can reach out at any point. He said hi should know he isn't shy about doing that.

- ████████ – ██████████████ – Spoke to ████ who said the same thing to me that she says at every conference. She likes the platform but doesn't necessarily have a huge need or the budget to purchase something like this. We exchanged cards for ██████████████████ and told her to reach out to me if anything changes on her end.

- ████████ – ████████████████████ – Spoke to ████ who said that everything has been going really well with JobsEQ and he was glad that he was able to stop by and put a face with the name/voice. He said that JobsEQ is going really well and that ████ ████ did a great job of bringing him and others on his team up to speed. Told him about ████ and that I would be happy to have him provide a custom training at some point if they feel it would be beneficial. Chatted about his ████████ █████████████████ and a few other items. Told him I will continue to touch base with him but if he ever needs anything he can reach me at any point.

- ████████ – ████████████████████ – Spoke to ████ at the luncheon and he said how JobsEQ continues to be a very important tool for him and his organization. He said that they use it often and that they are always happy with the results. He joked that the numbers might not always be what he wants but he knows that isn't our fault. Went over some of the new things that are on the horizon and if he or anyone on his team ever need anything to please reach out to me at any point.

- ████████████████████ – Spoke to ████ who stopped by to say hello and learn a little bit more about us since she knows many of the ███████████████████ utilize us. She is in charge of working with the ████ in the ████ so she knows many of the same people. She said that the overall ██████████████ does not need access to something like this for several reasons. The first being they let each ████ ████ and that their ████████████ labor data would be pretty upset with them if they went with an outside vendor. She knows we do great work but at this point this isn't something they would be able to use internally.

CHMURA0000166

- ███████ – ███████████████████ – Spoke to ██████ who stopped by to say that he gets our data from the ████████████████████████████████████ He mentioned that he thought the wages for ████████████ was really high so I told him that could be because the occupation wages are at a ████████ level so we would really be looking at the wages for all of █████████████ That being said I told him that if he can send me what he used or what they recommended he use I can get with our Data Governance team to provide him some feedback. We exchanged cards and I told him I would reach out next week and he aske that it be the end of next week since he has his board meeting early next week.

- ████████████ – ███████████ – Spoke to ████ who stopped by to say hello. He was a client of ████████ but took a new job with ██████████ as their ██████████ ███████████████████████. I asked about bring JobsEQ on board and he said that he really doesn't have the need there except for maybe 3-5 times a year and for that amount of usage he will just call up ████████ at ████████████ He said that they only deal with ███████████ and it rarely needs to prove they have the labor since they have some of the most █████████████████ in the country. We chatted about a bunch of things from ██████ to his ███████████████████████ Told him if anything ever changes to please reach out to me at any point.

CONFIDENTIAL



– she has been a client for ██████ and she loves JobsEQ / interested in pulling hard and soft skills for ████ from ████████████ jumped in and said our new resume feature will better help her in understanding what she ultimately asked for

████████████████ – being that I know ████ from ████ he and I shared a great handful of conversations about ████ his new role, my experience in ████████████ / he gave a great recommendation to ████ and ████ that JobsEQ is really something special and very helpful, helping set the stage for potential opportunity.

████████████████████ – played hardball with me at dinner / asked why he'd need JobsEQ, but respectful in the sense that he knew ████ liked using it and he seemed to be open to buying and using in ████████

████████████████ – newer to the business and has been in this position for a couple years / not quite the decision maker but seems to ask the right questions of why they would need or use JobsEQ

████████ – Sat at the luncheon with ████ (and ████████ and ████████) and talked about us ████ and that it was crazy ████████████

████████████ – Sat at the luncheon with ████ and ████████ and ████ and talked about us ████

████████████ – Sat at the luncheon with ████ (and ████████ and ████████ and he entertained us with a story of his ████████ He helped bring a lot of business and success to ████ after working at ████ and then ████████████ ... so he went from ████████ to ████ and currently ████.

████████████████ – ████ and it turns out ████████████. Good chance we ████████████ ████████ Looking forward to following up a week and a half from now.

CONFIDENTIAL

████████████████████████████████████████████████████ – said he was in the
process of working with ██████ and he said he's interested / may need more info / waiting for the
budget to allow it. Reach out soon but he might want to sign on in about 6 months.

CONFIDENTIAL

IEDC Notes

- ███████████████████ – Spoke to ████ who said that he already has an organization that provides him with all the labor data he needs. I asked if it was the ███████████ and he said that it was. He knows ███████████ and the other people I work with ███████ Asked him if he would want to have access to his own platform internally but he said he probably wouldn't need it. I told him I would have ████████ reach out by email in the coming days/weeks to see if he would be open to a demo.

- ███████████████ – Spoke to ████ who said that he doesn't use labor data but others at his organization do. We exchanged cards and I told him someone would reach out towards the end of this week or early next to have him connect us with the appropriate people.

- ███████████████████ – Spoke to ████ who said that she would really love to get some training scheduled with someone to learn the system a little better. She said that she was at ███████████████████████ but recently joined ███████████████ She said that they are a ███████████████████████████ She talked to me about the work she is doing and I told her I would have ████ reach out to her later this week to get something scheduled.

- ███████████████████████ – Current client of mine who stopped by to say hello. He told me that ████ gave him the thumbs up to move forward with ████ for the additional ████ so he said we should probably get that taken care of this week once we are back in the office. He asked what ████████ is so I ran him through that. He found it to be interesting except the price is really outside of his budget for something like that. Told him I would still like to walk him through it at some point so he said to reach out later in the week to get something scheduled. He said other than that he really loves JobsEQ and thinks it is a great resource.

- ███████████ – ███████████████ – Spoke to ████ who asked if I was the one emailing her a bunch of times this year. Told her it wasn't me but probably a colleague of mine. She said that they do a large number of ███████████████ which don't require such data and when they have projects that do require this type of data it is usually for the ███████████████ who in turn are able to provide them the data that they need. Pushed hard for her to have something internally but she said that it just isn't something she would utilize often enough to justify the cost. I didn't mention that we are already in talks with someone at ████.

- ███████████████████████ – Spoke to ████ who said that he gets all of his data needs from the ███████████████████, I asked if he knows ████████ and he said that he does and she is able to get him anything he needs with a quick turnaround. Told him how we are currently working with ████ and he said to keep up the good work since he asks ███████████████████████ and she is always able to provide it to them quickly. Told him if he ever feels the need to have a platform internally to please reach out to me at any point.

CHMURA0000170

- ████████████████████████ —Spoke to █████ who stopped by to say hello. She told me that everything has been going really well with JobsEQ and she doesn't have any kind of problems or questions. We chatted about her █████ and how she █████ night before and ███████████████████████████████ Chatted about a few other things and told her to please give me a call or shoot me an email if she ever needs anything.

- ███████████████████████ – Spoke to █████ who stopped by to say hello and thanked me again for taking part in the █████ We talked about that conference for a while and she made a comment about how the booths at this conference are █████████ Told her that this was one ████████████████████ anywhere else.  Asked her how things are going with JobsEQ and she said as good as ever.  Told her to reach out to me directly if that ever changes.

- ███████████████████ – Spoke to ███ who asked if she could put her █████ my table while she was speaking so I told her that wouldn't be a problem. She said that she/they do use labor data and she provided me two different cards and asked that I reach out to her next week once she gets back in the office.

CHMURA0000171

# IEDC Annual Conference



- ███████████████████████████████████████████ – Spoke to ████ who stopped by to say hello. He said how much he loves having JobsEQ and that it is a fantastic product. I tried to convince him he should come to the user's conference, but he said that it just wouldn't work out this year due to a very other things that were going on. Chatted for a bit and told him if he ever needs anything to please reach out.

- ████████████ – Spoke to ████ who said that her and her ████████ are still trying to choose between JobsEQ and "another software platform". I don't think it is EMSI but they could just be limited in their budget. We chatted about her past few gigs in ████████████████ and told her how I would love to add her ████████ ████████████ Told her I will follow up and check back with her in the coming week or two to see if they made a final decision.

- ██████████ – ████████████████████ – Spoke to ████ in line for a drink. She said that everything has been going well with JobsEQ and glad we connected years back since it has really come in handy. Told her how ████ is in there all the time and if she or anyone else from her team ever need anything to please reach out to me at any point.

- ████████████ – Spoke to ████ who was walking buy. He said that he is really hoping that the ████████████ purchases JobsEQ once they get a new ████████ I think he is going to push them pretty hard since he needs it the most. We chatted about ████████████████ ████████████████████████████ and a few other things. Told him I will be following up once I see the ████████

- ████████████ – ████████████████████ – Spoke to ████████ who stopped by to say hello. We chatted about the ████████████████, what her plans are in ████ what they have going on down in ████████ and a few projects that they are working on. She said all has been going really well with JobsEQ but told her if she ever needs me for anything to just reach out. She said I should know she isn't shy about that.

- ████████████████ – Spoke to ████ who said that he was sorry he didn't stop by at the ████████████████. He said that he knows that ████ stopped by and said how great we are to work with. We chatted about the ████ ████████ and he said how worried she is that she won't finish it in time. Told him I let her know that we are able to push that out if she needs us to. He said overall his people are happy with JobsEQ and that makes him happy. Told him if that changes to please reach out to me directly at any point.

- ████████████████████ – Spoke to ████ who stopped by and asked him if he was the one that knew ████████████ He seemed a little shocked that I knew that and told him that ████████████████████████. I gave him a mini demo and he seemed to be impressed with what I showed him and said that he will have his ████ stop by to look. We exchanged cards and told him I will reach out for a full demo in the coming weeks.

- ████████████████████ – Spoke to ████ a few different times for a total of 30+ minutes. She oversees putting together ████████████ next year, so I gave her ████████ card for any speaking opportunities. She let me know that they are still happy with EMSI, but she might have a few projects that she could utilize us on. She wants me to reach out to her in the

CHMURA0000172



new year since she is just slammed through the rest of 2019. We chatted about where she lives in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and a variety of other issues. Told her I will be sure to check back with her in 2020 to schedule another demo.

- ▮▮▮▮▮▮ – ▮▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮▮ who stopped by as I have been speaking with her for several months. She said that she does have a few projects that she could utilize JobsEQ for but was asking about one off reports. She said that she was able to get those from ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ gave her her card and said to reach out to her if she ever needed some custom reports.

- ▮▮▮▮▮▮▮: ▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮▮ who stopped by to see what we do. Gave her my pitch and asked her if she utilized ▮▮▮▮ or anything and she said that she never really used it and wasn't sure who to even point me to.

- ▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮▮ who stopped by to see what we do. Told her how I did a demo for ▮▮▮▮▮▮▮▮ last year and this just wasn't a fit for what they do. Gave her my card and told her if things ever change that they need more ▮▮▮ to please reach out to me directly at any point.

- ▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮▮ who stopped by as I used to work with her when she was at the ▮▮▮▮▮▮▮▮ She said that they are able to get everything they need from ▮▮▮▮▮▮ and let her know that ▮▮▮▮▮▮▮▮ ▮▮ Told her if she or anyone from her team ever needed to have their own access internally to please reach out to me at any point.

- ▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮▮ who stopped by to see what we do. Let him know that his organization utilizes us already and he said that it does look familiar. He said that he is new and is just learning the ropes of how they operate and what they have access to. Gave him some collateral and my card and told him to reach out to us if we can ever be of assistance.

- ▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮▮ who was walking by and she said that everything has been going great with JobsEQ. She said that she has ▮▮▮ pull data for her and that when she talks to all of these ▮▮▮▮▮▮▮▮, they just love what she is able to provide to them. She was running to a session so she said that she would stop back to catch up.

- ▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮▮ who said that they are in the midst of ▮▮ ▮▮▮▮▮ and he knows that I have been in contact with ▮▮▮▮▮▮▮▮ over the last month or two. We chatted about a few different things including ▮▮▮▮ what he has going on ▮▮▮▮▮▮ and a few other things. He said that ▮▮▮▮▮▮▮▮ let him know that they are really happy with the level of service that we have been providing to them. Told him if he, ▮▮ or ▮▮ ever need any other assistance to please reach out at any point.

- ▮▮▮▮▮▮ – ▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮▮ who stopped by to say hello. We chatted about ▮▮▮ attending the users conference, what they have going on ▮▮▮▮▮▮ and a few other things. Introduced her to ▮▮▮ and told her how I have been in contact with ▮▮▮▮▮▮▮▮ and the rest of ▮▮▮▮▮▮ She said that everyone is really happy with it so I told her if that ever changes to please reach out to me at any point as I am more than happy to assist in any way I can.

- ▮▮▮▮▮▮ – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮▮ who I saw walking by. He was shocked I recognized him and was impressed I remembered



him. We chatted about what they have going on, █████████████ that he will be
attending our event Monday evening, how he has never been there even ████████
████████ and a few other things. Told him I look forward to seeing him Monday and if he
ever needs anything to please reach out.

• ████████ ███████████ – Spoke to ████ who stopped by to say hello
and let me know that he is glad we were able to work together. He said it has been a long time
coming (2-3 years) but he finally has a few projects that lined up for him to utilize us. He said
that so far things are going really well and they have been able to find a lot of great information
in there. Told him he should schedule some training and he said he does want to do that and
will reach out once his is back in the office.

• █████████████████ – Spoke to ████ who stopped
by and stated that he was partnering with ███████████ and that they would need ████
data in there for it to be useful for his people. Told him I am not exactly sure what level we
allow with them, but we do have a partnership. ████ said that she would check w th ████
and ████ on this and we can get back to him.

• █████████████████ – Spoke to ████ who was
walking by and stated that she just ████████████████████████
███████████ She said that they are going to be meeting with █████████████ to see
who does and has what. Told her how the ████████████ have been clients for a while and
walked her through the capabilities. We exchanged cards and I told her if she or anyone else on
her team ever have any kind of problems or questions to please reach out to me directly at any
point.

• █████████████ – Spoke to ████ who stopped by to see what we do. Gave him my elevator
pitch and said that it could be useful to him since he does a lot of ████████████
planning with █████████████ We chatted for a bit and he said that he would be up for a demo
so we exchanged cards and told him I will reach out next week.

• █████████████████ – Spoke to ████████ who said that they
were looking for getting ████ done for ████████, so I gave her ████ card and they chatted
about the consulting side opportunity. I then gave her and a colleague a demo of JobsEQ and
they loved what they saw. They loved being able to see place of work vs place of residence,
commuting and the levels of education of their workforce. We exchanged cards and said that I
would schedule a full demo in the coming weeks.

• █████████████████ – Spoke to ████ who stopped by when I asked her if she was
looking for labor data. She said that they are ███████████ and that whenever they have a need
for labor data they reach out to their ███████████ and they are able to provide them
with what they need. Told her if things change to please reach out to me directly at any point.

• █████████████████ – Spoke to ████ who stopped by and we chatted for a while.
He lives in ███████ ████████████████████ day. We chatted about █████.
the ███████████ and what is going on there now. Gave him a mini demo and he liked what he
saw but said it would be better to sell this to █████████████████ We exchanged cards and
told him to reach out if he ever felt the need to have something internally.

• █████████████████ – Spoke to ████ who is the main guy around the
economics of ████████. He said that he has spoken all of the ███████████ times talking about
the ████ economy. He asked if we had anything on that and I told him that right now it is

spread through all of these different NAICS Codes. He said that he has petitioned the ▮ and is in year 3 of a 5 year wait. Told him if he ever needs any other data to please reach out.

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮ who stopped by and said that she is really excited to get started with JobsEQ. She said that she was able to get buy in from all of ▮▮▮▮▮▮ and that everyone is really excited about getting going. Told her about ▮▮▮▮ and if her or anyone on her team ever want some additional free training to please reach out to me directly at any point.

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮ and gave him my elevator pitch and walked him through a demo for 7-10 minutes. He seemed to come away really impressed with everything that I showed him and asked about pricing. Told him it would be under ▮ and he said that that isn't to bad. We exchanged cards and he said to reach out next week to try and get something scheduled.

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮ who said that he was looking for more information on ▮▮▮▮▮. Walked him through how to pull those and he had no idea that they were in JobsEQ. He said he would want his ▮▮▮▮ to reach out to ▮ to go over these. We exchanged cards and told him to reach out to us at any point.

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮▮ who stopped by and said that he wanted to add another user. Told him as long as they work for him that he can reach out to his ▮▮▮▮▮▮ and get that added for ▮. We chatted about JobsEQ a bit and told him if he or anyone else ever need anything to reach out to us or utilize the live chat if they are in JobsEQ.

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮ and walked him through a demo of JobsEQ for 15 minutes or so. He is really focused on education and the skills that are needed so I showed him RTI and he said that this is exactly what he was looking for. Told him I would love to show him other ways that he will be able to use it so he said he would be open for a full demo but not until the week of the 27th. We exchanged cards and I told him I will reach out next week to get something set up for the week of the 27th.

- ▮▮▮▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮ who said that right now they are using something called ▮▮▮▮▮▮▮▮▮. He said that they weren't really looking for ▮▮▮▮ but took our information and said if things change, he would be reaching out us. I did let him know the labor data we have for ▮▮▮ is just what they have through their ▮▮▮▮ websites but ours is much easier to use.

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮ who said that he works with every small ▮▮▮▮▮▮▮▮▮▮▮▮▮ Told him how much a platform like ours can assist him with his work and that I would love to walk him through a demo to show him everything that JobsEQ is capable of. He gave me his card and told me to reach out next week.

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮ who said that I would want to speak with ▮▮▮▮ Told him how I have been speaking with him and even walked him through a demo last year, but he advised me that they get EMSI for free from their local ▮▮▮▮. Told him that if he ever wants data for the ▮▮▮ what he does, and he just said he makes ▮ pull it and just laughed. Told him if things change with what they are doing to please reach out.

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ – Spoke to ▮▮ who stopped by and said that everything has been going great with JobsEQ and it has helped him with a bunch of

CHMURA0000175

projects. He said that he was just using it the other day and loved all the new improvements we have made. We chatted about his ████████████████, our experience at ████ and various other things. Asked him about the user conference and he said he just can't make it this year but told him we are hopefully for ████ next year and it would be great to have him.

- ████████████████ Spoke to ████ who used to be a client of ours back at ████████████ and chatted about what has been going on in his world. He said he still doesn't have a huge need for JobsEQ but if that changes he will reach out.

- ████████████████████████ – Spoke to ████ after I sent him an email about coming to our event today. He said that he will be there, and he is also going to make sure that ████████ gets their own JobsEQ license. Asked about the user's conference and he said that they ████████████████████████ so he just isn't able to do it this year. Told him it might be in ████ next year and said he will make a note to see if he can swing it. Told him I look forward to seeing him tonight and to reach out if he ever needs anything.

- ████████████ – Spoke to ████ who stopped by with a few people from ████████. We both know ████ and chatted about what he is doing now. ████ said that he just started ████████████████████ He said he will eventually need ████ data but it probably won't be able to happen until some revenues start rolling in. Asked the best time to follow up for a demo and he said to reach out the beginning of November and he will be in a better position to see what's out there.

- ████████████ – Spoke to ████ who said that his company takes data and tries to tell ████████. He knows ████ from ████ and does a lot with them. I gave him a 10 minute demo and he came away really impressed with its capabilities and the amount of data that he is able to get his hands on. We exchanged cards and he said that he would love to schedule a full demo and to include ████ from ████

- ████████████████████ – Spoke to ████ who was walking by and asked him how things are going with JobsEQ. He said that his team loves it and if they love it he loves it. Told him to ████████████ hello and if they ever need anything to please reach out to me directly.

- ████████████████████ – Spoke to ████ who said that things have been going really well but she does want her and her team to get some additional training since she doesn't think they are utilizing it to the best of its abilities. Told her about ████ and that we can get her as much training as she would like at ████ She told a story about giving the speech at her ████████ and a few other things. Told her to reach out to me whenever they want to get their training scheduled and I will get it taken care of for them.

- ████████████████████ Spoke to ████ who I saw in ████ last week. Joked with him by asking if he was ready to move forward and he laughed and said to reach out in the new year once he gets through a few other projects.

- ████████████████████ – Spoke to ████ who were walking by and asked them how things are going with JobsEQ. He said that ████ has really loved utilizing it and that they have both already used it in a presentation. Joked with ████ that I am glad I didn't give up after ████ and that we were finally able to

work together. Told them if they ever want some free custom training or if they ever need anything to please reach out to me directly at any point.

- ███████████████████ – Spoke to ███ who said that they just didn't have the budget this year to move forward with JobsEQ. She said that she ██████████ and he wasn't trying to bring on anything new until ████████████████ Told her I will be sure to reach out again in the new year but if anything changes to give me a ring.

- ███████████████████████████████ – Spoke to ███ who said that he knows that he ████████████ Joked with him that he He said he needs the sole source letter and I told him I did get that over to ███ He also mentioned that he would want to get some training scheduled so I told him I would be more than happy to set that up and to reach out to me directly at any point.

- ████████████████ – Did a full demo for ███ away from the booth. He really liked the What-If, Economic Impact, Reporting, and RTI. He said he would like to move forward but will have to move a few things around in his budget. Told him I will get him a Subscription Agreement once we are back in the office and will get training scheduled so they can hit the ground running.

- █████████████████████████████████████ – Spoke to ███ who stopped by to say hello. She said that they really like JobsEQ and have incorporated it into a lot that they do. We chatted about ███ and a few other things. Let her know we are here for her and her team if they ever need anything.

- ██████████████████ – Spoke to ███ who said that they do currently use EMSI. He said that I would really want to connect with a ████████ who oversees their software subscriptions. Thanked him for the name and told him I will reach out to ███

- ███████████████████████████████████████ – Spoke to ███ who ███ pulled into the booth and said that she currently utilizes EMSI. Told her how many times I have been calling her and she said that they just switched their phone lines from ██████████ and now they aren't having any phone issues. Asked her her favorite color and told her I will put that in the subject of the email so she will respond to me.

- ████████████████████ – Spoke to ███ who said that he gets all of his labor data from ████████ Let him know ████████████████ and he has worked closely with ████████ on several projects in the past. Asked him if he feels the need to have something internally but he said he doesn't have a huge need and is able to get what he needs ████████ and without having to perform the work himself. Told him if that changes to please reach out.

- ██████████████████████████ – Spoke to ███ who said that he gets his data from ███████████ He knows that we have started working with ███ and was curious in what we have. Walked him through a mini demo and told him I would love to set up a more in-depth demo. We exchanged cards and I told him I will reach out next week.

- ██████████████████████ – Spoke to ███ who said that he was looking to get a price quote and a demo for the utility. He was a former client at ████████ but left there in ███ Told him a few of the new additions we have added and that I am more than confident he will come away really impressed with all we have done. We exchanged cards and I told him I will follow up and touch base early next week to get something set up.



- ███████████ ███████ – Met ████ at the reception who I was introduced to by ████████ Told him what we do and that I would love to walk him through the platform. We exchanged cards and I told him I will reach out to him next week to try and set up a demo.

- ███████████████████████ – Spoke with ████ at the reception who was originally from ███████ We talked about a lot of things from cooking, restaurants, his experiences in ████ a few other things. He didn't have a card on him but said he would connect with me on LinkedIn.

- ██████████████████ ████████████████ - Met ████ at the reception who I was introduced to by ████████ Told him what we do and that I would love to walk him through the platform. We exchanged cards and I told him I will reach out to him next week to try and set up a demo.

- █████████████████████████████ - Spoke to ████ who I finally was able to meet after 4 years. She said that everything has been going really well with JobsEQ and that she loves having access. She joked that she was sorry for not picking up her phone or replying to emails much, but she will reach out if she ever has any kind of problems or questions.

- ████████████████████ – Spoke to ████ who stopped by, gave me a big, and said that it is about time that we met in person. We chatted about several different things and she said that everything has been going really well with JobsEQ. Told her if that ever changes to please let me know.

- ███████████████ Spoke to ████ who was the main use of JobsEQ when they first signed up back in ████ He moved onto a more ████ ███████ roll but said that he really misses JobsEQ. He said that he thought it was great to start in the ████ area since now he knows what information is available when a prospect is asking him about labor data. We chatted for a bit and he said that he will be at the reception.

- ████████████████ – Spoke to ████ who was walking by. He said that he is already getting JobsEQ data from his local ████████████ He said that he works with ████████ over there and they are always able to get him what he needs. Told him if that changes and he ever feels the need to have something internally to please reach out.

- ██████████████ – Spoke to ████ at the reception and said that he was really looking for labor data for ████████. Told him we have the job postings, but he said that he would really need more of the data the actual labor data. Told him I would get him a sample of the job postings to see if he sees any value in that and we can talk from there.

- ███████████████████████ Spoke to ████ who stopped by the booth to grab some information. Walked her through a quick 2-minute demo but she had to run off to a session. We exchanged cards and she asked that I reach out next week to schedule a full demo. Told her I will send her a sample report for her to review prior to the demo.

- ████████████████████ – Spoke to ████ who said that ████ has taken over as the main user and POC. He said that it used to come out of his budget but now ████ is the go-to guy for this. He talked ████ up quite a bit and we chatted about having him come to the user's conference since they are just ████

- ██████████████████████ – Spoke to ████ who stopped by to say hello. He said that things are going well with JobsEQ but he would love to learn how to utilize it better. Told

CHMURA0000178



him bout ██████ and that we would be more than happy to get him set up with a custom training session. Gave him my card and told him to reach out to me at any point to get that set up.

- ████████████████████ – Spoke to ███ a couple of times throughout the conference and he said that he is still able to get everything he needs ████ from the ███████████████
He said that he really only has a need about 2-5 times a year and they have always been great getting them whatever they need. Told him if his situation ever changes and he feels the need to have the platform in house to reach out at any point.

- ████████████ – Spoke to █████ who I was introduced to by ████████
██████. He is looking for some data through an ███ to add to his platform. They tell ██████████ and want to provide some data to their clients that would be open to the ██████████ in that community. Demoed JobsEQ for 10 minutes or so and he was really impressed with its capabilities especially the ability to "group zip codes". Told him I would want to connect him to our ██████████████████████████████, and he asked if he could give him a call today. Told him I reach out to ███ and see if he is available and if so will get something set up. After ███ spoke with him he came over again and I walked him through a 20-30 minute demo and came to the conclusion we have what he is looking for. Told him ███ just sent an email for another follow up call.

- ██████████████████████████ – Spoke to █████ who stopped by to see who his ██████████████████████████ Told him I am not sure, but we are in the midst of figuring that out. Gave him my card and told him to reach out if there is ever anything I can assist with.

- ██████████████████ – Spoke to █████ who stopped by to say hello. He said that everything has been going really well with JobsEQ and he loves having access to the platform.

- 

CHMURA0000179

## Texas Economic Development Conference 2019

- █████████████████████████████████████████████ – Spoke to ████ who stopped by to say hello. I have seen him at many conferences over the last few years and he told me how great things are going with JobsEQ and he is really happy that they moved forward. Told him how I have been in consistent contact with ██████████ but if he or anyone on his team ever need anything to reach out at any point.

- ████████████████████████████ – Spoke to ███ who stopped by to introduce herself. She said that they are very happy with JobsEQ and have been using it for a while. She said that they incorporate JobsEQ into a lot of what they do, and that ████ just raves about us. Told her that ███ has been great to work with and if they ever need anything to give me a call.

- ████████████████████████████ – stopped by to finally put a face with the name and voice. We chatted about ████████████ and the ██████ He said he is hoping to ████████████████████ and will reach out whenever the time is right. Chatted about the conference and a few other things. Told him if I don't hear from him that I will follow up and touch base again in another 30 days or so.

- ████████████████████████████ – Spoke with ████ who stopped by to see what we do. Gave her the rundown and provided her a mini 5-minute demo. She said that she would really need data at the ████████ so I told her we have been working on that and hopefully will have that by the end of the year. She said that is really what she needs for ████████████. Told her as soon as we have that that I will reach out.

- ████████████████████████ – Spoke to ████ who stopped by to say hello. She said that she is working her way through the ████████████ but now that ████████ ████████████████████████████. Told her that we will be able to kick it out past the 90 days for her if she needs to and are happy to assist in any way we can. Chatted about some projects she was working on, the conference and her ████████. Told her if she ever needs anything to give me a call. She joked and said she has me/us on speed dial.

- ████████████████████████████ – Spoke to ████ who said that things have been going really well with JobsEQ, but he does have two new people starting and would love to schedule some training for them. I told him how ████ is out of the office through ████ of next week but if he shoots me an email with a few dates and times that work I would be happy to get that set up for him. Chatted about a few other things and told him I will shoot him an email next week if I don't hear from him first.

- ████████████ – ████████████ – Spoke to ████ who said that he is really excited to get things going with JobsEQ and was thankful to be able to move forward. He said that everyone is wanting to get training and know what JobsEQ is capable of so I told him I would be happy to get that scheduled if he sends me a few days and times. Told him it would be best to do an hour now and then maybe another hour in another month since there is so much to the platform.

- ████████████████████████ – Spoke to ████ who stopped by to say hello. He said that things have been going really well with JobsEQ and he doesn't have any kind of problems or questions. We chatted about a ████████████ that opened in ████████████████████ ████████████

CHMURA0000180

- ████████ ████ ███████ – Spoke to ████ who stopped by to say hello. She said that she loves JobsEQ and having access to it. We talked about the rebuilding they are going through ████████ and how she thinks it will take another 10-15 years before things get back to "normal". Told her if there was ever anything myself or someone on the team can assist with to please reach out to me at any point.

- ████████ – Spoke to ████ like I do at every conference. He wanted to know what was new and kicked the tires on JobsEQ for the 100th time. We did a demo several month ago and he is saying the same thing now he was then. They have other projects on the horizon but wants me to reach out again in the new year.

- ████████ ████████████ – Spoke to ████ who said that she was so sorry it took so long for her to move forward. She joked that it took her almost a year of me calling weekly before ████████████ She said that she really appreciated me getting her the data she needed before she went through the training. Told her to please let me know a day and time that works for her and her team and I will have our trainer get a GoToMeeting over.

- ████████ – Spoke to ████ who stopped by to introduce himself. He said that he is really excited to get started with JobsEQ and is looking forward to really digging into it in the coming weeks. We talked about a few projects he is working on, how the conference is going for him, and talked about getting his training scheduled. Told him once he and his team have a day and time that works to just let me know and I will get everything all scheduled.

- ████████████████████ Spoke to ████ who stopped by to say hello. She said that she really liked our system and that they could actually see data for her ████ but the group overall is happy with ████ She said that she is really going to make a push to have the group make the switch next year, but she is just one voice out of many. Told her I will be sure to reach out again next year and if she needs anything in the meantime to please reach out.

- ████████████████ – Spoke to ████ who came up and said how great things are going. She said that she got ████████████████ Talked about her ████ ████, and various other things. She said that she was telling several people that they need to stop by and see me. Thanked her for the referrals and told her to reach out to me at any point.

- ████████ – ████████████████ – She stopped by to see what we do so I walked her through a mini demo. She was upset we didn't have her region and it was ████ are to pull even her zip code since ████████████████ Told her how we can customize the region and/or do a drive time to pull her labor shed. We exchanged cards and I told her I would follow up the week of the 21st to try and get something scheduled.

- ████████████ – Spoke to ████ at the reception and he said how excited he is to get going with JobsEQ. He told me how he will be sending two people to the conference and he really looking forward to getting them certified. Told him if there was anything that he needed before they get up and running to please reach out and will get him whatever he needs.

- ████████████████ – Spoke to ████ who came up to introduce himself. He said that he loves everything with JobsEQ, but he was looking for a firm list. Told him about the firm list and said that it probably won't work for what he is wanting to do. Let him know what he wants doesn't really exist and he understood that. Chatted about

CHMURA0000181

the conference and his experience with JobsEQ thus far.  He said overall, he is just really happy and if he ever needs anything he isn't shy about reaching out.

- ███████████████████████████████████ – Spoke to ████ who said that she just had to budget ████████████████████████████████████ She said that she would love to have tools like this but unless something drastic changes with their budget she won't be able to afford anything other than the basics.

- ███████████████████████████████████ – ████ stopped by and I gave her a mini demo. She said that right now she relies on her local ████████████ but sometimes they need the data that same day or in a quick turnaround time. Showed her the What-If to help answer those as well as a custom labor shed.  She said that she would love to see a full demo so I told her I would follow up the week of the ████

- ███████████████████████████████████ – Spoke to ████ who I ran into at the reception and he said that he is still a little way away from JobsEQ or other services like ours.  He said that he is pretty much building the ████ from the ground up and it will be 2020 before he will be able to see his budget for fun tools like ours.

- ███████████████████████████████████ – Spoke to ████ who stopped by and sat behind the table so I could give him an in-depth demo.  He is already getting the data from his local ████████████ but was curious what we have available for him to request for ████ He said that he could potentially utilize it in house but at this point the ████████████ is always able to provide him what he needs very quickly. Told him if he ever feels the need to have the platform internally to please reach out at any point.

- ███████████████████████████████████ Spoke to ████ who said that they have loved to have JobsEQ internally now.  She said that they could always use some additional training so I told her to reach out to me at any point and I can assist in getting that scheduled.

- ███████████████████████████████████ – Spoke to ████ who came up and gave him a ████ She said that she is so excited to get going with us and thanked me for getting her what she needed last week while the contract goes through the process. She said that she has been signing my praises to several different people so I should be on the lookout for some new business.  Thanked her for that and told her if she needs anything else to just let me know as I am happy to assist in any way I can.

- ███████████████████████████████████ – Spoke to ████ who said that everything has been going well with JobsEQ and they love having access.  We chatted about the conference, projects he is working on, and a few other things.  Told him if he ever needs me for anything to reach out.  He said he isn't shy and knows how to get a hold of me.

- ███████████████████████████████████ – Spoke to ████ who came and sat at the table for 30 minutes or so.  We chatted about his travels, a few prospects I was going after he has been providing data to, the conferences he has coming up, our conference, ████ and more. Told him I look forward to seeing him in ████

- ███████████████████████████████████ – Spoke to ████ who came up and said that she is one of the people that ████ wants to get trained on JobsEQ.  Told her I would be happy to get something set up if she shoots me a couple of days and times that work. She took my card and told her to reach out at any point.

CHMURA0000182



- ███ ███ – Spoke to ███ who stopped by from a recommendation for ███ They were only looking for Demographics, but I showed them several other ways that they could utilize the platform and they both came away really impressed. Told him I would love to walk them through a full demo, and they said that would be great, but it couldn't happen until the week of the ███ Told them that would be fine, and I will reach out to her that week.

- ███ ███ – Spoke to ███ who said that they do investments for areas, but he is a huge data guy. I walked him through a demo, and he said that he wouldn't be the best fit ███ Told him I would still love to provide him a demo so he knows our capabilities and can potentially recommend us to some of the ███ he is working with.

- ███ ███ – Spoke to ███ who said that he was sent over by ███ to learn more about JobsEQ. He is the ███ and was curious what its capabilities are. I walked him through everything, and he came away really impressed. He loved the quick run reports as well as the ability to compare ███ Told him if he ever wanted some free training or if I can assist in any way to please reach out at any point.

- ███ ███ – Spoke to ███ who said that she works with ███ and was curious what the cost would be for a ███ She said that she knows ███ pays ███ and I told her it would be the same for her. Let her know that she is ███ into our ███ and the ███ would be the lowest that we can go. Told her I will reach out in the coming weeks to see if she would be open to a full demo.

- ███ ███ – Went up to ███ during a great when there weren't a lot of people in the hallway. Talked for a little bit about what they do and provided a mini demo for her. She works with ███ so I told her how great of a resource this could be when assisting them. We exchanged cards and I told her I will reach out the week of the ███ to try and get a demo scheduled.

- ███ ███ – Spoke to ███ who said that she is getting all of her data needs met from the ███ Asked if she works with ███ and she said that is exactly who she talks to regarding data needs. Told her if she ever felt the need to have something internally to please reach out to me directly at any point.

- ███ ███ – Spoke to ███ who said that he isn't sure what they are currently utilizing for labor data and is just a ███ Told him all the other ███ we work with and that I would love to be connected to the right person at the ███ He took my card and told me he would pass it along to the appropriate contact.

- ███ ███ – Spoke to ███ who came up to say hello. She used to be with the ███ and is now ███ doing some ███ Told her if she ever needed anything for a project or anything to please reach out as I would love to work with her again at some point.

- ███ ███ – Spoke to ███ who said that I would really want to get in touch with someone in ███ but he couldn't think of the name. Asked if it was ███ and he said that it was. He said he was surprised I would know that so I told him how I have been ███ He said to tell her that he is sold on it but joked that wouldn't make much of a difference.

CHMURA0000183